| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____   Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **David's Bridal, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **65-0214563** |
| **4.** | **Debtor's address** | **Principal place of business** **1001 Washington Street Conshohocken, PA 19428-2356** Number, Street, City, State & ZIP Code  **Montgomery** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.davidsbridal.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   **David's Bridal, Inc.**                                                            Case number (*if known*)
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ A plan is being filed with this petition.

   ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**                               Relationship
District                        When                     Case number, if known

Debtor  **David's Bridal, Inc.**                                                                              Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
■ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor __David's Bridal, Inc.__   Case number (*if known*) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/19/2018__
　　　　　　　　MM / DD / YYYY

**X** __/s/ Joan Hilson__　　　　　　　　　　　**Joan Hilson**
　　Signature of authorized representative of debtor　　Printed name

Title __Executive Vice President and Chief Financial and Operating Officer__

---

**18. Signature of attorney**

**X** __/s/ Edmon L. Morton__　　　　　　　Date __11/19/2018__
　　Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

**Edmon L. Morton**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone __(302) 571-6600__　　Email address _____

**3856, Delaware**
Bar number and State

Debtor **David's Bridal, Inc.** Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **DB Holdco, Inc.** | | Relationship to you | **Affiliate** | |
| District | **District of Delaware** | When | Case number, if known | **Pending** | |
| Debtor | **DB Investors, Inc.** | | Relationship to you | **Affiliate** | |
| District | **District of Delaware** | When | Case number, if known | **Pending** | |
| Debtor | **DB Midco, Inc.** | | Relationship to you | **Affiliate** | |
| District | **District of Delaware** | When | Case number, if known | **Pending** | |

# CERTIFICATE OF CORPORATE OFFICER

November 18, 2018

I, Joan Hilson, being a duly elected and authorized officer, as set forth on <u>Exhibit A</u> hereto, of each of the following (each a **"Company"** and, collectively, the **"Companies"):**

- A. David's Bridal, Inc., a Florida corporation;

- B. DB Investors, Inc., a Delaware corporation;

- C. DB Holdco, Inc., a Delaware corporation; and

- D. DB Midco, Inc., a Delaware corporation

hereby certify as follows:

(i) I am a duly qualified and elected officer of each of the Companies and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies;

(ii) Attached hereto is a true, correct and complete copy of the joint resolutions of the board of directors of each of the Companies, duly adopted and approved on November 18, 2018, in accordance with each Company's corporate organizational documents; and

(iii) Such resolutions have not been amended, altered, annulled, rescinded, modified or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matter set forth in the resolutions attached hereto.

    **IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 18th day of November, 2018.

                /s/ Joan Hilson_____
                Name: Joan Hilson

## **EXHIBIT A**

| ENTITY | POSITION |
|---|---|
| David's Bridal, Inc. | Executive Vice President and Chief Financial and Operating Officer |
| DB Investors, Inc. | Executive Vice President and Chief Financial and Operating Officer |
| DB Holdco, Inc. | Executive Vice President and Chief Financial and Operating Officer |
| DB Midco, Inc. | Executive Vice President and Chief Financial and Operating Officer |

**JOINT RESOLUTIONS OF THE BOARDS OF DIRECTORS OF
DB INVESTORS, INC.,
DB HOLDCO, INC.,
DB MIDCO, INC. AND
DAVID'S BRIDAL, INC.**

November 18, 2018

A joint meeting of the Boards of Directors (collectively, the "**Board**") of DB Investors, Inc. ("**Investors**"), DB Holdco, Inc. ("**Holdco**"), DB Midco, Inc. ("**Midco**") and David's Bridal, Inc. ("**David's Bridal**" and, collectively with Investors, Holdco and Midco, the "**Company**") was held telephonically on November 18, 2018, starting at approximately 10:30 a.m. NY time. All participants could hear and be heard by the other participants.

Board Members of Investors and Holdco in attendance were: **Paul Pressler, Ken Giuriceo and Michael Kirton**.

Board Members of Midco and David's Bridal in attendance were: **Paul Pressler, Ken Giuriceo, Michael Kirton, Scott Key and Neal Goldman**.

Upon a motion duly made and seconded, and acting pursuant to each of the Companies' respective organizational documents, the members of the Board took the following actions and adopted the following resolutions:

> **WHEREAS**, the Board has reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business;
>
> **WHEREAS**, the Board has had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;
>
> **WHEREAS**, in accordance with prior approval of the Board, the Company will be entering into a restructuring support agreement (the "**RSA**"), dated as of November 18, 2018;
>
> **WHEREAS,** the Board has determined that, in furtherance of the RSA and assuming execution of the RSA, it is desirable and in the best interests of the Company and its respective creditors, equity holders, employees and other parties-in-interest that the Company, in accordance with the RSA, commence solicitation ("**Solicitation**") of votes to obtain acceptances of a joint prepackaged plan of reorganization (the "**Prepackaged Plan**") to effectuate the restructuring under the RSA and thereafter file a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") to pursue confirmation of the Prepackaged Plan;

**WHEREAS,** in the judgment of the Board, a restructuring of the Company to be accomplished through the Prepackaged Plan under chapter 11 of the Bankruptcy Code and the other transactions identified in the RSA are in the best interest of the Company and its creditors;

**NOW**, in each case assuming execution of the RSA, it is hereby:

Solicitation of Prepackaged Plan and Filing of Chapter 11 Petition

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company (i) commence Solicitation and (ii) thereafter file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of the Bankruptcy Code;

**RESOLVED**, that each of the officers of the Company (the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including any action necessary to maintain the ordinary course operation of the Company's business;

Debtor-in-Possession Financing

**RESOLVED**, that in connection with the commencement of the chapter 11 cases, the Authorized Officers be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Company to negotiate the use of cash collateral and to negotiate, execute and deliver the debtor-in-possession loan facilities as provided in the RSA (including the DIP ABL Documents and the DIP Term Loan Documents (each as defined in the RSA)), to the extent applicable, on the terms and conditions such Authorized Officers executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument or document and future amendments, restatements, modifications or other supplements to any of the foregoing, to be executed and delivered, in the name and on behalf of the Company, pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

**RESOLVED**, that the Company be, and it hereby is, authorized to guarantee the obligations of the Borrowers pursuant to the DIP ABL Documents and the DIP Term Loan Documents;

**RESOLVED**, that the Company be, and it hereby is, authorized to secure payment of the loans or other extensions of credit made under the DIP ABL Documents and the DIP Term Loan Documents, interest thereon, and fees and

expenses related thereto, and payment and performance of all other obligations and liabilities of the Company and its direct or indirect subsidiaries arising under, out of, or in connection with, the DIP ABL Documents and the DIP Term Loan Documents by pledging and granting to Bank of America, N.A., as agent under the DIP ABL Documents, for the benefit of the DIP ABL Lenders, and Cantor Fitzgerald Securities, as agent under the DIP Term Loan Documents, for the DIP Term Lenders, a lien or mortgage on or security interest in, all or any portion of the Company's assets;

Retention of Professionals

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Debevoise & Plimpton LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Young Conaway Stargatt & Taylor LLP as Delaware bankruptcy and conflicts counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Evercore Group L.L.C. as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of AlixPartners, LLP as restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Donlin, Recano & Company, Inc. ("**DRC**") as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and to retain DRC as claims and noticing agent in accordance with 28 U.S.C. § 156(c) and Del. Bankr. L.R. 2002-1(f);

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of KPMG LLP as independent auditors and accountants to represent and assist the Company in carrying out its

duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and

**RESOLVED**, that the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals as necessary;

Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and future amendments, restatements, modifications or other supplements to any of the foregoing and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and

**RESOLVED**, that a copy of these resolutions of the Board shall be filed with the minutes of the proceedings of the Board.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-_____ (___) |
| Debtors. | Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

David's Bridal, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "**Consolidated Top 30 List**") based on the Debtors' books and records as of November 17, 2018. The Consolidated Top 30 List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated Top 30 List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors is a minor child. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim at any later point as they deem appropriate.

| | Name of Creditor | Address | Contact, Mailing Address, Telephone Number/Fax Number, & Email | Nature of claim | Contingent, unliquidated, disputed, or subject to set off | Amount |
|---|---|---|---|---|---|---|
| 1 | Wilmington Trust, National Association as Trustee | 246 Goose Ln., Ste. 105 Guilford, CT 06437 | Joseph P. O'Donnell T: 203-453-4130 jodonnell@wilmingtontrust.com F: 203-453-1183 | 7.75% Senior Note Due 2020, dated as of October 11, 2012 | | $270,000,000 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

| | Name of Creditor | Address | Contact, Mailing Address, Telephone Number/Fax Number, & Email | Nature of claim | Contingent, unliquidated, disputed, or subject to set off | Amount |
|---|---|---|---|---|---|---|
| 2 | California Wage & Hour Class Action, Irene Martinez | Law Offices of Kyle Todd 611 Wilshire Boulevard, Ste. 1000 Los Angeles, CA 90017-2906 | Kyle Todd T: (323) 208-9171 kyle@kyletodd.com F: (323) 693-0822 | Litigation Settlement | C | $1,350,000 |
| 3 | Ignite | 1400 Broadway New York, NY 10018 | Karen Schneider T: (212) 354-9670 info@slfashions.com F: (212) 730-6462 | Trade Vendor | | $791,500 |
| 4 | Alex Apparel Group Inc. | 575 8th Ave. New York, NY 10018 | Celia Bonifaz T: (212) 730-1533 info@alexevenings.com F: (212) 730-6462 | Trade Vendor | | $733,038 |
| 5 | Jump Design Group | Onyx Nite/Marina 1400 Broadway, Flr. 2 New York, NY 10018 | Jeff Zheng T: (201) 558-9191 jeffz@jumpdesigngroup.com | Trade Vendor | | $532,389 |
| 6 | Swat Fame Inc. | 16425 E. Gale Ave. City Of Industry, CA 91789 | Eva Carrie T: (626) 961-7928 ecarrie@swatfame.com F: (626) 961-5300 | Trade Vendor | | $512,389 |
| 7 | Blossom Footwear Inc. | 18120 Rowland St. City of Industry, CA 91789 | Connie Chee T: (626) 581-8837 techie@blossomfootwear.com F: (626) 581-8832 | Trade Vendor | | $360,385 |
| 8 | Dayleen Intimates, Inc. | 540 Nepperhan Ave. Yonkers, NY 10701 | Michael Hernoff T: (914) 969-5900 mchernoff@dayleen.com | Trade Vendor | | $282,827 |
| 9 | Slalom Consulting | 821 2nd Ave., Ste. 1900 Seattle, WA 98104 | Amy Loftus T: (215) 861-6040 billing@slalom.com F: (206) 438-5686 | Trade Vendor | | $225,800 |
| 10 | Facebook Inc. | Attn: Accounts Receivable 15161 Collections Center Dr. Chicago, IL 60693 | T: (833) 272-0777 legal@facebook.com | Trade Vendor | | $169,914 |

2

| | Name of Creditor | Address | Contact, Mailing Address, Telephone Number/Fax Number, & Email | Nature of claim | Contingent, unliquidated, disputed, or subject to set off | Amount |
|---|---|---|---|---|---|---|
| 11 | Visionary Financial Solutions | P.O. Box 460<br>Braselton, GA 30517 | Shelley Harlow<br>T: (770) 965-6231<br>sdodge@nextfinancial.com<br>F: (972) 539-8889 | Trade Vendor | | $157,714 |
| 12 | UPS – United Parcel Service | P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | Ruchard A. Koch<br>T: (215) 389-9993<br>customerrelations@ups.com<br>F: (800) 742-8477 | Trade Vendor | | $155,119 |
| 13 | Jodi Kristopher / City Triangle | 1950 Naomi Ave<br>Los Angeles, CA 90011 | Elizabeth Boudreaux<br>T : (323) 890-8000<br>elizabeth.boudreaux@citytriangles.com<br>F : (213) 222-2761 | Trade Vendor | | $143,246 |
| 14 | Unique Structures LLC | 315 Ushers Rd.<br>Ballston Lake, NY 12019 | Tom Domski<br>T : (518) 877-0717<br>tom@usny.biz | Trade Vendor | | $132,782 |
| 15 | Jerry Horn Construction Inc. | 1755 Locust Rd.<br>Sweickley, PA 15143 | Jerry Horn<br>T: (412) 741-8585<br>info@Jerryhornconstruction.com<br>F: (412) 741-8572 | Trade Vendor | | $121,122 |
| 16 | Bunzl Retail | P.O. Box 402337<br>Atlanta, GA 30384-2337 | Connie Breece<br>T : (973) 994-1685<br>conniebreece@bunzlusa.com<br>F : 44 16 1743 2233 | Trade Vendor | | $115,860 |
| 17 | G-III Leather Fashiions Inc. | P.O. Box 29242<br>New York, NY 10087-9242 | Classical Carson<br>T: (212) 403-0500<br>ccarson@g-iii.com<br>F: (212) 719-0921 | Trade Vendor | | $111,171 |
| 18 | Sapient Corporation | P.O. Box 4886<br>Boston, MA 02241 | Eliza Furtwaengler<br>T: (617) 621-0200<br>ksrivastava@sapient.com<br>F: (617) 621-1300 | Trade Vendor | | $93,820 |
| 19 | Bridal Veil Company Inc. | 235 St. Marks Ave.<br>Brooklyn, NY 11238 | Paul Levitt<br>T : (888) 403-5255<br>paul@marionat.com<br>F : (718) 623-1829 | Trade Vendor | | $90,990 |

| | Name of Creditor | Address | Contact, Mailing Address, Telephone Number/Fax Number, & Email | Nature of claim | Contingent, unliquidated, disputed, or subject to set off | Amount |
|---|---|---|---|---|---|---|
| 20 | Weber Display & Packaging | P.O. Box 536136<br>Pittsburgh, PA 15253-5903 | Danielle Ruggierio<br>T: (215) 426-3500<br>druggierio@weberdisplay-pkg.com<br>F: (215) 426-3500 | Trade Vendor | | $90,104 |
| 21 | Ceridian | P.O. Box 772830<br>Chicago, IL 60677 | Edwin G. Parcher<br>T: (866) 376-5942<br>trust@ceridian.ca<br>F: 952-853-5300 | Trade Vendor | | $74,121 |
| 22 | IBM Global Services | P.O. Box 643600<br>Pittsburgh, PA 15264-3600 | Rachel Fonseca<br>T: (877) 426-6006<br>rachelf@us.ibm.com<br>F: (845) 432-0662 | Trade Vendor | | $67,024 |
| 23 | Salesforce.com Inc. | P.O. Box 203141<br>Dallas, TX 75320-3141 | Mark Sandahl<br>T: (317) 524-1781<br>rbell@salesforce.com<br>F: (415) 901 7040 | Trade Vendor | | $66,514 |
| 24 | Bliss Designs Inc. | 1435 51st St.<br>North Bergen, NJ 07047 | Gerald G. Genuh<br>T: (201) 420-3873<br>sales@AnsoniaBridal.com | Trade Vendor | | $65,400 |
| 25 | Connectria Corporation | 10845 Olive Blvd., Ste. 300<br>Creve Coeur, MO 63141 | Mark Bartig<br>T: (314) 587-7000<br>info@connectria.com<br>F: (314) 587-7090 | Trade Vendor | | $59,933 |
| 26 | Natasha Accessories Ltd. | 7W 36th St., Flr. 2<br>New York, NY 10018 | Gokaran Singh<br>T: (212) 643-2525<br>tasha@natashaaccessoriesltd.com<br>F: (212) 643-3022 | Trade Vendor | | $59,169 |
| 27 | Spanx Inc. | 3344 Peachtree Rd. NE<br>Atlanta, GA 30326 | T: (866) 326-9996<br>acctservices@spanx.com | Trade Vendor | | $55,829 |
| 28 | OptumRX PBM of IL Inc. | 1600 McConnor Parkway<br>Schaumburg, IL 60173 | Justin Campos<br>T : (949) 252-4363<br>privacy@optum.com | Trade Vendor | | $52,531 |

| | Name of Creditor | Address | Contact, Mailing Address, Telephone Number/Fax Number, & Email | Nature of claim | Contingent, unliquidated, disputed, or subject to set off | Amount |
|---|---|---|---|---|---|---|
| 29 | Benjamin Walk Corp. | 45 Centre Rd. Somersworth, NH 03878 | Carey-Ann Valladares T : (800) 621-0029 carey@benjamin-walk.com F : (603) 548-7928 | Trade Vendor | | $47,532 |
| 30 | Trellist Inc. | 117 N. Market St., Ste. 300 Wilmington, DE 19801 | Jie Yang T: (302) 778-1300 jyang@trellist.com F: (302) 778-1301 | Trade Vendor | | $45,618 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-\_\_\_\_\_ (\_\_\_) |
| Debtors. | Joint Administration Requested |

**DEBTORS' CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state, as follows:

1. Debtor DB Investors, Inc. ("**DB Investors**") owns, either directly or indirectly, 100% of the outstanding equity interests in each of the other Debtors.

2. The following entities hold 10% or more of the equity interests in DB Investors, as set forth more fully in the *List of Equity Security Holders* filed with the DB Investors voluntary chapter 11 petition: (a) Clayton, Dubilier & Rice Fund VIII, L.P. and (b) Green Equity Investors IV, L.P.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| DAVID'S BRIDAL, INC., | Case No. 18-_____ (___) |
| Debtor. | Joint Administration Requested |

**LIST OF EQUITY SECURITY HOLDERS**

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares or Units Held / Percentage of Equity Held |
|---|---|---|---|
| David's Bridal, Inc. | DB Midco, Inc. | 1001 Washington Street Conshohocken, PA 19428 | 100% |

**Fill in this information to identify the case:**

Debtor name   **David's Bridal, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Consolidated List of 30 Largest Unsecured Claims**
                                                  **Corporate Ownership Statement**
                                                  **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/19/2018          **X** /s/ Joan Hilson
                                   Signature of individual signing on behalf of debtor

                                   **Joan Hilson**
                                   Printed name

                                   **Executive Vice President and Chief Financial and Operating Officer**
                                   Position or relationship to debtor