**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>Joint Administration Requested |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

  PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Bank of America, N.A., as administrative agent and collateral agent ("BofA"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Julia Frost-Davies<br>Christopher L. Carter<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>Telephone:  (617) 341-7700<br>Facsimile:  (617) 341-7701<br>Email:  julia.frost-davies@morganlewis.com<br>    christopher.carter@morganlewis.com | Glenn E. Siegel<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone:  (212) 309-6000<br>Facsimile:  (212) 309-6001<br>Email:  glenn.siegel@morganlewis.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).  The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

RLF1 20307900v.1

Mark D. Collins (No. 2981)
Brett M. Haywood (No. 6166)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
            haywood@rlf.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of BofA to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) BofA's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) BofA's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) BofA's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which BofA is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments BofA expressly reserves.

| | |
|---|---|
| Dated: November 19, 2018<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Mark D. Collins*<br>Mark D. Collins (No. 2981)<br>Brett M. Haywood (No. 6166)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>         haywood@rlf.com<br><br>-and-<br><br>Julia Frost-Davies<br>Christopher L. Carter<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br>Email: julia.frost-davies@morganlewis.com<br>         christopher.carter@morganlewis.com<br><br>-and-<br><br>Glenn E. Siegel<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Email: glenn.siegel@morganlewis.com<br><br>*Counsel to Bank of America, as Administrative Agent and Collateral Agent* |