**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In Re:** ) | |
| ) | **CHAPTER 11** |
| **DAVID'S BRIDAL, INC.** *et al.,* ) | |
| ) | **Case No. 18-12635(LSS)** |
| ) | |
| ) | **(Joint Administration Pending)** |
| **Debtors.** ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, L.P., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

        Simon Property Group, L.P.
        Attn: Ronald M. Tucker, Esq.
        225 West Washington Street
        Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

        Respectfully submitted

        */s/Ronald M. Tucker*
        Ronald M. Tucker, Esq., Attorney for
        Simon Property Group, L.P. and its related entities
        IN 11428-49
        (317) 263-2346
        (317) 263-7901 (FAX)
        E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 19th day of November, 2018 via ECF Noticing to the parties of record.

By: ____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq.

*Debtor*
**David's Bridal, Inc.**
1001 Washington Street
Conshohocken, PA 19428-2356
MONTGOMERY-PA
Tax ID / EIN: 65-0214563

represented by **Leslie C. Heilman**
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, DE 19801
302-252-4465
Fax : 302-252-4466
Email: heilmanl@ballardspahr.com

**Jaime Luton Chapman**
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Fl.
P.O. Box 391
Wilmington, DE 19899-0951
302-571-6600
Email: bankfilings@ycst.com

**Chantelle D'nae McClamb**
Ballard Spahr LLP
919 North Market Street
11th Floor
Wilmington, DE 19801-3034
302-252-4456
Fax : 302-252-4466
Email: mcclambc@ballardspahr.com

**Edmon L. Morton**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302 571-6600
Fax : 302-571-1253
Email: bankfilings@ycst.com

**David L. Pollack**
Ballard Spahr LLP

|  |  |
|---|---|
|  | 51st Fl.-Mellon Bank Ctr.<br>1735 Market St.<br>Philadelphia, PA 19103<br>215-864-8325<br>Fax : 215-864-9473<br>Email: pollack@ballardspahr.com<br><br>**Laurel D. Roglen**<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, DE 19801<br>302-252-4465<br>Fax : 302-252-4466<br>Email: roglenl@ballardspahr.com |
| *U.S. Trustee*<br>**U.S. Trustee**<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302)-573-6491 | represented by **Timothy Jay Fox, Jr.**<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: timothy.fox@usdoj.gov |