UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DAVID'S BRIDAL, INC., | : | Case No. 18-12635 |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Kurtzman | Steady, LLC represents Goldenberg Group and PREIT Services, LLC, as agent for PR North Dartmouth, LLC and PR Wyoming Valley Limited Partnership, in the above-captioned Chapter 11 case. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

>Jeffrey Kurtzman, Esquire
>**KURTZMAN | STEADY, LLC**
>401 S. 2nd Street, Suite 200
>Philadelphia, PA  19147
>Telephone:  (215) 839-1222
>Email: kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated: November 19, 2018

**KURTZMAN | STEADY, LLC**

By: _____
Jeffrey Kurtzman, Esquire
401 S. 2nd Street, Suite 200
Philadelphia, PA 19147
Telephone: (215) 839-1222
Email: kurtzman@kurtzmansteady.com

Attorneys for Goldenberg Group and PREIT Services, LLC, as agent PR North Dartmouth, LLC and PR Wyoming Valley Limited Partnership