IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | JUDGE |
| | ) | |
| DAVID'S BRIDAL, INC. | ) | CASE NO.: 18-12635 |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |
| | ) | |

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears on behalf of Howland Commons, LLC dba Howland Commons; Kentucky Oaks Mall Company dba Kentucky Oaks Mall; PA-Eastway, Inc. dba Millcreek Pavilion; Ohio Valley Mall Company dba Ohio Valley Mall and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. §1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 5577 Youngstown-Warren Rd., Niles, Ohio 44446, Attention: Richard T. Davis.

Dated: November 19, 2018

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
Cafaro Management Company
5577 Youngstown-Warren Rd.
Niles, Ohio 44446
(330) 747-2661
(330) 743-2902
rdavis@cafarocompany.com