## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DB INVESTORS, INC.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-12634 (LSS) |
| In re:<br><br>DAVID'S BRIDAL, INC.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-12635 (LSS) |
| In re:<br><br>DB HOLDCO, INC.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-12636 (LSS) |
| In re:<br><br>DB MIDCO, Inc.,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 18-12637 (LSS) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to certain funds and accounts managed by Oaktree Capital Management, L.P. within its Strategic Credit, High Yield and Loan Strategies, in their respective capacities as Term Loan Lenders and Senior Noteholders ("Oaktree") in the above-captioned chapter 11 bankruptcy cases, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that all notices given or required to be given in these bankruptcy cases, and all papers served or required to be served in these bankruptcy cases, be served on Oaktree by and through service on the following:

| | |
|---|---|
| Alan W. Kornberg, Esq. | Mark E. Felger, Esq. |
| John Weber, Esq. | COZEN O'CONNOR |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 1201 N. Market Street, Suite 1001 |
| 1285 Avenue of the Americas | Wilmington, DE 19801 |
| New York, NY 10019-6064 | Telephone: (302) 295-2000 |
| Telephone: (212) 373-3000 | Facsimile: (302) 295-2013 |
| Facsimile: (212) 757-3990 | Email: mfelger@cozen.com |
| Email: akornberg@paulweiss.com | |
| jweber@paulweiss.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, telephone, facsimile or otherwise filed.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Entry of Appearance and Request for Service of All Notices and Papers (the "Notice") or any later appearance, pleading, proof of claim, claim, or suit is not intended to be, and shall not constitute, a waiver of Oaktree's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the United States District Court for the District of Delaware withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to assert any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) right to any election of remedies; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which

Oaktree is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Oaktree expressly reserves.

Dated: November 19, 2018

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 292-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com

- and -

Alan W. Kornberg, Esq.
John Weber, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
jweber@paulweiss.com

*Counsel to Oaktree Capital. Management, L.P.*