FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-12635 |
| DAVID'S BRIDAL, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TARRANT COUNTY**  **DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 19 day of November, 2018, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

LESLIE CAROL HEILMAN  
919 N. MARKET STREET  
12TH FLOOR  
WILMINGTON, DE 19801  

US TRUSTEE (DELAWARE)  
844 KING STREET, RM 2207  
LOCK BOX #35  
WILMINGTON, DE 19899-0035  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2777 N. Stemmons Freeway  
Suite 1000  
DALLAS, TX 75207  
Telephone: (214) 880-0089  
Facsimile: (469) 221-5003  
Email: dallas.bankruptcy@publicans.com  

By: _____  
Elizabeth Weller  
SBN: 00785514 TX