**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Comenity Bank, pursuant to 2002 and 9010(b) of the

Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that

all notices given or required to be given and all papers served in these cases be delivered to and

served upon the counsel identified below at the following addresses and further requests to be

added to the Master Service List:

Robert B. Berner
BAILEY CAVALIERI LLC
1250 Kettering Tower
Dayton, OH 45423
(937) 223-4701
rberner@baileycav.com

Matthew T. Schaeffer
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
(614) 229-3252
mschaeffer@baileycav.com

Frederick B. Rosner
Scott J. Leonhardt
THE ROSNER LAW GROUP LLC
824 N. Market Street
Suite 810
Wilmington, Delaware  19801
Telephone: (302) 319-6301
Email: rosner@teamrosner.com
          leonhardt@teamrosner.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without

limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

{00024528. }

whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Comenity Bank's (a) rights to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which Comenity Bank is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Comenity Bank expressly reserves.

Dated:    November 19, 2018
              Wilmington, Delaware

THE ROSNER LAW GROUP LLC
*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
Leonhardt@teamrosner.com

-and-

Robert B. Berner
BAILEY CAVALIERI LLC
1250 Kettering Tower
Dayton, OH 45423
(937) 223-4701
rberner@baileycav.com

Matthew T. Schaeffer
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215

(614) 229-3252
mschaeffer@baileycav.com

*Counsel to Comenity Bank*