IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID'S BRIDAL, INC., *et al.*,[1] | ) | Case No. 18-12635 (LSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that certain financial institutions from time to time each a party as term lenders to the existing credit agreement with the above-captioned debtors (collectively, the "Ad Hoc Term Lender Group") hereby appear by their counsel, Jones Day and Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Jones Day and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Jones Day and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Ad Hoc Term Lender Group through

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

service upon Jones Day and PSZJ at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| JONES DAY | PACHULSKI STANG ZIEHL & JONES LLP |
| Scott J. Greenberg | Laura Davis Jones |
| Michael J. Cohen | Timothy P. Cairns |
| Nicholas J. Morin | Joseph M. Mulvihill |
| 250 Vesey Street | 919 N. Market Street, 17th Floor |
| New York, NY 10281 | P.O. Box 8705 |
| Telephone: (212) 326-3939 | Wilmington, DE 19899-8705 (Courier 19801) |
| Facsimile: (212) 755-7306 | Telephone: (302) 652-4100 |
| Email: sgreenberg@jonesday.com | Facsimile: (302) 652-4400 |
|       mcohen@jonesday.com | Email: ljones@pszjlaw.com |
|       nmorin@jonesday.com |       tcairns@pszjlaw.com |
| |       jmulvihill@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Ad Hoc Term Lender Group, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs,

or recoupments to which the Ad Hoc Term Lender Group may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 19, 2018          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com
      jmulvihill@pszjlaw.com

-and-

JONES DAY
Scott J. Greenberg
Michael J. Cohen
Nicholas J. Morin
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
      mcohen@jonesday.com
      nmorin@jonesday.com

*Counsel to the Ad Hoc Term Lender Group*