Joel H. Levitin
Richard A. Stieglitz Jr.
Loren D. Goodman
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000

*Attorneys for Bank of America, N.A., as
Prepetition Term Loan Agent*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*, | ) Case No. 18-12635 (LSS) |
| Debtors. | ) Joint Administration Requested |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, Cahill Gordon & Reindel LLP ("Cahill"), on behalf of Bank of America, N.A. ("Bank of America"), as administrative agent and collateral agent under the Prepetition Term Loan Agreement, with certain of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] hereby appears in these Chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders,

---

[1] Upon information and belief, the Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: David's Bridal, Inc. (4563), DB Investors, Inc. (8503), DB Holdco, Inc. (4567), and DB Midco, Inc. (3096). The location of David's Bridal, Inc.'s corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases should be given and served upon Cahill at Eighty Pine Street, New York, New York 10005 (Attn: Joel H. Levitin, Esq., Richard A. Stieglitz Jr., Esq., and Loren D. Goodman, Esq., at jlevitin@cahill.com, rstieglitz@cahill.com, and lgoodman@cahill.com) on behalf of Bank of America.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as (a) a waiver of Bank of America's right to assert that 28 U.S.C. § 157(b) is unconstitutional; (b) consent or submission by Bank of America, or waiver of Bank of America's right to object to, the jurisdiction of the Bankruptcy Court for any purpose; (c) a waiver of Bank of America's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (d) a waiver of any right of Bank of America to trial by jury; (e) a waiver of Bank of America's right to have the reference withdrawn by a District Court for any matter involving Bank of America or to assert that the reference has already been withdrawn; or (f) Bank of America's right to have any unliquidated portions of any claim determined by an applicable state court, all of which rights are expressly reserved.

PLEASE TAKE FURTHER NOTICE that this notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments

against any of the Debtors or any other entity either in these cases or in any other action are expressly reserved.

Dated: November 19, 2018

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Richard A. Stieglitz Jr.
Joel H. Levitin
Richard A. Stieglitz Jr.
Loren D. Goodman
Eighty Pine Street
New York, New York  10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
jlevitin@cahill.com
rstieglitz@cahill.com
lgoodman@cahill.com

*Attorneys for Bank of America, N.A.*