## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Joint Administration Requested |

## VERIFIED STATEMENT OF THE AD HOC TERM LOAN
## LENDER GROUP PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), certain beneficial holders or the investment advisors or managers for certain beneficial holders as identified on **Exhibit A** hereto (collectively, the "Ad Hoc Term Loan Lender Group") hereby submit this verified statement (this "Verified Statement"), and in support hereof state as follows:

1.      In August 2017, certain members of the Ad Hoc Term Loan Lender Group retained Jones Day to represent them as counsel in connection with a potential restructuring of the outstanding debt obligations of the above-captioned debtors (collectively, the "Debtors") and certain of their subsidiaries and affiliates.

2.      As of the date of this Verified Statement, Jones Day represents (as that term is defined in Bankruptcy Rule 2019(a)(2)) the members of the Ad Hoc Term Loan Lender Group in their capacities as (a) lenders under the Credit Agreement, dated as of October 11, 2012, among (a) David's Bridal, Inc. as Borrower, (b) Bank of America, N.A., as administrative agent and collateral agent, (c) the guarantors thereunder and (d) the Lenders party thereto (as the same may

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).  The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

be further amended, restated or supplemented from time to time, the "Term Loan Credit Agreement") and (b) lenders under the Debtors' proposed postpetition financing facility.[2]

3.      Jones Day does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.  Jones Day does not represent the Ad Hoc Term Loan Lender Group as a "committee" (as such term is used in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Jones Day.  In addition, the Ad Hoc Term Loan Lender Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

4.      Upon information and belief formed after due inquiry, Jones Day does not hold any disclosable economic interests (as that term is defined in Bankruptcy Rule 2019(a)(1)) in relation to the Debtors.

5.      The names and addresses of each of the members of the Ad Hoc Term Loan Lender Group, together with the nature and amount of each disclosable economic interest held by each of them in relation to the Debtors, are set forth in **Exhibit A** attached hereto.  The information set forth in **Exhibit A** is based on information provided to Jones Day by the members of the Ad Hoc Term Loan Lender Group and is intended only to comply with Bankruptcy Rule 2019 and not for any other purpose.

6.      The undersigned verifies that the foregoing is true and correct to the best of its knowledge.

---

[2]      *See Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 17].

7.      Nothing contained in this Verified Statement is intended or shall be construed to constitute: (i) a waiver or release of the rights of the members of the Ad Hoc Term Loan Lender Group to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (ii) a waiver or release of the rights of the members of the Ad Hoc Term Loan Lender Group to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge; (iii) consent to the jurisdiction of the Court over any matter; (iv) an election of remedy; (v) a waiver or release of any rights the members of the Ad Hoc Term Loan Lender Group may have to a jury trial; (vi) a waiver or release of the right to move to withdraw the reference with respect to any matter or proceeding that may be commenced in these chapter 11 cases against or otherwise involving the members of the Ad Hoc Term Loan Lender Group; or (vii) a waiver or release of any other rights, claims, actions, defenses, setoffs or recoupments to which the members of the Ad Hoc Term Loan Lender Group are or may be entitled, in law or in equity, under any agreement or otherwise, with all such rights, claims, actions, defenses, setoffs or recoupments being expressly reserved.

8.      The Ad Hoc Term Loan Lender Group, through its undersigned counsel, reserves the right to amend or supplement this Verified Statement in accordance with the requirements of Bankruptcy Rule 2019 at any time in the future.

Dated:  November 20, 2018
        Wilmington, Delaware

Respectfully submitted,


*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Joseph M. Mulvihill (DE Bar No. 6061)
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              tcairns@pszjlaw.com
              jmulvihill@pszjlaw.com


-and-

Scott J. Greenberg
Michael J. Cohen
Nicholas J. Morin
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
Email:        sgreenberg@jonesday.com
              mcohen@jonesday.com
              nmorin@jonesday.com


*Attorneys for the Ad Hoc Term Loan Lender
Group*