# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18-12635-LSS |
| DAVID'S BRIDAL, INC. | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Belden Park Delaware, LLC ("Landlord"), hereby appears by its counsel, Meyers, Roman, Friedberg & Lewis ("Meyers Roman") and requests that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. Landlord requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statement, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Landlord through service upon Meyers Roman as set forth below:

> David M. Neumann (0068747)
> *dneumann@meyersroman.com*
> Meyers, Roman, Friedberg & Lewis LPA
> 28601 Chagrin Blvd., Suite 600
> Cleveland, OH 44122
> Telephone: (216) 831-0042
> Fax: (216) 831-0542

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers files in this case, whether form or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive landlord's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other right, claims, actions, defenses, setoffs or recoupments to which Landlord is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date: November 20, 2018

*/s/ David M. Neumann*
David M. Neumann (Ohio No. 0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Telephone:  216-831-0042
Fax: 216-831-0542

*Counsel for Belden Park Delaware, LLC*