**1119IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **DAVID'S BRIDAL, INC.,** *et al.*[1] | § | **Case No. 18-12635 (LSS)** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PLEADINGS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that ColFin 2015-3 Ind Owner, LLC, as successor-in-interest to Oire Keystone Crossings II Limited Partnership, as successor-in-interest to Keystone Crossings II, LLC ("**ColFin**"), by and through its counsel Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, ColFin respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas  75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's Federal Tax Identification Number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).  The location of the Debtors' corporate headquarters is: 1001 Washington Street, Conshohocken, Pennsylvania 19428.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) ColFin's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit ColFin to the jurisdiction of the Court.

**DATED:  November 20, 2018**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:      /s/  Michelle E. Shriro
         Michelle E. Shriro
         Delaware Bar No. 3219

16200 Addison Road, Suite 140
Addison, Texas  75001
Phone:  972.380.5533
Fax:  972.380.5748
Email: mshriro@singerlevick.com

ATTORNEYS FOR:
COLFIN 2015-3 IND OWNER, LLC, AS SUCCESSOR-IN-INTEREST TO OIRE KEYSTONE CROSSINGS II LIMITED PARTNERSHIP, AS SUCCESSOR-IN-INTEREST TO KEYSTONE CROSSINGS II, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, and to the parties listed below via first-class mail, postage prepaid, on this 20th day of November, 2018.

**COUNSEL FOR THE DEBTOR:**
Jaime Luton Chapman
Edmond L. Morton
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE 19801

**US TRUSTEE:**
Timothy Jay Fox, Jr.
Office of the US Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                             /s/  Michelle E. Shriro
                             Michelle E. Shriro