IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                              CASE NO. 18-12635

DAVID'S BRIDAL, INC

    DEBTOR                                                    CHAPTER 11

<u>NOTICE OF APPEARANCE</u>
<u>AND</u>
<u>REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS</u>

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Denton County, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  November 21, 2018

                                        Respectfully submitted,

                                        MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                        Attorneys for Claimant, Denton County, Texas

                                        */s/Tara LeDay*
                                        Tara LeDay
                                        State Bar Number 24106701
                                        P.O. Box 1269
                                        Round Rock, Texas 78680
                                        Telephone: (512) 323-3200
                                        Fax: (512) 323-3205
                                        Email: tleday@mvbalaw.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Leslie C. Heilman, Ballard Spahr LLP, 919 N. Market Street 11th Floor, Wilmington, Delaware 19801; Jaime Luton Chapman, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Fl. P.O. Box 391, Wilmington, Delaware 19899-0951; Chantelle D'nae McClamb, Ballard Spahr LLP, 919 North Market Street 11th Floor, Wilmington, Delaware 19801-3034; Edmon L. Morton, Young Conaway Stargatt & Taylor, LLP, Rodney Square 1000 North King Street, Wilmington, Delaware 19801; David L. Pollack, Ballard Spahr LLP, 51st Fl.-Mellon Bank Ctr. 1735 Market St., Philadelphia, Pennsylvania 19103; Laurel D. Roglen, Ballard Spahr LLP, 919 N. Market Street 11th Floor, Wilmington, Delaware 19801; Timothy Jay Fox, Jr., Office of the United States Trustee, U. S. Department of Justice 844 King Street, Suite 2207 Lockbox #35, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on November 21, 2018, by Electronic Notification.

                                                                */s/Tara LeDay*

Tara LeDay

Tara LeDay