IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC. *et al*[1].,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

Please take notice that the undersigned appear as attorneys in the above captioned case on behalf of AGREE LIMITED PARTNERSHIP, RAMCO WEST OAKS II LLC, and VILLA VIEW, LLC and pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. § 342 and 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the parties listed at the address and telephone listed below, and that counsel be added to the Master Service List in this case.

David M. Blau, Esq.
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Tel: (248) 988-1817
Fax: (248) 988-2336
dblau@clarkhill.com

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market St., Ste. 710
Wilmington, DE 19801
Tel: (302) 250-4749
Fax: (302) 421-9439
kgrivner@clarkhill.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503)'; DB Holdco, Inc. (4567); and DB Midco Inc. (3096). The location of the Debtors; corporate headquarters is 1001 Washington Street, Conshohocken, PA 19428.

220486394.1 09999/09999-030006

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written, or oral, and whether transmitter or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: November 26, 2018

Respectfully submitted,

CLARK HILL, PLC

*/s/ Karen M. Grivner*
Karen M. Grivner (DE No.4372)
824 N. Market St., Ste. 710
Wilmington, DE 19801
Tel: (302) 250-4749
Fax: (302) 421-9439
kgrivner@clarkhill.com

and

David M. Blau (MI P52542) (Pro hac vice admission requested)
CLARK HILL, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Tel: (248) 988-1817
Fax: (248) 988-2336
dblau@clarkhill.com

*Attorney for Agree Limited Partnership, Ramco West Oaks II LLC, and Villa View, LLC*