**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID'S BRIDAL, INC., | ) Case No. 18-12635-LSS-11 |
| | ) Chapter 11 |
| Debtor(s) | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: Steven A. Ginther, PO Box 475, Jefferson City, MO 65105-0475.

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

             Josh Hawley, Attorney General
             State of Missouri

             By: /s/ Steven A. Ginther
             Steven A. Ginther, Mo. Bar #43556
             Special Assistant Attorney General
             Missouri Department of Revenue
             General Counsel's Office
             301 W. High Street, Room 670
             PO Box 475
             Jefferson City, MO 65105-0475
             (573) 751-5531 FAX (573) 751-7232
             Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on November 26, 2018.

/s/ Steven A. Ginther