Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Attorneys for Blondie Nites Ltd.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DAVID'S BRIDAL, INC., ) | Case No. 18-12635 (LSS) |
| ) | Jointly Administered |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Pick & Zabicki, LLP hereby appears in the above-captioned proceeding as attorneys for Blondie Nites Ltd. ("Blondie Nites"), pursuant to the provisions of 11 U.S.C. §§ 102(1), 342 and 1109(b) and Fed. R. Bank. P. 2002 and 9010, and requests that all notices given or required to be given, and all papers served or required to be served in this case, be provided to and served upon the following attorneys at the address listed below:

> Douglas J. Pick, Esq.
> Pick & Zabicki LLP
> 369 Lexington Avenue, 12th Floor
> New York, New York 10017
> Tel. No.: (212) 695-6000
> Fax No.: (212) 695-6007
> E-mail: dpick@picklaw.net

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the provisions of 11 U.S.C. § 1109(b), the foregoing request includes not only the papers referred to in the Rules specified hereinabove, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affect or seek to affect in any way nay rights or interests of the creditor body.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Fed. R. Bankr. P. 3017(a), the above-referenced party in interest requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of Blondie Nites's rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding relating to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which Blondie Nites is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Blondie Nites expressly reserves.

Dated: New York, New York
November 21, 2018

                          **PICK & ZABICKI LLP**
                          Attorneys for Blondie Nites Ltd.

By: _____
      Douglas J. Pick, Esq.
      369 Lexington Avenue, 12th Floor
      New York, New York 10017
      (212) 695-6000