John Stern
Assistant Attorney General
Texas State Bar No. 19175662
Texas Attorney General's Office
P. O. Box 12548
Austin, TX 78711-2548
Tel.: (512) 463-2173
Fax: (512) 936-1409

Attorneys for the Texas Comptroller of Public Accounts

## UNITED STATES BANKRUPTCY COURT
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID'S BRIDAL, INC., | § | CASE NO. 18-12635 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The **Texas Comptroller of Public Accounts ("Comptroller")** hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

John Stern
Assistant Attorney General
john.stern@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The **Comptroller** respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Debtor, the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

 /s/ John Stern
John Stern
Assistant Attorney General
john.stern@oag.texas.gov
Texas State Bar No. 19175662
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
tel: (512) 475-4868
fax: (512) 936-1409

**COUNSEL FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

## CERTIFICATE OF SERVICE

I certify that on 11/27/2018 a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

David's Bridal, Inc.
1001 Washington St.
Conshohocken, PA 19428-2356

**By Electronic Means as listed on the Court's ECF Noticing System:**

- **Karen C. Bifferato**    kbifferato@connollygallagher.com

- **Timothy P. Cairns**   tcairns@pszjlaw.com
- **Christopher L. Carter**   christopher.carter@morganlewis.com
- **Eboney Cobb**   ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- **Mark D. Collins**   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Richard T. Davis**   rdavis@cafarocompany.com
- **Mark E. Felger**   mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- **Timothy Jay Fox**   timothy.fox@usdoj.gov
- **Ronald E Gold**   rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com
- **Brett Michael Haywood**   haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
- **Leslie C. Heilman**   heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- **Laura Davis Jones**   ljones@pszjlaw.com, efile1@pszjlaw.com
- **Jeffrey Kurtzman**   kurtzman@kurtzmansteady.com
- **Kathleen M. LaManna**   klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Tara LeDay**   bankruptcy@mvbalaw.com,ccain@mvbalaw.com,tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com
- **Scott J. Leonhardt**   leonhardt@teamrosner.com
- **Joel H Levitin**   jlevitin@cahill.com, rstieglitz@cahill.com;ma@cahill.com
- **Jaime Luton Chapman**   bankfilings@ycst.com
- **Chantelle D'nae McClamb**   mcclambc@ballardspahr.com, lanoc@ballardspahr.com
- **Rachel B. Mersky**   rmersky@monlaw.com
- **Laura J. Monroe**   lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- **Edmon L. Morton**   bankfilings@ycst.com
- **Joseph M Mulvihill**   jmulvihill@pszjlaw.com
- **Joseph Michael Mulvihill**   jmulvihill@pszjlaw.com, efile1@pszyj.com
- **Kristen N. Pate**   bk@brookfieldpropertiesretail.com
- **Norman L. Pernick**   npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
- **David L. Pollack**   pollack@ballardspahr.com, blunt@ballardspahr.com
- **Laurel D. Roglen**   roglenl@ballardspahr.com, lanoc@ballardspahr.com
- **Diane W. Sanders**   austin.bankruptcy@publicans.com
- **Matthew Schaeffer**   matthew.schaeffer@baileycavalieri.com
- **Owen M. Sonik**   osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- **J. Kate Stickles**   kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
- **Richard A. Stieglitz Jr.**   rstieglitz@cahill.com
- **Ronald Mark Tucker**   rtucker@simon.com, bankruptcy@simon.com

- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Helen Elizabeth Weller**   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

                                             */s/ John Stern*
                                             John Stern