UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>DAVID'S BRIDAL, INC.<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12635-LSS |

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> STARK & STARK, P.C.
> P.O. Box 5315
> Princeton, NJ 08543
> Attn: Joseph H. Lemkin, Esquire
> Telephone: 609-791-7022
> Fax: 609-896-0629
> Email: jlemkin@stark-stark.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way, of Levin Management Corporation in the above-captioned matter.

> STARK & STARK, P.C.
> P.O. Box 5315
> Princeton, NJ 08543
> Attn: Joseph H. Lemkin, Esquire
> Telephone: 609-791-7022
> Fax: 609-896-0629
> Email: jlemkin@stark-stark.com

Dated: November 29, 2018                    By: /s/ *Joseph H. Lemkin*
                                                                    Joseph H. Lemkin