IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF DEBTORS AND RELATED PROCEDURES

**PLEASE TAKE NOTICE** that, on November 19, 2018, David's Bridal, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (the "**Debtors**"), filed the *Joint Prepackaged Chapter 11 Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [Docket No. 12] (as it may be amended, modified or supplemented from time to time, the "**Prepackaged Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 8.1 of the Prepackaged Plan and sections 365 and 1123 of the Bankruptcy Code, all executory contracts and unexpired leases (the "**Assumed Contracts**") to which the Debtors are parties, and which have not expired on their own terms on or prior to the Effective Date, including Employee Arrangements (subject to Section 5.12 of the Prepackaged Plan) shall be deemed assumed by the Debtors, except for any executory contract or unexpired lease that (i) previously has been assumed, assumed and assigned, or rejected pursuant to a Final Order of the Bankruptcy Court, (ii) is the subject of a separate motion or notice filed by the Debtors on or before the Confirmation Date seeking to assume, assume and assign, or reject pursuant to the Prepackaged Plan, the Confirmation Order or section 365 of the Bankruptcy Code or (iii) is the subject of a pending Assumption Dispute.

**PLEASE TAKE FURTHER NOTICE** that any monetary amounts by which any executory contract or unexpired lease to be assumed hereunder is in default shall be satisfied, under section 365(b)(1) of the Bankruptcy Code, by the Reorganized Debtors upon assumption thereof in the ordinary course. If you believe that any Cure Amounts are due by the Debtors in connection with the assumption of your contract or unexpired lease, you should assert such Cure Amounts against the Debtors in the ordinary course of business.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Prepackaged Plan.

**PLEASE TAKE FURTHER NOTICE** that to the extent that you object to the assumption of an Assumed Contract on any basis, including the Debtors' satisfaction of the requirement under section 365(b)(1)(C) of the Bankruptcy Code to provide adequate assurance of future performance under an Assumed Contract, you must (a) file with the Bankruptcy Court a written objection (the "**Objection**") that complies with the Bankruptcy Rules and the Local Rules and sets forth (i) the basis for such objection and specific grounds therefor, and (ii) the name and contact information of the person authorized to resolve such objection, and (b) serve the same on the parties listed below, so that such Objection is actually received no later than December 14, 2018 (the "**Assumption Objection Deadline**"):

a. the Debtors, c/o David's Bridal, Inc., 1001 Washington Street, Conshohocken, PA 19428, Attn: Lori Cochran Kinkade;

b. the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy Fox (Timothy.Fox@usdoj.gov);

c. proposed counsel to the Debtors, (i) Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: M. Natasha Labovitz (nlabovitz@debevoise.com) and (ii) Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon Morton (emorton@ycst.com);

d. counsel to the agent for the proposed debtor-in-possession lenders, (i) Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: Glenn Siegel (glenn.siegel@morganlewis.com) and (ii) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110, Attn: Matthew Furlong (matthew.furlong@morganlewis.com);

e. counsel to the ad hoc term lender group, Jones Day, 250 Vesey Street, New York, NY 10281, Attn: Scott J. Greenberg (sgreenberg@jonesday.com) and Michael J. Cohen (mcohen@jonesday.com);

f. counsel to Oaktree Capital Management, L.P., Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Alan Kornberg (akornberg@paulweiss.com) and John T. Weber (jweber@paulweiss.com);

g. counsel to the Supporting Sponsors, Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Norman L. Pernick (npernick@coleschotz.com) and Kate Stickles (kstickles@coleschotz.com); and

      h.      counsel to Solace Capital Partners, L.P., (i) Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, Attn: Brad Eric Scheler (brad.scheler@friedfrank.com) and Peter B. Siroka (peter.siroka@friedfrank.com) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N Market St. #1800, Wilmington, DE 19801, Attn: Derek C. Abbott (dabbott@mnat.com).

      **PLEASE TAKE FURTHER NOTICE** that if no Objection is timely received with respect to an Assumed Contract, (a) you shall be deemed to have assented to (i) the assumption of such Assumed Contract, (ii) the date of such assumption, and (iii) the satisfaction of the requirement under section 365(b)(1)(C) of the Bankruptcy Code of the Debtors to provide adequate assurance of future performance under such Assumed Contract, and (b) you shall be forever barred, estopped, and enjoined from challenging the validity of such assumption or the adequate assurance of future performance contemplated herein.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors request that, before filing an Objection, you contact the Debtors prior to the Assumption Objection Deadline to attempt to resolve such dispute consensually. The Debtors' contact for such matters is David Deutsch, Esq., Debevoise & Plimpton LLP, at 212-909-6831 or by e-mail at ddeutsch@debevoise.com. If such dispute cannot be resolved consensually prior to the Assumption Objection Deadline (as the same may be extended by agreement of the Debtors), you must file and serve an Objection as set forth herein to preserve your right to object.

      **PLEASE TAKE FURTHER NOTICE** that if a timely Objection is filed and served in accordance with this notice pertaining to assumption of an Assumed Contract, and cannot be otherwise resolved by the parties pursuant to Section 8.2 of the Plan, the Bankruptcy Court may hear such Objection at a date set by the Bankruptcy Court.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

01:23912204.2

| | | |
|---|---|---|
| Dated: | November 30, 2018<br>Wilmington, Delaware | */s/ Jaime Luton Chapman*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP** |

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: rbrady@ycst.com
       emorton@ycst.com
       jchapman@ycst.com
       tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**

M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
       nskaluk@debevoise.com
       destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**

Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118
Email: cabruens@debevoise.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

01:23912204.2