Christopher B. Mosley
Senior Assistant City Attorney
City of Fort Worth
City Attorney's Office
200 Texas Street
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 facsimile

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| DAVID'S BRIDAL, INC. | § § | CASE NO. 18-12635 |
| DEBTOR | § § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**City of Fort Worth**

creditor in the above-referenced proceedings. The undersigned requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the creditor in care of the undersigned at the address set forth below.

Respectfully Submitted,

Christopher B. Mosley
State Bar No. 00789505
Senior Assistant City Attorney

City of Fort Worth
200 Texas Street
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 (fax)
Chris.Mosley@fortworthtexas.gov

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of December, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Bankruptcy Court, District of Delaware, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following as service of this document by electronic means:

Edmon L. Morton
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

Christopher B. Mosley