**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | CHAPTER 11 |
| | § | |
| **DAVID'S BRIDAL, INC.,** *et al* | § | |
| | § | **CASE NO. 18-12635 (LSS)** |
| | § | |
| **DEBTORS** | § | (Jointly Administered) |

**TRAVIS COUNTY'S NOTICE OF APPEARANCE AND**
**REQUEST FOR SE RVICE OF NOTICE AND OTHER DOCUMENTS**

Notice is hereby given that Kay D. Brock, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

**Respectfully submitted,**

**DAVID ESCAMILLA**
Travis County Attorney
P.O. Box 1748
Austin, TX  78767
(512) 854-9092 Telephone
(512) 854-9316 Telecopier

By:  */s/ Kay D. Brock*
**KAY D. BROCK**
Assistant County Attorney
Texas Bar No. 11625100
kay.brock@traviscountytx.gov

649217-1

## **CERTIFICATE OF SERVICE**

      I, Kay D. Brock, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 4th day of **December, 2018** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                            */s/ Kay D. Brock*

| | |
|---|---|
| **DEBTOR**<br>David's Bridal, Inc.<br>1001 Washington Street<br>Conshohocken, PA 19428-2356<br>(Via First Class Mail) | **TRUSTEE**<br>U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(Via Electronic Service) |
| **DEBTORS' ATTORNEYS**<br>Robert S. Brady<br>Edmon L. Morton<br>Jaime Luton Chapman<br>Tara Pakrouh<br>YOUNT CONAWAY STARGATT &<br>TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(Via Electronic Service)<br><br>And<br><br>M. Natasha Labovitz<br>Nick S. Kaluk III<br>Daniel E. Stroik<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(Via Electronic Service) | |

649217-1