IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------

In re:                                                            Chapter 11

   David's Bridal, Inc., *et al.*,[1]                    Case No. 18-12635 (LSS)

                      Debtors.                          (Jointly Administered)

-----------------------------------------------------------------

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing for 3133 Erie Boulevard Associates, LLC and Cumberland Avenue Plaza, LLC (collectively the "Creditors"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this case be given and served upon the undersigned at the office, address and telephone numbers set forth below:

| | |
|---|---|
| Kevin M. Newman, Esq. | Teresa M. Bennett, Esq. |
| BARCLAY DAMON LLP | BARCLAY DAMON LLP |
| Barclay Damon Tower | Barclay Damon Tower |
| 125 East Jefferson Street | 125 East Jefferson Street |
| Syracuse, New York 13202 | Syracuse, New York 13202 |
| Telephone: (315) 413-7115 | Telephone: (315) 413-7111 |
| Facsimile: (315) 703-7349 | Facsimile: (315) 703-7344 |
| Email: knewman@barclaydamon.com | Email: tbennett@barclaydamon.com |

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

17557569.1

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditors intend that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditors' right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Creditors' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) Creditors' right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) Creditors' right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

Dated:  December 4, 2018
        Syracuse, New York

**BARCLAY DAMON LLP**
*Attorneys for 3133 Erie Boulevard Associates, LLC and Cumberland Avenue Plaza, LLC*

By:    /s/Kevin M. Newman
Kevin M. Newman
Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:   (315) 413-7115
Facsimile:     (315) 703-7349

17557569.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

David's Bridal, Inc., *et al.*,

Debtors.

---

Chapter 11

Case No. 18-12635 (LSS)

(Jointly Administered)

## **AFFIDAVIT OF SERVICE**

*STATE OF NEW YORK*         )
*COUNTY OF ONONDAGA*   ) *ss.:*

**DEBORAH S. MILLER**, being duly sworn, deposes and says:

1. That she is in the employ of Barclay Damon LLP, attorneys for *3133 Erie Boulevard Associates, LLC and Cumberland Avenue Plaza, LLC* in the above-captioned bankruptcy proceeding.

2. That on the 4th day of December, 2018, she electronically filed *Notice of Appearance and Demand for Service of Papers* with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system, which sent notification of such filing to the parties set forth on the attached **Service List A**.

3. That on the 4th day of December, 2018, she served a copy of *Notice of Appearance and Demand for Service of Papers* upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                 */s/Deborah S. Miller*
                                                                 DEBORAH S. MILLER

Sworn to before me this 4th
day of December, 2018.

*/s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

17557569.1

## Service List A

- Karen C. Bifferato     kbifferato@connollygallagher.com
- David M. Blau     DBlau@clarkhill.com
- Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com
- Timothy P. Cairns     tcairns@pszjlaw.com
- Christopher L. Carter     christopher.carter@morganlewis.com
- Eboney Cobb     ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- Mark D. Collins     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Kelly M. Conlan     kconlan@connollygallagher.com
- Richard T. Davis     rdavis@cafarocompany.com
- John D. Demmy     john.demmy@saul.com, robyn.warren@saul.com
- John P. Dillman     houston_bankruptcy@publicans.com
- Donlin, Recano & Co., Inc.     ljordan@donlinrecano.com
- Douglas M Evans     devans@kmelaw.com
- Mark E. Felger     mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- Timothy Jay Fox     timothy.fox@usdoj.gov
- Thomas M. Gaa     tgaa@bbslaw.com, yessenia@bbslaw.com
- Steven A. Ginther     deecf@dor.mo.gov
- Ronald E Gold     rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com;bparker@fbtlaw.com
- Karen M. Grivner     kgrivner@clarkhill.com, sambrose@clarkhill.com
- Brett Michael Haywood     haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
- Leslie C. Heilman     heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- Laura Davis Jones     ljones@pszjlaw.com, efile1@pszjlaw.com
- Susan E. Kaufman     skaufman@skaufmanlaw.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, Kristina.terlaga@procopio.com;calendaring@procopio.com
- Jeffrey Kurtzman     kurtzman@kurtzmansteady.com
- Kathleen M. LaManna     klamanna@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- M. Natasha Labovitz     nlabovitz@debevoise.com, amcdermott@debevoise.com
- Tara LeDay     bankruptcy@mvbalaw.com, ccain@mvbalaw.com, tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com
- Joseph H Lemkin     jlemkin@stark-stark.com
- Scott J. Leonhardt     leonhardt@teamrosner.com
- Joel H Levitin     jlevitin@cahill.com, rstieglitz@cahill.com;ma@cahill.com
- Jaime Luton Chapman     bankfilings@ycst.com
- Chantelle D'nae McClamb     mcclambc@ballardspahr.com, lanoc@ballardspahr.com
- Rachel B. Mersky     rmersky@monlaw.com
- Laura J. Monroe     lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Edmon L. Morton     bankfilings@ycst.com
- Christopher B. Mosley     Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov

17557569.1

- Joseph M Mulvihill    jmulvihill@pszjlaw.com
- Joseph Michael Mulvihill    jmulvihill@pszjlaw.com, efile1@pszyj.com
- David M. Neumann    dneumann@meyersroman.com, mnowak@meyersroman.com
- Victor W. Newmark    vnewmark@evict.net
- Thomas Onder    tonder@stark-stark.com, ereid@stark-stark.com
- Kristen N. Pate    bk@brookfieldpropertiesretail.com
- Norman L. Pernick    npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com
- Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Matthew Schaeffer    matthew.schaeffer@baileycavalieri.com
- Michelle E. Shriro    mshriro@singerlevick.com, croote@singerlevick.com,scotton@singerlevick.com
- Andrew I. Silfen    andrew.silfen@arentfox.com, hirsh.robert@arentfox.com; beth.brownstein@arentfox.com; jackson.toof@arentfox.com; lisa.indelicato@arentfox.com; andy.kong@arentfox.com; jordana.renert@arentfox.com; Phillip.khezri@arentfox.com
- Andrew I. Silfen    silfen.andrew@arentfox.com, hirsh.robert@arentfox.com; beth.brownstein@arentfox.com;jackson.toof@arentfox.com;lisa.indelicato@arentfox.com;andy.kong@arentfox.com;jordana.renert@arentfox.com;Phillip.khezri@arentfox.com
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Don Stecker    don.stecker@lgbs.com,sanantonio.bankruptcy@publicans.com
- John Mark Stern    john.stern@oag.texas.gov, sherri.simpson@oag.texas.gov
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
- Richard A. Stieglitz Jr.    rstieglitz@cahill.com
- Daniel E Stroik    destroik@debevoise.com, amcdermott@debevoise.com
- Ronald Mark Tucker    rtucker@simon.com, bankruptcy@simon.com
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- John R. Weaver    jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

17557569.1

**Service List B**

Craig A. Bruens
Nick S. Kaluk, III
M. Natasha Labovitz
Daniel E Stroik
Debevoise & Plimpton
919 Third Ave.
New York NY 10022

Jaime Luton Chapman
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Fl.,P.O. Box 391
Wilmington DE 19899-0951

Edmon L. Morton
Young Conaway Stargatt & Taylor, LLP
Rodney Square,1000 North King Street
Wilmington DE 19801

Timothy Jay Fox, Jr.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801