IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DAVID'S BRIDAL, INC. | : | Bankruptcy No. 18-12635-LSS |
| | : | |
| Debtor | : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

JOSH SHAPIRO
ATTORNEY GENERAL

DATE:  December 4, 2018          BY:   /s/ Christopher R. Momjian
                                 Christopher R. Momjian
                                 Senior Deputy Attorney General
                                 PA I.D. No. 57482
                                 Office of Attorney General
                                 The Phoenix Building
                                 1600 Arch Street, Suite 300
                                 Philadelphia, PA 19103
                                 Tel: (215) 560-2424
                                 Fax: (717) 772-4526
                                 E-mail: crmomjian@attorneygeneral.gov