GILBERT BIRD LAW FIRM, PC
10575 NORTH 114TH STREET, SUITE 115
SCOTTSDALE, ARIZONA 85259
Telephone: 480-767-6149

Ryan J. Bird (022819)
rbird@gilbertbirdlaw.com
Agent for Creditor FTT Village Fair North, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC., et al.,[1]<br><br>Debtors | Chapter 11<br><br>Case No. 18-12635<br><br>Joint Administration Requested |

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned, on behalf of Creditor FTT Village Fair North, LLC, an Arizona limited liability company, party-in-interest in the above-captioned case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, hereby requests that service be made of all orders, notices and other pleadings of any nature filed in this case on:

> Ryan J. Bird
> GILBERT BIRD LAW FIRM, PC
> 10575 North 114th Street, Suite 115
> Scottsdale, Arizona 85259
> Telephone: (480) 767-6149
> Facsimile: (480) 767-6150
> Email: rbird@gilbertbirdlaw.com

and that the preceding address be added to the Court's master mailing list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

PLEASE TAKE FURTHER NOTICE, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any of the rights or interests of FTT Village Fair North, LLC with respect to the captioned Debtors.

DATED: December 5, 2018.

GILBERT BIRD LAW FIRM, PC

/s/ Ryan J. Bird
Ryan J. Bird
10575 North 114th Street, Suite 115
Scottsdale, Arizona 85259
*Agent for Creditor FTT Village Fair North, LLC*