1
2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

3
4
5
6

| | |
|---|---|
| In Re: | Chapter 11 |
| David's Bridal, Inc., et al., | Case No. 1:18-bk-12635-LSS |
| Debtors. | (Jointly Administered) |

7
8

**NOTICE OF APPEARANCE AND**
**CERTIFICATION OF GOVERNMENT ATTORNEY**

9
10

TO THE CLERK;

Please enter the appearance of the undersigned attorney, Peter Muthig, as

11
12

counsel for the Maricopa County Treasurer in this matter.

The undersigned attorney, Peter Muthig, makes this certification of government

13
14

attorney pursuant to Local Rule 9010-1(e)(i).

15
16

1. The undersigned attorney is admitted to the bars of the United States

Supreme Court, United States Court of Appeals for the Ninth Circuit, the

17
18

United States District Court for the District of Arizona, the United States

District Courts for the Northern, Eastern and Central Districts of California, the

19
20

Supreme Court of Arizona, and the Supreme Court of California (currently

voluntarily inactive in California).

21
22

2. The undersigned attorney is in good standing in all jurisdictions in which he

has been admitted.

23
24

3. The undersigned attorney will be bound by the Local Rules of the United

States Bankruptcy Court for the District of Delaware, and the undersigned

25
26

attorney submits to the jurisdiction of this Court for disciplinary purposes.

DATED December 6, 2018.

27
28

*/s/ Peter Muthig*
Peter Muthig (AZ Bar No. 018526)

Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1735
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 6th day of December 2018, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

*/s/ Peter Muthig*
Peter Muthig (AZ Bar No. 018526)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona  85004-2206
Telephone (602) 506-1735
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*