IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David's Bridal, Inc.<br><br>Debtor(s) | Chapter 11<br>Case No. 18-12635 LSS |

**CHARLES COUNTY, MARYLAND'S
NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

    Please take notice that Charles County, Maryland appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor(s) in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

                  Nicole C. Kenworthy
            Meyers, Rodbell & Rosenbaum, P.A.
            6801 Kenilworth Avenue, Suite 400
              Riverdale, Maryland 20737-1385

    Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Charles County, Maryland.

    Please take further notice that, as provided in Bankruptcy Rule 3017(a), Charles County, Maryland requests that the undersigned be provided with copies of any and all disclosure statements and plans or reorganization.

                                      MEYERS, RODBELL & ROSENBAUM, P.A.

                                      By:  /s/Nicole C. Kenworthy
                                            Nicole C. Kenworthy
                                            Federal Bar No. 19723
                                            Meyers, Rodbell & Rosenbaum, P.A.
                                            6801 Kenilworth Avenue, Suite 400
                                            Riverdale, Maryland 20737-1385
                                            301-699-5800

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2018, a copy of the foregoing Charles County, Maryland's Notice of Appearance and Request for Notice and Service of Papers was mailed by first-class mail, postage prepaid to:

Edmon L. Morton, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street, Rodney Square
Wilmington, DE 19801-

/s/ Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net