**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID'S BRIDAL, INC., et al., | ) | Case No. 18-12635 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE and ENTER THE APPEARANCE of Daniel C. Kerrick, Esquire, on behalf of 4545 Kennedy, LLC, in the above referenced matter.

Dated: December 7, 2018

HOGAN♦MCDANIEL

*/s/ Daniel C. Kerrick*
Daniel C. Kerrick, DE I.D. No. 5027
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
dckerrick@dkhogan.com