# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC.,<br>*et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Levene, Neale, Bender, Yoo & Brill, L.L.P. ("LNBYB") hereby appears in the above-referenced chapter 11 cases as counsel for SVF University Westwood, LLC (the "Landlord") and pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1, and 9006-1, requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned attorneys at the following addresses and facsimile numbers:

    Eve H. Karasik
    Jeffrey S. Kwong
    Levene, Neale, Bender, Yoo & Brill L.L.P.
    10250 Constellation Blvd., Suite 1700
    Los Angeles, CA  90067
    Telephone:  310-229-1234
    Facsimile:   310-229-1244
    EHK@lnbyb.com; JSK@lnbyb.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective taxpayer identification numbers are as follows: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).

above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case or the rights of the Landlord.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Landlord, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Los Angeles, California
December 7, 2018          **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

*/s/ Eve H. Karasik*
Eve H. Karasik (Cal. Bar No. 155356)
Jeffrey S. Kwong (Cal. Bar No. 288239)
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
EHK@lnbyb.com; JSK@LNBYB.COM

*Counsel for SVF University Westwood, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067. I also certify that on December 7, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record.

*/s/ Lourdes Cruz*
Lourdes Cruz