# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18- 12635 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket No. 12** |

## NOTICE OF FILING OF PLAN SUPPLEMENT TO PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On November 19, 2018, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 12] (as may be amended, modified, or supplemented from time to time, the "**Plan**") and the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and its Affiliated Debtors* [Docket No. 13] (as may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On November 19, 2018, the Debtors filed the *Debtors' Motion for Entry of an Order (A) Scheduling Combined Hearing to Consider (I) Approval of Disclosure Statement, (II) Approval of Solicitation Procedures and Forms of Ballots, and (III) Confirmation of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holding, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

*Prepackaged Plan; (B) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (C) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (D) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting, and (II) File Statements of Financial Affairs and Schedules of Assets and Liabilities; and (F) Granting Related Relief* [Docket No. 11] (the "**Motion**"); and on November 20, 2018, after a hearing on the Motion, the Court entered the *Order (A) Scheduling Combined Hearing to Consider (I) Approval of Disclosure Statement, (II) Approval of Solicitation Procedures and Forms of Ballots, and (III) Confirmation of Prepackaged Plan; (B) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (C) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (D) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting, and (II) File Statements of Financial Affairs and Schedules of Assets and Liabilities; and (F) Granting Related Relief* [Docket No. 95] (the "**Solicitation Procedures Order**").

3. In accordance with the Plan and the Disclosure Statement, and pursuant to the Solicitation Procedures Order, the Debtors hereby file the Plan Supplement.[2] The following documents are included in the Plan Supplement, as each may be amended, modified or supplemented from time to time:

---

[2] Unless otherwise defined, capitalized terms used herein have the meaning ascribed thereto in the Plan and the Disclosure Statement.

01:23955343.1

**Exhibit 1** – Exit ABL Facility Credit Agreement

**Exhibit 2** – Priority Exit Facility Credit Agreement

**Exhibit 3** – Takeback Term Loan Credit Agreement

**Exhibit 4** – Amended Organizational Documents

**Exhibit 5** – New Stockholders' Agreement

**Exhibit 6** – Warrant Agreement

**Exhibit 7** – List of Retained Causes of Action

**Exhibit 8** – Information Required to be Disclosed Under 1129(a)(5)

4. The forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

5. Certain documents and designations, or portions thereof, contained in the Plan Supplement may remain subject to continuing negotiations among the Debtors and interested parties with respect thereto and modification as a result of such negotiations. The Debtors, subject to the terms and conditions of the Restructuring Support Agreement, reserve all rights to alter, amend, update, modify, or supplement any document in the Plan Supplement, or add additional documents to the Plan Supplement, at any time before the Effective Date of the Plan, or any such other date as may be permitted by the Plan or by order of the Court; provided, that if any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtors will file a blackline of such document with the Court. The Debtors intend to file a further supplement to the Plan Supplement containing updated versions of the documents filed as exhibits hereto to the

extent any such exhibits are modified, and any additional documents referenced in or contemplated by the Plan, on or before the Confirmation Hearing.

6. The Confirmation Hearing is scheduled for **January 4, 2019, at 1:30 p.m. (ET)** or as soon thereafter as counsel may be heard**.** Please be advised that the Confirmation Hearing may be continued from time to time by the Court **without further notice**.

7. Any objections to the Disclosure Statement, the Solicitation Procedures, and/or confirmation of the Plan **must**: (a) be in writing; (b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (c) state the legal and factual basis for and nature of any objection; (d) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and (e) be filed with the Bankruptcy Court, together with proof of service, and served on the following parties so as to be received by **no later than December 21, 2018, at 5:00 p.m. (prevailing Eastern Time)**:

   a. the Debtors, c/o David's Bridal, Inc., 1001 Washington Street, Conshohocken, PA 19428, Attn: Lori Cochran Kinkade;

   b. the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy Fox (Timothy.Fox@usdoj.gov);

   c. proposed counsel to the Debtors, (i) Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: M. Natasha Labovitz (nlabovitz@debevoise.com) and (ii) Young Conaway Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon Morton (emorton@ycst.com);

   d. counsel to the agent for the proposed debtor-in-possession lenders, (i) Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: Glenn Siegel (glenn.siegel@morganlewis.com) and (ii) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110, Attn: Matthew Furlong (matthew.furlong@morganlewis.com);

01:23955343.1

4

e. counsel to the ad hoc term lender group, Jones Day, 250 Vesey Street, New York, NY 10281, Attn: Scott J. Greenberg (sgreenberg@jonesday.com) and Michael J. Cohen (mcohen@jonesday.com);

f. counsel to Oaktree Capital Management, L.P., Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Alan Kornberg (akornberg@paulweiss.com) and John T. Weber (jweber@paulweiss.com);

g. counsel to the Supporting Sponsors, Cole Schotz P.C., 500 Delaware venue, Suite 1410, Wilmington, DE 19801, Attn: Norman L. Pernick (npernick@coleschotz.com) and Kate Stickles (kstickles@coleschotz.com); and

h. counsel to Solace Capital Partners, L.P., (i) Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004, Attn: Brad Eric Scheler (brad.scheler@friedfrank.com) and Peter B. Siroka (peter.siroka@friedfrank.com) and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 N Market St. #1800, Wilmington, DE 19801, Attn: Derek C. Abbott (dabbott@mnat.com).

8. The exhibits contained in this Plan Supplement may be viewed and obtained (a) free of charge, by (i) accessing such documents and information online at the website maintained by the Debtors' voting agent, Donlin, Recano & Company, Inc. (the "**Voting Agent**"), at www.donlinrecano.com/davidsbridal, or (ii) contacting the Voting Agent by telephone at (877) 842-1616 or by email at dbinfo@donlinrecano.com, or (b) for a fee by accessing the Court's website at www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

ARTICLE X OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **SECTION 10.6(b) CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE VOTING AGENT.**

[*Remainder of page intentionally left blank.*]

01:23955343.1

6

| Dated: | December 11, 2018<br>Wilmington, Delaware | */s/ Tara C. Pakrouh* |
|---|---|---|

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: rbrady@ycst.com
  emorton@ycst.com
  jchapman@ycst.com
  tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk, III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
  nskaluk@debevoise.com
  destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
Email: cabruens@debevoise.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*