**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br>David's Bridal, Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 1:18-bk-12635-LSS<br>(Jointly Administered)<br>**Hearing Date: January 4, 2019 at 1:30 p.m. (ET)**<br>**Objection Deadline: December 21, 2018 at 5:00 p.m. (ET)**<br>[Related to Docket No. 12] |

### MARICOPA COUNTY TREASURER'S OBJECTION TO PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Maricopa County Treasurer ("MCT"), by and through its undersigned counsel, hereby submits its objection to Debtors' *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (the "Plan"). MCT objects to confirmation of the Plan as it (1) fails to include a provision that MCT shall retain its liens for unpaid property taxes until such time as the taxes and any related interest is paid in full, and (2) incorrectly provides for the accrual of interest after the Effective Date rather than after the Petition Date.

### MCT'S CLAIMS

On December 6, 2018, MCT filed an secured proof of claim (the "MCT Claim") in the amount of $3,324.69 representing 2018 personal property. Interest accrues on the MCT Claim at the statutory rate of 16% per annum until paid in full, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

The Plan treats the MCT Claim in the same manner as Priority Tax Claims.

**OBJECTIONS**

**No Provision for Lien Retention**

MCT objects to the Plan as it fails to provide for retention of the tax liens. Arizona law grants Maricopa County valid liens that are "prior and superior to all other liens and encumbrances on the property." *See* A.R.S. §§ 42-17153 and 42-19106. Section 10.1 of the Plan provides that "Except as otherwise provided herein, or in any agreement, instrument, or other document incorporated in the Plan…all assets and property of the Estates shall vest in the Reorganized Debtors, free and clear of all Claims, Liens, encumbrances, charges, and other interests…" (Plan, p. 43, section 10.1). The Plan should include a provision for the retention of MCT's property tax liens securing payment of the MCT Claim and any post-petition administrative expense taxes until the taxes and interest are paid in full.

**Post-Petition Interest**

MCT objects to the Plan as it incorrectly provides for the accrual of interest on the MCT Claim after the Effective Date (Plan, p.16, section 2.4). This eliminates interest accruing from and after the Petition Date to the Effective Date. The Arizona Revised Statutes provide that all taxes bear interest from the date of delinquency at the rate of 16% per annum. A.R.S. § 42-18053. Further, personal property tax obligations are first priority, secured obligations. A.R.S. § 42-17153. The property securing the MCT Claim is worth more than the amount of the respective claims. MCT is therefore entitled to interest on the MCT Claim pursuant to 11 U.S.C. § 506(b) as an oversecured creditor and at the statutory rate of 16% per annum pursuant to 11 U.S.C. § 511 and A.R.S. § 42-18053. The Plan should provide for the accrual of post-petition statutory interest at

the rate of 16% per annum on the MCT Claim and any post-petition administrative expense taxes until the related taxes and interest are paid in full.

Based on the foregoing, MCT respectfully requests that the Court deny confirmation of the Plan unless Debtors further amend the Plan to (1) include a provision for the retention of MCT's tax liens securing the MCT Claim and any post-petition administrative taxes, and (2) provide for the accrual of post-petition interest at the statutory rate of 16% per annum on the MCT Claim and any post-petition administrative taxes until the taxes and interest are paid in full.

RESPECTFULLY SUBMITTED this 14th day of December, 2018.

    WILLIAM G. MONTGOMERY
    MARICOPA COUNTY ATTORNEY

    BY: */s/ Peter Muthig*
        PETER MUTHIG
        Deputy County Attorney
        AZ State Bar No. 018526
        Security Center Building
        222 North Central Avenue, Suite 1100
        Phoenix, Arizona 85004-2206
        Telephone (602) 506-1735
        E-mail: muthigk@mcao.maricopa.gov
        *Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing E-FILED
this 14th day of December, 2018, with:

Clerk, United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

COPY of the foregoing mailed/e-mailed,
this 14th day of December, 2018, to:

Natasha Labovitz
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Counsel to the Debtors*

| | |
|---|---|
| 1 | Edmon Morton |
| | Young Conaway Stargatt & Taylor LLP |
| 2 | Rodney Square |
| | 1000 North King Street |
| 3 | Wilmington, DE 19801 |
| | Email: emorton@ycst.com |
| 4 | *Counsel to the Debtors* |
| 5 | Lori C. Kinkade |
| | c/o David's Bridal, Inc. |
| 6 | 1001 Washington Street |
| | Conshohocken, PA19428 |
| 7 | *Debtors* |
| 8 | Timothy Fox |
| | U.S. Trustee's Office |
| 9 | 844 King Street, Room 2207 |
| | Lockbox #35 |
| 10 | Wilmington, DE 19899-0035 |
| | Email: Timothy.Fox@usdoj.gov |
| 11 | |
| | Glenn Siegel |
| 12 | Morgan Lewis & Brockius LLP |
| | 101 Park Avenue |
| 13 | New York, NY 10178 |
| | Email: glenn.siegel@morganlewis.com |
| 14 | *Counsel to the Agent for Proposed* |
| | *Debtor-In-Possession Lenders* |
| 15 | |
| | Matthew Furlong |
| 16 | Morgan Lewis & Brockius LLP |
| | One Federal Street |
| 17 | Boston, MA 02110 |
| | Email: matthew.furlong@morganlewis.com |
| 18 | *Counsel to the Agent for Proposed* |
| | *Debtor-In-Possession Lenders* |
| 19 | |
| | Scott J. Greenberg |
| 20 | Michael J. Cohen |
| | Jones Day |
| 21 | 250 Vesey Street |
| | New York, NY 10281 |
| 22 | Email: sgreenberg@jonesday.com |
| | Email: mcohen@jonesday.com |
| 23 | *Counsel to the Ad Hoc Term Lender Group* |
| 24 | |

| | |
|---|---|
| 1 | Alan Kornberg |
| | John T. Weber |
| 2 | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| | 1285 Avenue of the Americas |
| 3 | New York, NY 10019 |
| | Email: akornberg@paulweiss.com |
| 4 | Email: jweber@paulweiss.com |
| | *Counsel to Oaktree Capital Management, L.P.* |
| 5 | |
| | Norman L. Pernick |
| 6 | Kate Stickles |
| | Cole Schotz P.C. |
| 7 | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| 8 | Email: npernick@coleschotz.com |
| | Email: kstickles@coleschotz.com |
| 9 | *Counsel to the Supporting Sponsors* |
| | |
| 10 | Brad Eric Scheler |
| | Peter B. Siroka |
| 11 | Fried, Frank, Harris, Shriver & Jacobson LLP |
| | One New York Plaza |
| 12 | New York, NY 1004 |
| | Email: brad.scheler@friedfrank.com |
| 13 | Email: peter.siroka@friedfrank.com |
| | *Counsel to Solace Capital Partners, L.P.* |
| 14 | |
| | Derek C. Abbott |
| 15 | Morris, Nichols, Arsht & Tunnell LLP |
| | 1201 North Market Street, #1800 |
| 16 | Wilmington, DE 19801 |
| | Email: dabbott@mnat.com |
| 17 | *Counsel to Solace Capital Partners, L.P.* |
| | |
| 18 | */s/ Lea Wink* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |