IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., et. al.[1] | Case No. 18-12635 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF KEVIN RAMIREZ IN SUPPORT OF THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF SALESFORCE.COM, INC. TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

I, Kevin Ramirez, declare as follows:

1. I am the AR Analyst-Write-offs for salesforce.com, inc. (**"Salesforce"**) and I am authorized to execute this Declaration on behalf of Salesforce. If called to testify, I could and would competently testify to the facts set forth herein based on my personal knowledge of those facts, events and transactions.[2]

2. Salesforce is a Delaware corporation and, among other activities, it provides on-demand customer relationship management and software application services (collectively, the **"Salesforce Services"**) to Salesforce's business customers. (individually, a **"Salesforce Customer"** and, collectively, **"Salesforce Customers"**).

3. This declaration is filed in support of the *Limited Objection and Reservation of Rights of Salesforce.Com, Inc. to the Assumption and Assignment of Executory Contracts* (the **"Cure Amount Objection"**) filed by Salesforce with respect to the possible assumption by

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Capitalized terms used in this Declaration, but which are not defined herein, shall have the meanings ascribed to them in the Cure Amount Objection filed concurrently herewith.

the Debtors of those certain executory contract to which the Creditors are a counterparty (as hereinafter identified).

## MAINTENANCE OF BUSINESS RECORDS

4. In my official capacity, I have personal knowledge of the method by which Salesforce maintains permanent records of its transactions (individually, a "**Transaction**" and, collectively, the "**Transactions**") with its customers and, thereupon, I declare and state that Salesforce maintains permanent records of all Transactions in a computerized accounting system. All amounts due and owing to Salesforce with respect to any Transaction with a Salesforce Customer including, but not limited to, payments related to the Salesforce Services, taxes, interest owed with respect to any Salesforce Service or agreement, fees, and other charges (individually, an "**Obligation**" and, collectively, the "**Obligations**"), are entered in this accounting system at, or near, the time such Obligations are incurred. Likewise, all payments made by a Salesforce Customer with respect to any Obligation or Transaction, and all other credits and debits related to any Obligation or Transaction, are entered in this accounting system at, or near, the time such payment is received and/or such credit or debit is made or incurred. Each such entry is made in the regular course of business by employees of Salesforce who process these payments, receipts, credits, and debits. If necessary, Salesforce can print hard copies of all entries.

5. I have personal knowledge of the manner by which Salesforce maintains records of its written contracts, statements of work, schedules and any other documents related to such contracts, and all amendments to any contract, statement of work, schedule, and/or any other document (individually, a "**Salesforce Agreement**" and, collectively, the "**Salesforce Agreements**") with its Customers. As a regular part of its business, Salesforce maintains permanent records of the Salesforce Agreements and these records are compiled at the time, or near the time, that a Salesforce Agreement is received or processed.

W: S0484.J147 Cure Objection\DEC Supp Ltd Obj ROR v2.docx

- 2 -  Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Assumption and Assignment of Executory Contracts

## SALESFORCE CONTRACT

6. I have personally reviewed Salesforce's records relating to the Debtors, including the Transactions, the Obligations and the Salesforce Agreements, and I am personally familiar with Debtors' account with Salesforce.

7. The Debtor entered into those certain Order Forms listed below (the **"Orders"**) whereby the Debtor ordered Salesforce Services and became obligated to pay the aggregate full contract amount for such services, and Salesforce became obligated to provide these services.

| Order No. | Order Date | Term | Contact Number |
|---|---|---|---|
| Q-04071 | 8/17/2018 | 8/8/18 TO 1/7/20 | 1979105 |
| Q-01742598 | 4/26/2018 | 5/1/18 to 4/30/20 | 1920266 |
| Q-0192411 | 5/30/2018 | 5/1/18 to 4/30/20 | 1920266 |

8. The terms and conditions applicable to the Salesforce Services that are subject to the Orders are set forth in the *Master Subscription Agreement*, dated August 14, 2014, by and between the Debtor and Salesforce, (the **"MSA"**).

9. On September 1, 2017, and, on June 28, 2018, the Debtor entered into those certain *Statement of Work (Time & Materials)* (the **"SOWs"**) whereby the Debtor. ordered Salesforce Services and became obligated to pay the aggregate full contract amount for such services, and Salesforce became obligated to provide these services.

10. The terms and conditions applicable to the Salesforce Services that are subject to the SOWs are set forth in the *Professional Services Agreement*, dated September 1, 2016, by and between the Debtor and Salesforce, (the **"PSA"** and the MSA, together with the Salesforce Orders and the SOWs, constitute the **"Salesforce Contract"**). A copy of the Salesforce Contract is not attached hereto due to the confidentiality provisions of the Salesforce Contract. However, a copy may be made available to the Debtors and the Committee in the event any response is filed to this Cure Amount Objection.

W:\S0484.1147 Cure Objection\DEC Supp Ltd Obj ROR v2.docx

- 3 - Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Assumption and Assignment of Executory Contracts

## BANKRUPTCY CASE

11. Based upon information and belief, I am informed that, on November 19, 2018 (the "**Petition Date**"), David's Bridal, Inc., and each of the above-captioned debtors (collectively, the "**Debtors**") filed their individual, voluntary petitions in the above-captioned Court seeking relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

12. Based on information and belief, I am informed that, on November 19, 2018, the Debtors filed their pre-packaged plan of reorganization (the "**Plan**")[3] seeking, among other things, the assumption of certain executory contracts and unexpired leases in conjunction with the Sale.

13. Based on information and belief, I am informed that, on November 20, 2018, the Court entered its order (the "**Plan Procedure Order**")[4] approving certain procedures governing, among other things, the assumption of executory contracts and unexpired leases and determining the amounts that must be cured with respect to each executory contract or unexpired lease to be assumed.

14. Based upon information and belief, I am informed that, on November 30, 2018, the Debtors filed their notice (the "**Assumption Notice**")[5] providing among other things: (1) that with certain exceptions, all executory contracts and unexpired leases to which the Debtors are parties, and which have not expired on their own terms on or prior to

---

[3] *See Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF 12].

[4] *See Order (A) Scheduling Combined Hearing to Consider (I) Approval of Disclosure Statement, (II) Approval of Solicitation Procedures and Forms of Ballots, and (III) Confirmation of Prepackaged Plan; (B) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (C) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (D) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting, and (II) File Statements of Financial Affairs and Schedules of Assets and Liabilities; and (F) Granting Related Relief* [ECF 95]

[5] *See Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* [ECF 183].

the Effective Date shall be deemed assumed by the Debtors; (2) any monetary defaults shall be satisfied by the Reorganized Debtors upon assumption in the ordinary course; (3) if any cure amounts are due by the Debtor, they should be asserted against the Debtor in the ordinary course of business; and (4) to the extent that a party objects to the assumption on any basis, a written objection must be filed with the Court no later than December 14, 2018.

## CURE AMOUNT

15. Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, as of the date of this declaration, (a) the Debtors (including, without limitation, David's Bridal, Inc.) have failed to pay all Fees due and owing pursuant to the Salesforce Contract, and (b) more specifically, as of this date, not less than **US$ 351,710.49** (the "**Salesforce Cure Amount**") is due and owing to Salesforce pursuant to the Salesforce Contract, of which $295,087.49 is past due. A summary of the Salesforce Cure Amount is attached hereto as Exhibit A. Copies of the Invoices are not attached hereto due to the confidentiality provisions contained within the Salesforce Contract. However, copies may be made available to the Debtors upon request.

16. Based upon my review of Salesforce's books and records pertinent to the Debtors' account, I declare and state that, from and after the date of this declaration, an additional amount of **US$ 1,500,470.44** will become due and owing for the Salesforce Services to be provided through the end of the term of the Salesforce Contract.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of December 2018 at San Francisco, California

_____
Kevin Ramirez

W:\S0484.1147 Cure Objection\DEC Supp Ltd Obj ROR v2.docx

- 5 -   Declaration of Kevin Ramirez In Support of Limited Objection and Reservation of Rights of Salesforce.Com, Inc. To the Assumption and Assignment of Executory Contracts

# EXHIBIT A
## SALESFORCE CURE AMOUNT SUMMARY

Petition Date: 11/19/18

| Invoice No. | Date | Due Date | Service Period | BALANCE | Pre-petition | Post-petition Accrued | Future Billing | Amount Paid |
|---|---|---|---|---|---|---|---|---|
| 13256600 | 28-Aug-18 | 27-Sep-18 | 8-AUG-18 TO 7-NOV-18 | $ 66,513.93 | $ 7,952.75 | $ 14,218.55 | | $ 44,342.63 |
| 13477488 | 9-Oct-18 | 8-Nov-18 | 8-NOV-18 TO 7-FEB-19 | $ 66,513.93 | | | | $ 66,513.93 |
| TBD | | | 8-FEB-19 TO 7-MAY-19 | $ 62,749.00 | | | $ 62,749.00 | |
| TBD | | | 8-MAY-19 TO 7-AUG-19 | $ 62,749.00 | | | $ 62,749.00 | |
| TBD | | | 8-AUG-19 TO 7-NOV-19 | $ 62,749.00 | | | $ 62,749.00 | |
| TBD | | | 8-NOV-19 TO 7-JAN-20 | $ 23,007.96 | | | $ 23,007.96 | |
| | | | | | | | | |
| 13452095 | 2-Oct-18 | 1-Nov-18 | 1-NOV-18 TO 31-JAN-19 | $ 272,916.19 | $ 53,396.65 | $ 219,519.54 | | |
| TBD | | | 1-FEB-19 TO 30-APR-19 | $ 257,843.10 | | | $ 257,843.10 | |
| TBD | | | 1-MAY-19 TO 31-JUL-19 | $ 257,843.10 | | | $ 257,843.10 | |
| TBD | | | 1-JUL-19 TO 31-OCT-19 | $ 257,843.10 | | | $ 257,843.10 | |
| TBD | | | 1-NOV-19 TO 31-JAN-20 | $ 257,843.10 | | | $ 257,843.10 | |
| TBD | | | 1-FEB-20 TO 30-APR-20 | $ 257,843.10 | | | $ 257,843.10 | |
| | | | | | | | | |
| 13594758 | 30-Oct-18 | 29-Dec-18 | 17-SEP-18 TO 19-OCT-18 | $ 35,712.39 | $ 35,712.39 | | | |
| 13750018 | 29-Nov-18 | 28-Jan-19 | 29-Nov-18 | $ 7,830.63 | | $ 7,830.63 | | |
| | | | | | | | | |
| 13594923 | 30-Oct-18 | 29-Dec-18 | 19-SEP-18 TO 18-OCT-18 | $ 4,167.07 | $ 4,167.07 | | | |
| 13750079 | 29-Nov-18 | 28-Jan-19 | 29-Nov-18 | $ 8,912.91 | | $ 8,912.91 | | |
| | | | | | | | | |
| | | | | **$ 1,963,037.49** | **$ 101,228.86** | **$ 250,481.63** | **$ 1,500,470.44** | **$ 110,856.56** |