**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 18, 2018 AT 2:00 P.M. (ET)**

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

1. Debtors' Motion for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, (D) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (E) Granting Related Relief [D.I. 4, 11/19/18]

   Response Deadline:           December 11, 2018 at 4:00 p.m. (ET)

   Responses Received:          None

   Related Documents:

   A. Interim Order [D.I. 88, 11/20/18]

   B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

   C. Notice of Filing of Supplement to Utility Service List [D.I. 166, 12/11/18]

   D. Certification of Counsel [D.I. 172, 12/14/18]

   E. Proposed Order

   Status:   A revised proposed final order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

2.    Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [D.I. 7, 11/19/18]

    Response Deadline:                           December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:                       None

    Related Documents:

       A.    Order (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [D.I. 91, 11/20/18]

       B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

       C.    Certification of Counsel [D.I. 173, 12/14/18]

       D.    Proposed Order

    Status:    An order with respect to the relief in the Motion, other than the Severance Obligations, has been entered. A supplemental order with respect to the Severance Obligations has been filed under certification of counsel. Unless the Court has questions, no hearing is required.

3.    Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, Including Bank Accounts, and Honor Related Prepetition Fees and Expenses, and (II) Maintain Their Existing Check Stock, (B) Authorizing Continued Intercompany Transactions and Granting Postpetition Intercompany Claims Administrative Priority Status and (C) Granting an Interim Waiver of the Investment and Deposit Requirements of Section 345(b) of the Bankruptcy Code [D.I. 9, 11/19/18]

    Response Deadline:                           December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:

       A.    Informal comments
            i.   Office of the United States Trustee
            ii.  JPMorgan Chase

      Related Documents:

          B.      Interim Order [D.I. 93, 11/20/18]

          C.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

          D.      Certification of Counsel [D.I. 174, 12/14/18]

          E.      Proposed Order

      Status:    A revised proposed final order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

4. Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing the Debtors to Pay all Prepetition Trade and Other Unimpaired Claims in the Ordinary Course of Business, (b) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders and (c) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 10, 11/19/18]

      Response Deadline:          December 11, 2018 at 4:00 p.m. (ET)

      Responses Received:         None

      Related Documents:

          A.      Interim Order [D.I. 94, 11/20/18]

          B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

          C.      Certification of Counsel [D.I. 175, 12/14/18]

          D.      Proposed Order

      Status:    A revised proposed final order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

5. Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 127, 11/29/18]

    Response Deadline:               December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:

    A.   Informal comments from the Office of the United States Trustee

    Related Documents:

    B.   Certification of Counsel [D.I. 176, 12/14/18]

    C.   Proposed Order

    Status:   A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

6. Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Retain and Employ KPMG LLP as Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date, and (B) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 130, 11/29/18]

    Response Deadline:               December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:               None

    Related Documents:

    A.   Certificate of No Objection [D.I. 177, 12/14/18]

    B.   Proposed Order

    Status:   No objections have been received, and a Certificate of No Objection has been filed. Unless the Court has questions, no hearing is required.

7. Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 131, 11/29/18]

   Response Deadline:            December 11, 2018 at 4:00 p.m. (ET)

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee

   Related Documents:

   B.   Certification of Counsel [D.I. 178, 12/14/18]

   C.   Proposed Order

   Status:   A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

8. Debtors' Application for an Order Authorizing them to Retain and Employ AlixPartners, LLP as Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 132, 11/29/18]

   Response Deadline:            December 11, 2018 at 4:00 p.m. (ET)

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee

   Related Documents:

   B.   Certification of Counsel [D.I. 179, 12/14/18]

   C.   Proposed Order

   Status:   A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

5

01:23951929.1

9.     Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective As of the Petition Date [D.I. 133, 11/29/18]

    Response Deadline:    December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:

        A.     Informal comments from the Office of the United States Trustee

    Related Documents:

        B.     Omnibus Declaration of Joan Hilson in Support of the Applications of the Debtors to Employ and Retain Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP Pursuant to Section 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date [D.I. 135, 11/29/18]

        C.     Certification of Counsel [D.I. 180, 12/14/18]

        D.     Proposed Order

    Status:     A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

10.     Debtors' Application Entry of an Order Authorizing the Employment and Retention of Debevoise & Plimpton LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 134, 11/29/18]

    Response Deadline:    December 11, 2018 at 4:00 p.m. (ET)

    Responses Received:

        A.     Informal comments from the Office of the United States Trustee

    Related Documents:

        B.     Omnibus Declaration of Joan Hilson in Support of the Applications of the Debtors to Employ and Retain Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP Pursuant to Section 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date [D.I. 135, 11/29/18]

        C.     Supplemental Declaration [D.I. 170, 12/13/18]

        D.     Certification of Counsel [D.I. 182, 12/14/18]

  E.  Proposed Order

 Status: A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

**UNCONTESTED MATTER GOING FORWARD**

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Sealed: D.I. 16, 11/19/18; Redacted: D.I. 17, 11/19/18]

  Response Deadline:      December 11, 2018 at 4:00 p.m. (ET)

  Responses Received:

   A. Informal comments
    i. Comenity Bank
    ii. Various landlords

   B. Objection of Brazos County, Denton County, Waco City et al., and Taylor County Central Appraisal District [D.I. 116, 11/27/18]
    i. Notice of Withdrawal [D.I. 159, 12/7/18]

  Related Documents:

   C. Declaration of Joan Hilson, Executive Vice President and Chief Financial and Operating Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 19, 11/19/18]

   D. Declaration of Stephen Goldstein in Support for Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief [D.I. 18, 11/19/18]

   E. Interim Order [D.I. 102, 11/20/18]

   F. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

  G.  Notice of Filing of Proposed Final DIP Order  [D.I. 188, 12/14/18]

Status: Items A and B have been resolved.  This matter is going forward.

**CONTESTED MATTER GOING FORWARD**

12. Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date [D.I. 128, 11/29/18]

  Response Deadline:  December 11, 2018 at 4:00 p.m. (ET) [Extended for various creditors until 11:00 a.m. (ET) on December 14, 2018]

  Responses Received:

    A. Informal comments from the Office of the United States Trustee

    B. Limited Objection of Various Creditors (Oaktree Capital Management, Courage Capital Management, AlbaCore Capital LLP, and Deutsche Bank AG Cayman Islands Branch) [D.I. 181, 12/14/18]

  Status: The Debtors have revised the proposed order to address the comment received from the Office of the United States Trustee.  On Monday, December 17, the Debtors and Evercore intend to seek leave to file a reply in support of the Application and in response to Item B.  This matter is going forward.

Dated: December 14, 2018  */s/ Jaime Luton Chapman*
    Wilmington, Delaware  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
              Robert S. Brady (No. 2847)
              Edmon L. Morton (No. 3856)
              Jaime Luton Chapman (No. 4936)
              Tara C. Pakrouh (No. 6192)
              Rodney Square
              1000 North King Street
              Wilmington, Delaware 19801
              Tel: (302) 571-6600
              Fax: (302) 571-1253
              Email: rbrady@ycst.com
                  emorton@ycst.com
                  jchapman@ycst.com
                  tpakrouh@ycst.com

              -and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
        nskaluk@debevoise.com
        destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118
Email: cabruens@debevoise.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*