# EXHIBIT A

## Lease Unpaid Charges

Coolsprings Crossing Tenant: David's Bridal(l0011790)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 11/29/2018 | Year End RET Adjustment (01/2018 - 12/2018) | 6,100.74 | 0.00 | 6,100.74 | 6,100.74 |

# Lease Unpaid Charges

Tenant: David's Bridal(I0067093)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 12/5/2018 | Year End RET Adjustment (01/2018 - 12/2018) | 140.49 | 0.00 | 140.49 | 140.49 |

# Lease Unpaid Charges

Hammock Landing Tenant: David's Bridal(l0028415)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 12/1/2018 | CAM Fixed Rate INL (12/2018) | 1,492.57 | 1,449.10 | 43.47 | 43.47 |