## Collection Workout for Legal
## DAVID'S BRIDAL - CANYON VIEW MARKETPLACE
## 7/23/2018 - 12/1/2018

| Monthly Charges | | | |
|---|---|---|---|
| *Date* | *CPY* | *Total Charges* | *Total Amount Due* |
| | | | |
| Jul-18 | 1,699.51 | 1,699.51 | 1,699.51 |
| | | | |
| *Total* | $1,699.51 | $1,699.51 | $1,699.51 |
| | | | |

| | |
|---|---|
| Total Charges: | $1,699.51 |
| Interest & Late Fee: | $0.00 |
| Total Due: | $1,699.51 |