# EXHIBIT A

## LANDLORDS' LEASED PREMISES

| Store No. | Shopping Center | Location |
|---|---|---|
| **BROOKFIELD PROPERTIES RETAIL GROUP** |||
| | Altamonte Mall | Altamonte Springs, FL |
| | Fox River Mall | Appleton, WI |
| | The Main Mall | South Portland, ME |
| | Pierre Bossier Mall | Bossier City, LA |
| **HINES REAL ESTATE INVESTMENT TRUST, INC.** |||
| | The Avenue Murfreesboro | Murfreesboro, TN |
| **PHILIPS INTERNATIONAL HOLDING CORP.** |||
| 116 | Palm Springs Mile | Hialeah, FL |
| 103 | Plaza 48 | Long Island City, NY |
| **SITE CENTERS CORP.** |||
| 145 | Millennia Plaza | Orlando, FL |
| | Hamilton Commons | Mays Landing, NJ |
| | Plaza Escorial | Carolina, PR |
| | David's Bridal Center (Eisen) | Macon, GA |
| | Nature Coast Commons | Spring Hill, FL |
| 239 | West Valley Center | Saginaw, MI |
| 299 | Riverdale Shops | West Springfield, MA |
| 169 | Ridge At Creekside | Roseville, CA |
| | Ahwatukee Foothills Tc (IV) | Phoenix, AZ |