# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DAVID'S BRIDAL INC. *et al.,* | ) Case No. 18-12635 (LSS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. 181** |
| | ) |

## DECLARATION OF MARTIN LEWIS IN SUPPORT OF LIMITED OBJECTION BY VARIOUS CREDITORS TO DEBTORS' APPLICATION TO RETAIN EVERCORE GROUP L.L.C. AS INVESTMENT BANKER

I, Martin Lewis, being duly sworn, declare under penalty of perjury as follows:

1. I am the founder of Gower Advisers LLC ("Gower"), which provides corporate finance, restructuring advice and capital raising assistance.

2. I make this Declaration in support of the Limited Objection by Various Creditors to Debtors' Application to Retain Evercore Group L.L.C. as Investment Banker (the "Limited Objection"). Gower has been retained by Macauley LLC, counsel to the creditors holding a majority of the Debtors' term-loan debt that are asserting the Limited Objection.[1]

3. Except as otherwise indicated, all statements set forth herein are based upon my understanding of the marketplace for restructuring services, review of relevant comparable transactions, and/or my professional opinion based on my experience. If called to testify, I could and would testify competently to each of the facts set forth herein based upon such personal knowledge, review of documents and/or opinion.

---

[1] Capitalized terms not defined herein are ascribed the meanings given to such terms by the Limited Objection.

**Qualifications**

4. I have 35 years of investment banking experience, with a particular emphasis in the last 24 years on restructuring and recapitalization advice. My experience ranges from some of the largest corporate restructuring deals (GGP, NewPage) down to lower middle market transactions such as Fleetwood Industries, Environmental Systems Products and Flexsol (deals in the $50-150 million range). I recently completed an assignment advising the Board of Directors of a privately held $300 million personnel services company in the capacity as consultant to the board on the restructuring of its debt. I am currently advising a private investor group on the potential acquisition of a $1 billion company currently in Chapter 11.

5. Prior to founding Gower, I spent 6 years from 2007 to 2013 as a Managing Director with Greenhill & Co., an independent investment bank, as a senior member of the restructuring team involved in advisory assignments for both companies and creditors. Before that, I spent 12 months with the Rhone Group, a private equity fund based in New York, establishing a restructuring group as part of an initiative to establish a broader advisory business alongside Rhone's private equity business.

6. I was a founding member of Miller Buckfire Lewis & Co., LLC (now known as Miller Buckfire): an independent investment bank formed in 2001 by Henry Miller, Ken Buckfire and me, as the successor to the restructuring group of Wasserstein Perella ("Wasserstein"). I joined Wasserstein as a Managing Director in March 1998. Prior to Wasserstein, I spent 7 years with the Blackstone Group, as a founding member of Blackstone's restructuring team, involved in assignments for both companies and creditors.

7. Prior to becoming a restructuring specialist, I spent 8 years at Chemical Bank working on leveraged lending and investment banking transactions, before joining Chemical's

2

restructuring and reorganization practice in 1989.  I commenced my banking career with N.M. Rothschild in 1980 in London.  I qualified as a Chartered Accountant in the U.K. in 1980, having trained with Coopers and Lybrand in London.  I earned a M.A. degree from Oxford University in England in 1976.

### Analysis of Fee Structures

8.     Investment bankers engaged by businesses in need of restructuring advice are typically compensated through multiple fee streams.  The banker will typically earn a flat monthly fee during the engagement.  The banker will also typically earn a "success fee" if a particular restructuring outcome is accomplished.  For a restructuring in chapter 11, the amount of the success fee is often based on a percentage of the amount of the restructured debt or could be awarded as a fixed dollar amount.  The banker also may earn a financing fee for assistance in raising funds for a DIP facility or an exit facility in chapter 11.  Such fees generally are based on a percentage of the amount of the facility.

9.     I reviewed and analyzed the structure of investment-banker fees approved in recent chapter 11 proceedings with businesses having a similar amount of debt as the Debtors, with an emphasis on the retail and consumer sector.  A list of the proceedings that I considered is annexed as Schedule 1 hereto.  I have also reviewed the proposed investment-banker fee in the David's Bridal Inc. chapter 11 cases, which I have summarized in Schedule 2 hereto.

10.    In addition to deriving the structure of the fees approved in the cases listed on Schedule 1, I analyzed both the types of fees credited against "success fees" as well as any criteria for payment of financing fees.  In my experience and as demonstrated by Schedule 1, it is common for investment bankers and other financial advisors to agree to credit certain fees,

including financing fees and/or monthly fees, against any "success fees" earned in a chapter 11 case.

11. It is my opinion, based on my experience and on the data listed on Schedule 1, that a market-driven Comprehensive Restructuring Fee in this case would be in the range of 65-70 basis points of the amount of the restructured debt.

12. It also is my opinion, based on my experience and the data listed on Schedule 1, that it would be generally accepted practice to credit some or all of the financing fees against a success fee when DIP or exit facilities are rolled up or funded by existing lenders or investors. It would not be generally accepted practice, however, to charge financing fees on existing DIP facilities rolled into exit facilities -- referred to in the Limited Objection as a "double dip."

[*Remainder of page intentionally left blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Dated: December 15, 2018

_____
Martin Lewis

David's Bridal
Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| Case | Court | Date Filed | | Investment Banker | Funded Debt ($MM) | Total Claims ($MM) | Monthly Fee ($/000) | | Credit for Monthlies | | RX Fee ($MM) | RX Fee as % of | | Notes on Fee/Crediting |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Initial | Monthly | % Credit | After # Months | | Funded Debt | Total Claims | |
| LBI Media | DE | 21-Nov-18 | | Guggenheim | $ 530.0 | $ 530.0 | $ 150 | $ 150 | 50% | 7 | $ 4.25 | 0.80% | 0.80% | |
| New Mach Gen LLC | DE | 11-Jun-18 | Pre-pack | Evercore | $ 625.0 | $ 677.0 | $ 150 | $ 150 | 50% | All | $ 4.00 | 0.64% | 0.59% | |
| R.E Gas Development LLC | PA | 18-May-18 | Sale & Liq Plan | Perella Weinberg | $ 862.0 | $ 882.0 | $ 150 | $ 150 | 50% | 1 | $ 8.62 | 1.00% | 0.98% | RX fee is 0.90% of par value of all Obligations restructured. Existing 1st lien TL included only if converted to equity |
| Gibson Brands Inc. | DE | 1-May-18 | | Jeffries | $ 477.4 | $ 1,078.4 | $ 150 | $ 150 | 50% | 3 | $ 3.75 | 0.79% | 0.35% | |
| VER Technologies | DE | 5-Apr-18 | Pre-arranged | PJT Partners | $ 760.8 | $ 760.8 | $ 150 | $ 150 | 50% | 6 | $ 5.00 | 0.66% | 0.66% | |
| EV Energy Parttners | DE | 2-Apr-18 | Pre-pack | Perella Weinberg | $ 612.5 | $ 613.5 | $ 125 | $ 125 | None | | $ 3.90 | 0.64% | 0.64% | RX fee is 1% of any Senior Notes exchanged, refinanced, restructured or discharged. + $0.5MM bank amendment fee |
| Southeastern Grocers LLC | DE | 27-Mar-18 | | Evercore | $ 1,331.0 | $ 1,536.0 | $ 200 | $ 200 | 50% | 6 | $ 13.31 | 1.00% | 0.87% | + full credit for prepetition monthly fees |
| Remington Arms | DEL | 25-Mar-18 | Prepack | Lazard | $ 922.9 | $ 977.9 | $ 150 | $ 150 | 0% | | $ 6.50 | 0.70% | 0.66% | or M&A fee of > (i) $2MM and (ii) 1.75% proceeds to $200MM, 3% above $200MM |
| Tops Holding II Corp | SDNY | 21-Feb-18 | | Evercore | $ 714.1 | $ 839.1 | $ 175 | $ 175 | 50% | 6 | $ 7.50 | 1.05% | 0.89% | 50% credit of the lower of (i) any Financing Fees payable or (ii) the RX fee against the higher fee |
| Cenveo | DE | 2-Feb-18 | | Rothschild | $ 1,077.8 | $ 1,302.8 | $ 650 | $ 150 | 50% | All | $ 6.50 | 0.60% | 0.50% | |
| Appvion Inc. | DE | 1-Oct-17 | Sale | Guggenheim | $ 490.0 | $ 742.0 | $ 150 | $ 150 | 50% | 4 | $ 4.50 | 0.92% | 0.61% | Monthly was $125 pre Chapter 11. 100% crediting after 10 months. |
| True Religion | DEL | 3-Jul-17 | | Maeva | $ 488.0 | $ 497.0 | $ 175 | $ 175 | 0% | 0 | $ 3.00 | 0.61% | 0.60% | |
| Gulfmark Offshore | DE | 21-May-17 | Pre-arranged | Evercore | $ 546.0 | $ 546.0 | $ 135 | $ 135 | None | | $ 3.69 | 0.68% | 0.68% | RX fee =0.75% on $430MM principal of 6.375% Senior Notes only, including any affiliate holdings + amendment fees on bank debt totalling $466K |
| Rue21 Inc. | PA | 15-May-17 | | Rothschild | $ 832.0 | $ 832.0 | $ 150 | $ 150 | 50% | 3 | $ 4.50 | 0.54% | 0.54% | 50% of Financing Fees (other than Reduced Fees) credited against Completion Fee $2.75MM fee if liquidation |
| Nuverra Environmental Solutions | DE | 1-May-17 | Pre-pack | Lazard | $ 471.6 | $ 471.6 | $ 100 | $ 100 | 50% | All | $ 2.50 | 0.53% | 0.53% | 50% of Financing Fees credited against RX fee |
| Payless Holdings | MI | 4-Apr-17 | Chap 11 | Guggenheim | $ 838.0 | $ 1,078.0 | $ 150 | $ 150 | 50% | 3 | $ 7.00 | 0.84% | 0.65% | |
| Answers Holding Inc. | SDNY | 3-Mar-17 | Pre-pack | Rothschild | $ 546.4 | $ 546.4 | $ 100 | $ 150 | 50% | 3 | $ 3.25 | 0.59% | 0.59% | Monthly fee $100K 1st 5 months, $150K thereafter Crediting is on 1st 3 months at $100K/mth |
| BCBG | SDNY | 28-Feb-17 | | Jeffries | $ 459.7 | $ 459.7 | $ 125 | $ 125 | 50% | 7 | $ 2.00 | 0.44% | 0.44% | or M&A fee of > (i) $2MM and (ii) 1.75% proceeds to $200MM, 3% above $200MM |
| **Median** | | | | | $ 618.8 | | $ 150 | $ 150 | | | | 0.67% | 0.62% | |
| **Average** | | | | | $ 699.2 | | $ 174 | $ 149 | | | | 0.72% | 0.64% | |
| **High** | | | | | $ 1,331.0 | | $ 650 | $ 200 | | | | 1.05% | 0.98% | |
| **Low** | | | | | $ 459.7 | | $ 100 | $ 100 | | | | 0.44% | 0.35% | |
| **Davids Bridal** | DE | 19-Nov-18 | | Evercore | $ 819.40 | $ 855.4 | $ 300 | $ 150 | 50% | 5 | $ 8.2 | 1.00% | 0.96% | |

Source: Court Dockets, Public Filings, PACER

David's Bridal
Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| Case | Court | Date Filed | | Investment Banker | Financing Fees | | | | Additional Financing Commentary |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | DIP | Secured | Unsecured | Equity | |
| LBI Media | DE | 21-Nov-18 | | Guggenheim | 1.50% | 1.50% | 2.50% | 4.00% | |
| New Mach Gen LLC | DE | 11-Jun-18 | Pre-pack | Evercore | 1.00% | 1.00% | 2.00% | 3.00% | |
| R.E Gas Development LLC | PA | 18-May-18 | Sale & Liq Plan | Perella Weinberg | None | 1.00% | 1.00% | 4.00% | No debt or equity fee payable if funding provided by Arclight Capital, Angelo Gordon, Terrence Pegula or holders of Company's senior secured 2nd lien notes. Sale fee of 1.5% with total cap at 9MM (1.04% of debt) |
| Gibson Brands Inc. | DE | 1-May-18 | | Jeffries | 1.00% | 1.00% | 2.25% | 4.00% | No Financing Fees payable if purchased by holders of the 8.875% Senior Secured Notes (Existing Holders) |
| VER Technologies | DE | 5-Apr-18 | Pre-arranged | PJT Partners | None | 1.00% | 3.00% | 5.00% | 50% only of applicable financing fee on monies raised from existing creditors, equity owners or affiliates |
| EV Energy Parttners | DE | 2-Apr-18 | Pre-pack | Perella Weinberg | None | 1.00% | 1.00% | 3.00% | If proceeds of financing used to repay senior notes, then no RX fee payable |
| Southeastern Grocers LLC | DE | 27-Mar-18 | | Evercore | None | 1.00% | 1.75% | 2.25% | No fee payable on any debt that refinances the ABL facility into a DIP facility, or on any exit financing provided by lenders under the ABL Facility |
| Remington Arms | DEL | 25-Mar-18 | Prepack | Lazard | 1.00% | 1.00% | 1.00% | 3.00% | 50% credit of Financing fees against RX fee |
| Tops Holding II Corp | SDNY | 21-Feb-18 | | Evercore | 1.00% | 1.00% | 3.00% | 5.00% | On secured debt, 1st lien = 1%, 2nd lien = 2%. 50% of the lower of Financing Fee and Completion Fee to be credited against the higher fee. Max cap of $10MM all fees |
| Cenveo | DE | 2-Feb-18 | | Rothschild | 1.00% | 1.00% | 2.00% | 4.00% | On secured debt, 1st lien = 1%, 2nd lien = 2%. Fee reduced BY 75% on new capital other than senior secured (1st lien) provided by existing creditors |
| Appvion Inc. | DE | 1-Oct-17 | Sale | Guggenheim | None | 2.25% | 3.00% | 5.00% | |
| True Religion | DEL | 3-Jul-17 | | Maeva | None | None | None | None | |
| Gulfmark Offshore | DE | 21-May-17 | Pre-arranged | Evercore | 1.00% | 1.00% | 1.00% | 3.00% | |
| Rue21 Inc. | PA | 15-May-17 | | Rothschild | 1.00% | 1.00% | 2.00% | 4.00% | No financing fee payable on "roll-up" or similar extension of Debtor's existing ABL Facility by existing ABL lenders. Fee reduced by 50% on any new money provided by existing creditors |
| Nuverra Environmental Solutions | DE | 1-May-17 | Pre-pack | Lazard | 1.00% | 2.00% | 3.00% | 4.00% | No fee if Company has not requested Lazard's assistance. 50% reduction on financinmg provided by company's creditors (other than existing ABL lenders) or existing equity |
| Payless Holdings | MI | 4-Apr-17 | Chap 11 | Guggenheim | 1.00% | 1.00% | 3.00% | 5.00% | No financing fee payable on "roll-up" or similar extension of Debvtor's existing ABL Facility by existing ABL lenders. Fee reduced by 50% on any new money provided by existing creditors |
| Answers Holding Inc. | SDNY | 3-Mar-17 | Pre-pack | Rothschild | 1.00% | 1.00% | 3.00% | 3.00% | No fee payable on any financing provided by Apax or any of its affiliates. Total cap on all fees of $4MM |
| BCBG | SDNY | 28-Feb-17 | | Jeffries | 1.50% | 1.50% | 3.00% | 5.00% | |
| **Median** | | | | | 1.00% | 1.00% | 2.25% | 4.00% | |
| **Average** | | | | | 1.08% | 1.19% | 2.21% | 3.90% | |
| **High** | | | | | 1.50% | 2.25% | 3.00% | 5.00% | |
| **Low** | | | | | None | 1.00% | 1.00% | 2.25% | |
| **Davids Bridal** | DE | 19-Nov-18 | | Evercore | 1.00% | 1.00% | 2.50% | 4.00% | No crediting |

*Source: Court Dockets, Public Filings, PACER*

# David's Bridal
## Summary of Projected Evercore Fees Payable Under Engagement Letter Dated April 3, 2018

| Evercore Fee Summary: | | | | | Fees | |
|---|---|---|---|---|---|---|
| Monthly Fee | | | $ 300,000 | 1st month | | |
| | | | $ 150,000 | thereafter | | |
| RX Fee | 1.0% | on debt of | $ 819,000,000 | | $ 8,190,000 | |
| Financing Fees: | | | | | | |
| DIP ABL | 1.0% | on | $ 125,000,000 | "roll up" of existing Prepetition ABL | $ 1,250,000 | |
| DIP Term Loan | 1.0% | on | $ 60,000,000 | provided by Prepetition Term Loan lenders | $ 600,000 | |
| Exit ABL facility | 1.0% | on | $ 125,000,000 | DIP ABL rolled into Exit ABL | $ 1,250,000 | |
| Priority Exit [1] | 1.0% | on | $ 50,000,000 | provided by DIP term Loan lenders | $ 500,000 | |
| Total Financing Fees | | | | | $ 3,600,000 | |

| | Date | Monthly ($'000) | Credit | | Payable | RX Fee | Financing Fees | Credit on Financing Fees |
|---|---|---|---|---|---|---|---|---|
| Act | 3-Apr-18 | $ 300,000 | 0.0% | $ - | $ 300,000 | | | |
| Act | 30-Apr-18 | $ 150,000 | 0.0% | $ - | $ 150,000 | | | |
| Act | 31-May-18 | $ 150,000 | 0.0% | $ - | $ 150,000 | | | |
| Act | 30-Jun-18 | $ 150,000 | 0.0% | $ - | $ 150,000 | | | |
| Act | 31-Jul-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Act | 31-Aug-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Act | 30-Sep-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Act | 31-Oct-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Act | 30-Nov-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Proj | 31-Dec-18 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | | | |
| Proj | 31-Jan-19 | $ 150,000 | 50.0% | $ (75,000) | $ 75,000 | $ 8,190,000 | $ 3,600,000 | $ - |
| Total Evercore Fees | | $ 1,800,000 | | $ (525,000) | $ 1,275,000 | $ 8,190,000 | $ 3,600,000 | $ - |

| | | |
|---|---|---|
| **Total Fees** | | **$ 13,065,000** |

*[1] Priority Exit estimated at $50MM (Company range of financing size is $40-60MM)*

Gower Advisers LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2018, a true and correct copy of the foregoing was sent by electronic mail to:

| | |
|---|---|
| Robert S. Brady | Richard A. Chesley |
| Edmon L. Morton | DLA Piper LLP (US) |
| Jaime Luton Chapman | 444 West Lake Street, Suite 900 |
| Tara C. Pakrouh | Chicago, Illinois 60606 |
| Young Conaway Stargatt & Taylor, LLP | |
| Rodney Square | Jamila Justine Willis |
| 1000 North King Street | DLA Piper LLP (US) |
| Wilmington, Delaware 19801 | 1251 Avenue of the Americas, 27th Floor |
| | New York, New York 10020 |
| M. Natasha Labovitz | |
| Nick S. Kaluk III | Maris J. Kandestin |
| Daniel E. Stroik | DLA Piper LLP (US) |
| Debevoise & Plimpton LLC | 1201 N. Market Street, Suite 2100 |
| 919 Third Avenue | Wilmington, DE 19801 |
| New York, New York 10022 | |
| | |
| Craig A. Bruens | |
| Debevoise & Plimpton LLC | |
| 801 Pennsylvania Ave., NW | |
| Washington, DC  20004 | |

                                                                     /s/ Thomas G. Macauley
                                                                     Thomas G. Macauley