IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>Jointly Administered<br><br>**RE: Docket Nos. 128 and 181** |

**DEBTORS' MOTION FOR AN ORDER GRANTING THE DEBTORS
LEAVE AND PERMISSION TO FILE THE DEBTORS' REPLY TO
LIMITED OBJECTION TO DEBTORS' APPLICATION TO RETAIN
EVERCORE GROUP L.L.C. AS INVESTMENT BANKER**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit this motion (this "**Motion**") for the entry of an order, pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), granting the Debtors leave and permission to file the reply, in the form attached hereto as **Exhibit A** (the "**Reply**"),[2] to the limited objection [D.I. 181] (the "**Objection**") of Oaktree Capital Management, L.P.; Courage Capital Management, LLC; AlbaCore Capital LLP; and Deutsche Bank AG Cayman Islands Branch (collectively, the "**Objecting Parties**") with respect to *Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 128] (the "**Application**"). In support of this Motion, the Debtors respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Reply.

# BACKGROUND

**A. General**

1. On November 19, 2018 (the "**Petition Date**"), each of the Debtors commenced with the Court a voluntary case under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"). Each Debtor is authorized to continue to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee, examiner or statutory committee has been appointed in these chapter 11 cases.

2. Additional information regarding the Debtors, including their business operations, corporate and capital structure, and the events leading to the Petition Date, is more fully set forth in the *Declaration of Joan Hilson, Executive Vice President and Chief Financial and Operating Officer of the Debtors, in Support of First Day Pleadings* [D.I. 19].

**B    Relevant to Relief Requested**

3. On November 30, 2018, the Debtors filed the Application. Pursuant to the Application, the deadline to file objections to the retention of Evercore Group L.L.C. was December 11, 2018 at 4:00 p.m. (the "**Objection Deadline**") and a hearing on the Application, among other things, was set for December 18, 2018 at 2:00 p.m. (ET). The Objection Deadline was extended for the Objecting Parties until 11:00 a.m. (ET) on December 14, 2018. The Objection was filed on December 14, 2018, right before the extended Objection Deadline, and, other than informal comments from the Office of the United States Trustee, was the only response to the Application received by the Debtors.

# JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory basis for the relief requested herein is Local Rule 9006-1(d).

## RELIEF REQUESTED

6. By this Motion, the Debtors respectfully request that the Court enter an order granting the Debtors leave and permission to file the Reply after the deadline for reply papers to be filed (the "**Reply Deadline**").  Pursuant to Local Rule 9006-1(d), "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  The deadline to file the agenda for the December 18, 2018 hearing was Friday, December 14, 2018, at 12:00 p.m. (ET).[3]  Accordingly, the Reply Deadline was Thursday, December 13, 2018, at 4:00 p.m. (ET).

7. The Objection Deadline was extended for the Objecting Parties past the Reply Deadline to provide time to attempt a consensual resolution of their disputes.  Unable to do so, the Objection was filed right before the extended Objection Deadline of December 14, 2018 at 11:00 a.m. (ET), one day following the Reply Deadline.  As such, the Debtors were unable to timely respond to the Objection.  The Reply is being filed in support of the Application, and to respond to the various factual and legal arguments asserted in the Objection.  Accordingly, the Debtors submit that the Reply will assist the Court in consideration of the Application and will

---

[3] *See* Local Rule 9029-3.

provide additional background and support for the Application, which is critical to these chapter 11 cases.

WHEREFORE, the Debtors respectfully request the Court to enter an order, in substantially the form attached hereto as **Exhibit B**, granting them leave and permission to file the Reply and such other and further relief as the Court deems just and proper.

Dated: December 17, 2018
Wilmington, Delaware

*/s/* Jaime Luton Chapman
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: rbrady@ycst
emorton@ycst.com
jchapman@ycst.com
tpakrouh@ycst.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*