# Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:
: Chapter 11
:
: Case No. 18-12635 (LSS)
DAVID'S BRIDAL, INC., *et al.*,[1]
: (Jointly Administered)
:
Debtors.
: **Related D.I.: 128, ___**
:
:
:
:
:
------------------------------------------------------------ x

**ORDER GRANTING EVERCORE GROUP L.L.C. LEAVE TO FILE LATE REPLY IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN EVERCORE GROUP L.L.C. AS INVESTMENT BANKER EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the *Motion For Leave to File Late Reply of Evercore Group L.L.C. in Support of Debtors' Application For Entry of an Order Authorizing The Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective Nunc Pro Tunc to The Petition Date* (the "Motion")[2] and the Court having found that: (i) the Court has jurisdiction to consider the Motion and the relief requested in it under 28 U.S.C. §§ 157 and 1334, and the "Amended Standing Order of Reference" from the United States District Court, dated February 29, 2012; (ii) venue is proper in this district in accordance with 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding under 28 U.S.C. § 157(b); and (iv) notice of the Motion was sufficient under the circumstances; and after due deliberation, the Court having determined that the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Capitalized terms used but not otherwise defined in this Order have the meanings given in the Motion.

requested in the Motion is in the best interests of the Debtors and their creditors; and good and sufficient cause having been shown, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth in this Order.

2. Notwithstanding anything to the contrary contained in the Local Rules, Evercore is permitted to file the Reply on or before December 18, 2018.

3. This Court shall retain jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2018
      Wilmington, Delaware      THE HONORABLE LAURIE S. SILVERSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE