# Exhibit 1

## Select Professional Fee Comps: 2017 – Present

*($ in millions)*

| Company | Filing Date | Prepetition Debt | Financial Advisor | Monthly Fee | Completion Fee $ | Completion Fee % | Financing Fee DIP | Financing Fee Senior Debt / Exit Facility |
|---|---|---|---|---|---|---|---|---|
| Gastar Exploration | 10/31/2018 | $446 | Perella Weinberg | $0.150 | $6.01 | 1.35% | 1.00% | 1.00% |
| Rex Energy | 5/18/2018 | 862 | Perella Weinberg | 0.150 | 7.76 | 0.90% | 1.00% | 1.00% |
| Southeastern Grocers[1] | 3/27/2018 | 1,332 | Evercore | 0.200 | 13.62 | 1.00% | 1.00% | 1.00% |
| HCR Manorcare | 3/4/2018 | 996 | Moelis | 0.200 | 10.00 | 1.00% | 1.50% | 1.50% |
| Tops Holding II Corporation | 2/21/2018 | 715 | Evercore | 0.175 | 7.50 | 1.05% | 1.00% | 1.00% |
| Real Alloy | 11/17/2017 | 401 | Jefferies | 0.150 | 3.75 | 0.94% | 1.00% | 3.00% |
| Castex Energy | 10/16/2017 | 390 | Evercore | 0.150 | 3.50 | 0.90% | 1.00% | 2.00% |
| Appvion, Inc. | 10/1/2017 | 497 | Guggenheim | 0.150 | 4.50 | 0.91% | 1.50% | 1.50% |
| Panda Temple Power, LLC | 4/17/2017 | 382 | Ducera | 0.150 | 3.50 | 0.92% | 1.00% | 1.00% |
| Payless Inc. | 4/4/2017 | 838 | Guggenheim | 0.150 | 7.00 | 0.84% | 1.00% | 1.00% |
| Bonanza Creek Energy Inc. | 1/4/2017 | 992 | Perella Weinberg | 0.150 | 9.92 | 1.00% | 1.00% | 1.00% |
| | | | High | $0.200 | $13.62 | 1.35% | 1.50% | 3.00% |
| | | | Mean | 0.161 | 7.01 | 0.98% | 1.09% | 1.36% |
| | | | Median | 0.150 | 7.00 | 0.94% | 1.00% | 1.00% |
| | | | Low | 0.150 | 3.50 | 0.84% | 1.00% | 1.00% |
| David's Bridal | 11/19/2018 | $819 | Evercore | $0.150 | $8.19 | 1.00% | 1.00% | 1.00% |

**Evercore's Monthly, Completion and Financing Fees are reasonable as evidenced by a broad range of precedent transactions**

Sources: Public filings and Court Documents
1. Financing Fee applies for any DIP or exit facility financing excluding ABL financing

EVERCORE



DAVID'S BRIDAL