# Exhibit 2

## DIP Comparables
($ in millions)

**Select recent DIP Comparables**

| Company | Filing Date | Financial Advisor | Prepetition Debt | DIP ABL Total Commit | DIP ABL Provider | DIP TL Total Commit | DIP TL Provider | Total DIP Commit | DIP Fee % |
|---|---|---|---|---|---|---|---|---|---|
| LBI Media | 11/21/2018 | Guggenheim | $530 | NA | NA | $38 | Existing Creditors | $38 | 1.50% |
| Gastar Exploration | 10/31/2018 | Perella Weinberg | 446 | NA | NA | 100 | Existing Creditors | 100 | 1.00% |
| Westmoreland Coal | 10/9/2018 | Centerview | 1,087 | NA | NA | 110 | Existing Creditors | 110 | 1.00% |
| Mattress Firm, Inc. | 10/5/2018 | Guggenheim | 3,386 | 150 | Existing Creditors | 100 | Existing Creditors | 250 | 1.75% |
| New MACH Gen | 6/11/2018 | Evercore | 675 | NA | NA | 20 | Existing Creditors | 20 | 1.00% |
| Remington Outdoor | 3/25/2018 | Lazard | 903 | 193 | Existing Creditors | 145 | Existing Creditors | 338 | 1.00% |
| Tops[1] | 2/21/2018 | Evercore | 715 | 140 | Existing Creditors | 125 | Existing Creditors | 265 | 1.00% |
| Castex Energy | 10/16/2017 | Evercore | 390 | 15 | Existing Creditors | NA | NA | 15 | 1.00% |
| Appvion, Inc. | 10/1/2017 | Guggenheim | 497 | NA | NA | 100 | Existing Creditors | 100 | 1.00% |
| Vanguard | 2/1/2017 | Evercore | 1,796 | 50 | Existing Creditors | NA | NA | 50 | 1.00% |
| **High** | | | | **$193** | | **$145** | | **$338** | **1.75%** |
| **Mean** | | | | 110 | | 92 | | 129 | 1.13% |
| **Median** | | | | 140 | | 100 | | 100 | 1.00% |
| **Low** | | | | 15 | | 20 | | 15 | 1.00% |
| David's Bridal Inc. | 11/19/2018 | Evercore | $819 | $125 | Existing Creditors | $60 | Existing Creditors | $185 | 1.00% |

**Virtually all DIPs are provided by existing creditors in consensual priming transactions. A fee of 1% on such DIPs is reasonable**

Sources: Public filings and Court Documents
1. Includes ABL FILO

Evercore

3

