# Exhibit 3

## Professional Fee Comparables

*($ in millions)*

**David's Bridal transaction fees**

| Company | Prepetition Debt | Financial Advisor | Client | Monthly Fee | Completion Fee Amount | Completion Fee % of Debt | Financing Fee DIP | Financing Fee Senior Debt |
|---|---|---|---|---|---|---|---|---|
| David's Bridal | $819 | Evercore | David's Bridal | $0.150 | $8.19 | 1.00% | 1.00% | 1.00% |
| David's Bridal | 320 | Greenhill | Ad Hoc Group of 1L Lenders | 0.150 | 3.50 | 1.09% | NA | NA |
| David's Bridal | 292 | Moelis | Oaktree (Crossholder) | 0.125 | 2.75 | 0.94% | NA | NA |

**Fees as a percentage of debt for advisors to the objecting creditors are greater than or in-line with those of the Debtor's advisors**

Sources: Public filings and Court Documents



1

