## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2018 AT 2:00 P.M. (ET)

### UNCONTESTED MATTERS – CERTIFICATIONS FILED

1.    Debtors' Motion for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, (D) Authorizing the Payment of Prepetition Administrative Fees Relating to Utility Services, and (E) Granting Related Relief [D.I. 4, 11/19/18]

> Response Deadline:                      December 11, 2018 at 4:00 p.m. (ET)
>
> Responses Received:                      None
>
> Related Documents:

> A.    Interim Order [D.I. 88, 11/20/18]
>
> B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]
>
> C.    Notice of Filing of Supplement to Utility Service List [D.I. 166, 12/11/18]
>
> D.    Certification of Counsel [D.I. 172, 12/14/18]
>
> E.    Proposed Order

---

1    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).  The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

2    **Amended items appear in bold and italics.**

Status:     A revised proposed final order has been submitted under certification of counsel.  Unless the Court has questions, no hearing is required.

2.     Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [D.I. 7, 11/19/18]

Response Deadline:                    December 11, 2018 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    A.     Order (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Obligations, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Granting Related Relief [D.I. 91, 11/20/18]

    B.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

    C.     Certification of Counsel [D.I. 173, 12/14/18]

    D.     Proposed Order

Status:     An order with respect to the relief in the Motion, other than the Severance Obligations, has been entered.  A supplemental order with respect to the Severance Obligations has been filed under certification of counsel.  Unless the Court has questions, no hearing is required.

3.     Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Using Their Existing Cash Management System, Including Bank Accounts, and Honor Related Prepetition Fees and Expenses, and (II) Maintain Their Existing Check Stock, (B) Authorizing Continued Intercompany Transactions and Granting Postpetition Intercompany Claims Administrative Priority Status and (C) Granting an Interim Waiver of the Investment and Deposit Requirements of Section 345(b) of the Bankruptcy Code [D.I. 9, 11/19/18]

Response Deadline:                    December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.     Informal comments
       i.   Office of the United States Trustee
       ii.  JPMorgan Chase

2

Related Documents:

     B.     Interim Order [D.I. 93, 11/20/18]

     C.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

     D.     Certification of Counsel [D.I. 174, 12/14/18]

     E.     Proposed Order

Status:     A revised proposed final order has been submitted under certification of counsel.  Unless the Court has questions, no hearing is required.

4.     Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing the Debtors to Pay all Prepetition Trade and Other Unimpaired Claims in the Ordinary Course of Business, (b) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders and (c) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 10, 11/19/18]

Response Deadline:     December 11, 2018 at 4:00 p.m. (ET)

Responses Received:     None

Related Documents:

     A.     Interim Order [D.I. 94, 11/20/18]

     B.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

     C.     Certification of Counsel [D.I. 175, 12/14/18]

     D.     Proposed Order

Status:     A revised proposed final order has been submitted under certification of counsel.  Unless the Court has questions, no hearing is required.

01:23951929.2

5.      Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 127, 11/29/18]

Response Deadline:                              December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.      Informal comments from the Office of the United States Trustee

Related Documents:

    B.      Certification of Counsel [D.I. 176, 12/14/18]

    C.      Proposed Order

Status:   A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

6.      Debtors' Application for Entry of an Order (A) Authorizing the Debtors to Retain and Employ KPMG LLP as Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date, and (B) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 130, 11/29/18]

Response Deadline:                              December 11, 2018 at 4:00 p.m. (ET)

Responses Received:                          None

Related Documents:

    A.      Certificate of No Objection [D.I. 177, 12/14/18]

    B.      Proposed Order

Status:   No objections have been received, and a Certificate of No Objection has been filed.  Unless the Court has questions, no hearing is required.

4

7.     Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 131, 11/29/18]

Response Deadline:                                December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

   A.     Informal comments from the Office of the United States Trustee

Related Documents:

   B.     Certification of Counsel [D.I. 178, 12/14/18]

   C.     Proposed Order

Status:     A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

8.     Debtors' Application for an Order Authorizing them to Retain and Employ AlixPartners, LLP as Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 132, 11/29/18]

Response Deadline:                                December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

   A.     Informal comments from the Office of the United States Trustee

Related Documents:

   B.     Certification of Counsel [D.I. 179, 12/14/18]

   C.     Proposed Order

Status:     A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

01:23951929.2

9.      Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective As of the Petition Date [D.I. 133, 11/29/18]

Response Deadline:                    December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.      Informal comments from the Office of the United States Trustee

Related Documents:

    B.      Omnibus Declaration of Joan Hilson in Support of the Applications of the Debtors to Employ and Retain Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP Pursuant to Section 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date [D.I. 135, 11/29/18]

    C.      Certification of Counsel [D.I. 180, 12/14/18]

    D.      Proposed Order

Status:    A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

10.     Debtors' Application Entry of an Order Authorizing the Employment and Retention of Debevoise & Plimpton LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 134, 11/29/18]

Response Deadline:                    December 11, 2018 at 4:00 p.m. (ET)

Responses Received:

    A.      Informal comments from the Office of the United States Trustee

Related Documents:

    B.      Omnibus Declaration of Joan Hilson in Support of the Applications of the Debtors to Employ and Retain Debevoise & Plimpton LLP and Young Conaway Stargatt & Taylor, LLP Pursuant to Section 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to the Petition Date [D.I. 135, 11/29/18]

    C.      Supplemental Declaration [D.I. 170, 12/13/18]

    D.      Certification of Counsel [D.I. 182, 12/14/18]

      E.      Proposed Order

<u>Status</u>:      A revised proposed order has been submitted under certification of counsel. Unless the Court has questions, no hearing is required.

## UNCONTESTED MATTER GOING FORWARD

11.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Sealed: D.I. 16, 11/19/18; Redacted: D.I. 17, 11/19/18]

      <u>Response Deadline</u>:                December 11, 2018 at 4:00 p.m. (ET)

      <u>Responses Received</u>:

      A.      Informal comments

            i.  Comenity Bank
            ii.  Various landlords

      B.      Objection of Brazos County, Denton County, Waco City et al., and Taylor County Central Appraisal District [D.I. 116, 11/27/18]

            i.     Notice of Withdrawal [D.I. 159, 12/7/18]

      <u>Related Documents</u>:

      C.      Declaration of Joan Hilson, Executive Vice President and Chief Financial and Operating Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 19, 11/19/18]

      D.      Declaration of Stephen Goldstein in Support for Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief [D.I. 18, 11/19/18]

      E.      Interim Order [D.I. 102, 11/20/18]

      F.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 107, 11/21/18]

G.      Notice of Filing of Proposed Final DIP Order  [D.I. 188, 12/14/18]

Status:      Items A and B have been resolved.  This matter is going forward.

## CONTESTED MATTER GOING FORWARD

12.      Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date [D.I. 128, 11/29/18]

Response Deadline:                              December 11, 2018 at 4:00 p.m. (ET) [Extended for various creditors until 11:00 a.m. (ET) on December 14, 2018]

Responses Received:

A.      Informal comments from the Office of the United States Trustee

B.      Limited Objection of Various Creditors (Oaktree Capital Management, Courage Capital Management, AlbaCore Capital LLP, and Deutsche Bank AG Cayman Islands Branch) [D.I. 181, 12/14/18]

*C.      Declaration of Martin Lewis in Support of Limited Objection by Various Creditors to Debtors' Application to Retain Evercore Group L.L.C. as Investment Banker [D.I. 198, 12/15/18]*

*Related Documents:*

*D.      Debtors' Motion for an Order Granting the Debtors Leave and Permission to File the Debtors' Reply to Limited Objection to Debtors' Application to Retain Evercore Group L.L.C. as Investment Banker [D.I. 200, 12/17/18]*

*E.      Motion for Leave to File Late Reply of Evercore Group L.L.C. in Support of Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective* **Nunc Pro Tunc** *to the Petition Date [D.I. 201, 12/17/18]*

01:23951929.2

**F.**     ***Supplemental Declaration of Stephen Goldstein in Support of the Debtors' Application for an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective* Nunc Pro Tunc *to the Petition Date [D.I. 202, 12/17/18]***

Status:     The Debtors have revised the proposed order to address the comments received from the Office of the United States Trustee.  ***The Debtors and Evercore have sought leave to file a reply in support of the Application and in response to Item B.  Item B requests an adjournment of the matter until January 4, 2019.  The Debtors and Evercore object to the requested adjournment.***  This matter is going forward.

Dated:   December 17, 2018                    */s/ Jaime Luton Chapman*
         Wilmington, Delaware               **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                            Robert S. Brady (No. 2847)
                                            Edmon L. Morton (No. 3856)
                                            Jaime Luton Chapman (No. 4936)
                                            Tara C. Pakrouh (No. 6192)
                                            Rodney Square
                                            1000 North King Street
                                            Wilmington, Delaware 19801
                                            Tel:    (302) 571-6600
                                            Fax:    (302) 571-1253
                                            Email: rbrady@ycst.com
                                                    emorton@ycst.com
                                                    jchapman@ycst.com
                                                    tpakrouh@ycst.com

                                            -and-

                                            **DEBEVOISE & PLIMPTON LLP**
                                            M. Natasha Labovitz (admitted *pro hac vice*)
                                            Nick S. Kaluk III (admitted *pro hac vice*)
                                            Daniel E. Stroik (admitted *pro hac vice*)
                                            919 Third Avenue
                                            New York, New York 10022
                                            Tel:    (212) 909-6000
                                            Fax:    (212) 909-6836
                                            Email: nlabovitz@debevoise.com
                                                    nskaluk@debevoise.com
                                                    destroik@debevoise.com

                                            -and-

9

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:    (202) 383-8000
Fax:    (202) 383-8118
Email:  cabruens@debevoise.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

10