# EXHIBIT 1

| Debtor | Bank | Account Description | Last 4 Digits of Account No. |
|---|---|---|---|
| **David's Bridal, Inc.** | **Bank Champaign** | **Deposit Account** | **1048** |
| **David's Bridal, Inc.** | **Bank of America** | **Deposit Account** | **2515** |
| **David's Bridal, Inc.** | **Bank of America** | **Disbursement Account** | **0503** |
| **David's Bridal, Inc.** | **Bank of America** | **Disbursement Account** | **1492** |
| **David's Bridal, Inc.** | **Bank of America** | **Disbursement Account** | **3823** |
| **David's Bridal, Inc.** | **Bank of America** | **Disbursement Account** | **3863** |
| **David's Bridal, Inc.** | **Bank of America** | **Disbursement Account** | **5425** |
| **David's Bridal, Inc.** | **Bank of America** | **Master Account** | **0480** |
| **David's Bridal, Inc.** | **Blue Hills Bank** | **Deposit Account** | **1081** |
| **David's Bridal, Inc.** | **Central Pacific Bank** | **Deposit Account** | **4832** |
| **David's Bridal, Inc.** | **Chemung Canal Bank** | **Deposit Account** | **2846** |
| **David's Bridal, Inc.** | **Citizens Bank** | **Deposit Account** | **2340** |
| **David's Bridal, Inc.** | **Fifth Third Bank** | **Deposit Account** | **5591** |
| **David's Bridal, Inc.** | **First Citizens Bank** | **Deposit Account** | **9963** |
| **David's Bridal, Inc.** | **First Tennessee Bank** | **Deposit Account** | **3938** |
| **David's Bridal, Inc.** | **Hancock Whitney Bank** | **Deposit Account** | **7582** |

| Debtor | Bank | Account Description | Last 4 Digits of Account No. |
|---|---|---|---|
| **David's Bridal, Inc.** | **Huntington National Bank** | **Deposit Account** | **6659** |
| **David's Bridal, Inc.** | **JPM Chase Bank** | **Deposit Account** | **3416** |
| **David's Bridal, Inc.** | **Key Bank** | **Deposit Account** | **6675** |
| **David's Bridal, Inc.** | **Lake Regions Bank** | **Deposit Account** | **6147-F** |
| **David's Bridal, Inc.** | **Merrill. Lynch, Pierce, Fenner & Smith Inc.** | **Investment Account** | **5MSS** |
| **David's Bridal, Inc.** | **Morgan Stanley** | **Investment Account** | **0776** |
| **David's Bridal, Inc.** | **PNC Bank** | **Deposit Account** | **3574** |
| **David's Bridal, Inc.** | **Regions Bank** | **Deposit Account** | **2439** |
| **David's Bridal, Inc.** | **Trustmark National Bank** | **Deposit Account** | **7512** |
| **David's Bridal, Inc.** | **US Bank** | **Deposit Account** | **5743** |
| **David's Bridal, Inc.** | **US Bank** | **Deposit Account** | **9491** |
| **David's Bridal, Inc.** | **Wells Fargo** | **Deposit Account** | **8989** |