# EXHIBIT 1

## Milestones

## MILESTONES

Each of the following DIP Milestones and Plan Milestones are herein referred to, individually, as a "**Required Milestone**" and collectively, as the "**Required Milestones**".[1]

(a) The Debtors[2] must achieve each of the following milestones (the "**DIP Milestones**"), in each case on terms and conditions, and subject to documentation in form and substance, acceptable to the DIP Agents (with respect to the DIP Term Loan Agent, with the consent of the Required Lenders (as defined in the DIP Term Loan Agreement)) in all respects:

(i) On November 19, 2018 (the "**Petition Date**"), the Debtors shall file a motion seeking approval of the facilities evidenced by the DIP Facilities.

(ii) On or before November 22, 2018, the Interim Order shall have been entered by the Court.

(iii) On or before November 30, 2018, the Debtors shall have filed a motion requesting the entry of an order to be entered not later than January 7, 2019, extending the Debtors' lease assumption/rejection period such that the Debtors' lease assumption/rejection period shall be 210 days from the Petition Date.

(iv) On or before December 21, 2018, the Final Order authorizing and approving the DIP Facilities on a final basis shall have been entered by the Bankruptcy Court.

(b) The Debtors must achieve each of the following milestones (the "**Plan Milestones**"), in each case on terms and conditions, and subject to documentation in form and substance, acceptable to the applicable DIP Agent (with respect to the DIP Term Loan Agent, with the consent of the Required Lenders (as defined in the DIP Term Loan Agreement)) in all respects:

(i) The Debtors' failure to achieve the following Plan Milestones shall be an Event of Default under the DIP ABL Agreement:

(1) On or before November 19, 2018, the Debtors shall have commenced the solicitation of votes to accept or reject the ABL Acceptable Plan (as defined below).

---

[1] With respect to the DIP ABL Agreement, the DIP ABL Agent may in its sole and absolute discretion extend any of the Required Milestones for a period of not more than 10 days or for such longer period with the consent of the Required Lenders (as defined in the DIP ABL Agreement) (in their sole and absolute discretion). With respect to the DIP Term Loan Agreement, the DIP Term Loan Agent may in its sole and absolute discretion extend any of the Required Milestones for a period of not more than 10 days or for such longer period with the consent of the Required Lenders (as defined in the DIP Term Loan Agreement) (in their sole and absolute discretion).

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, and (VI) Granting Related Relief*, to which this Milestones exhibit is attached as **Exhibit 1**.

(2) Prior to the Petition Date, the Debtors shall have entered into a Restructuring Support Agreement with (A) the holders of not less than 85% of the Prepetition Term Loan Obligations, (B) not less than 97% of the Senior Notes (as defined in the DIP ABL Agreement), and (C) the Sponsor (as defined in the DIP ABL Agreement) (such Restructuring Support Agreement, the "**RSA**"), which RSA shall contain support for a Chapter 11 plan of reorganization that shall constitute an ABL Acceptable Plan (defined below).

(3) On the Petition Date, the Debtors shall have filed (A) a Chapter 11 plan of reorganization and a disclosure statement relating to such plan of reorganization, which plan shall be supported by committed financing, the parties to the RSA and at least one impaired accepting class and shall be acceptable to the DIP ABL Agent, which plan shall provide, among other things, for payment in full in cash of the DIP ABL Obligations and the Prepetition ABL Obligations, and the DIP ABL Agent shall be satisfied that such plan is reasonably anticipated to become effective on or prior to January 14, 2019 (any such Chapter 11 plan, an "**ABL Acceptable Plan**"), (B) a motion to approve the Disclosure Statement (as defined in the DIP ABL Agreement) and the solicitation procedures for the ABL Acceptable Plan (which shall set a deadline of not later than December 20, 2018 for voting on the ABL Acceptable Plan), and (C) a motion for a combined hearing to approve such solicitation procedures, the Disclosure Statement (as defined in the DIP ABL Agreement) and confirming the ABL Acceptable Plan.

(4) On or before November 23, 2018, the Debtors' noticing agent shall have caused the notices of the ABL Acceptable Plan and Disclosure Statement (as defined in the DIP ABL Agreement) to have been distributed in accordance with applicable sections of the Bankruptcy Code and related rules.

(5) On or before January 7, 2019, the Debtors shall have obtained (A) an order from the Bankruptcy Court approving the disclosure statement and confirming the ABL Acceptable Plan and (B) if such order is not obtained, an order of the Bankruptcy Court extending the Debtors' lease assumption/rejection period such that the Debtors' lease assumption/rejection period shall be 210 days from the Petition Date.

(6) On or before January 14, 2019, the effective date of the ABL Acceptable Plan shall have occurred in accordance with its terms, and the Debtors shall have emerged from Chapter 11.

(ii) The Debtors' failure to achieve the following Plan Milestones shall be an Event of Default under the DIP Term Loan Agreement:

(1) On or before November 19, 2018, the Debtors shall have commenced the solicitation of votes to accept or reject the TL Acceptable Plan (as defined below).

(2) Prior to the Petition Date, the Debtors shall have entered into the RSA.

(3) On the Petition Date, the Debtors shall have filed (A) a Chapter 11 plan of reorganization with terms consistent with the RSA (any such Chapter 11 plan, a "**TL Acceptable Plan**") and a disclosure statement with terms consistent with the RSA (any such disclosure statement, a "**TL Acceptable Disclosure Statement**"), and the DIP Term Loan Agent (with the consent of the Required Lenders (as defined in the DIP Term Loan Agreement)) shall be satisfied that such plan is reasonably anticipated to become effective on or prior to January 14, 2019, (B) a motion to approve such TL Acceptable Disclosure Statement and the solicitation procedures for the TL Acceptable Plan (which shall set a deadline of not later than December 20, 2018 for voting on the TL Acceptable Plan), and (C) a motion for a combined hearing to approve such solicitation procedures, the TL Acceptable Disclosure Statement and confirming the TL Acceptable Plan.

(4) On or before November 23, 2018, the Debtors' noticing agent shall have caused the notices of the TL Acceptable Plan and TL Acceptable Disclosure Statement to have been distributed in accordance with applicable sections of the Bankruptcy Code and related rules.

(5) At or prior to 5:00 p.m. prevailing Eastern Time on December 10, 2018, the Debtors shall have delivered a 12-month post-emergence liquidity forecast (containing weekly detail for the first 3 months of such forecast) to the Supporting Term Lenders and the Crossover Holder (as such terms are defined in the RSA).

(6) On or before January 7, 2019, the Debtors shall have obtained (A) an order from the Bankruptcy Court approving the TL Acceptable Disclosure Statement and confirming the TL Acceptable Plan and (B) if such order is not obtained, an order of the Bankruptcy Court extending the Debtors' lease assumption/rejection period such that the Debtors' lease assumption/rejection period shall be 210 days from the Petition Date.

(7) On or before January 14, 2019, the effective date of the TL Acceptable Plan shall have occurred in accordance with its terms, and the Debtors shall have emerged from Chapter 11.