# EXHIBIT 2

# Initial Budget

**David's Bridal, Inc. - US Operations**
*DIP Budget*
*($ in 000s)*

|  | November | | | December | | | | January | | | Total wk 47 - wk 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (Saturday) | Wk 46 Nov-17 | Wk 47 Nov-24 | Wk 48 Dec-01 | Wk 49 Dec-08 | Wk 50 Dec-15 | Wk 51 Dec-22 | Wk 52 Dec-29 | Wk 1 Jan-05 | Wk 2 Jan-12 | Wk 3 Jan-19 | |

**I. Cash Flows**

**Receipts**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail Receipts | 9,557 | 10,255 | 9,865 | 8,135 | 6,974 | 6,868 | 8,032 | 10,916 | 14,769 | 17,569 | 93,383 |
| Partner Payments | | | 1,704 | | | | | 1,239 | | | 2,944 |
| Intercompany Inventory Receivables | | 129 | 129 | 124 | 124 | 124 | 124 | 146 | 146 | 146 | 1,192 |
| Other Receipts | | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 19 |
| Total Cash Receipts | 9,557 | 10,385 | 11,699 | 8,262 | 7,101 | 6,994 | 8,159 | 12,304 | 14,917 | 17,717 | 97,537 |

**Operating Disbursements**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Merchandise (Fillberg) | 1,751 | 5,169 | 4,569 | 2,344 | 4,234 | 2,384 | 2,702 | 7,048 | 7,048 | 7,048 | 42,546 |
| Merchandise (Market Vendors) | 526 | 267 | 279 | 354 | 408 | 99 | 235 | 114 | 355 | 1,301 | 3,411 |
| Payroll | 621 | 6,759 | 455 | 6,856 | 455 | 6,856 | 455 | 5,446 | 289 | 6,165 | 33,737 |
| Benefits | 103 | 830 | 296 | 522 | 296 | 542 | 583 | 400 | 400 | 400 | 4,270 |
| Rent | | | 6,480 | | | | 6,480 | | | | 12,960 |
| Marketing and Media | | 877 | 820 | 820 | 1,070 | 995 | 820 | 1,790 | 1,318 | 1,318 | 9,829 |
| Customs and Freight | | 120 | 293 | 446 | 436 | 550 | 796 | 319 | 663 | 878 | 4,501 |
| Utilities | 170 | 254 | 254 | 804 | 254 | 203 | (347) | 81 | 244 | 244 | 1,990 |
| Capital Expenditures | | 441 | 37 | 37 | 37 | 37 | 37 | 185 | 185 | 185 | 1,181 |
| Royalties | | 419 | | | | | 419 | | | | 838 |
| Other Vendor Payables | 536 | 339 | 574 | 458 | 450 | 200 | 456 | 1,100 | 1,100 | 1,100 | 5,777 |
| State Taxes | 2,131 | 282 | 55 | 247 | 1,977 | 247 | | 424 | 3,390 | 424 | 7,047 |
| Other Intercompany Payments | | | | | | | | | | | - |
| Other Operating Disbursements | | | | | | | | | | | - |
| Total Operating Disbursements | 5,837 | 15,757 | 14,113 | 12,889 | 9,617 | 12,114 | 12,636 | 16,906 | 14,992 | 19,062 | 128,087 |
| **Operating Cash Flow** | 3,720 | (5,372) | (2,414) | (4,627) | (2,516) | (5,120) | (4,477) | (4,603) | (75) | (1,345) | (30,549) |

**Non-Operating Disbursements**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional Fees [1,4] | 6,207 | 1,766 | 500 | | | | | | | 11,896 | 14,163 |
| Refinancing Fees | | 3,350 | | | | | | | | | 3,350 |
| Interest | | 374 | 8,418 | | | | 3,350 | | | | 12,142 |
| Other non-operating disbursements | | | | | | | | | | | - |
| Total Non-Operating Disbursements | 6,207 | 5,490 | 8,918 | - | - | - | 3,350 | - | - | 11,896 | 29,654 |
| **NET CASH FLOW** | (2,487) | (10,862) | (11,332) | (4,627) | (2,516) | (5,120) | (7,828) | (4,603) | (75) | (13,241) | (60,203) |
| | | | | | | | | | | | - |

**David's Bridal, Inc. - US Operations**
*DIP Budget*
*($ in 000s)*

|  | November | November | November | December | December | December | December | January | January | January |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending (Saturday) | Wk 46 Nov-17 | Wk 47 Nov-24 | Wk 48 Dec-01 | Wk 49 Dec-08 | Wk 50 Dec-15 | Wk 51 Dec-22 | Wk 52 Dec-29 | Wk 1 Jan-05 | Wk 2 Jan-12 | Wk 3 Jan-19 | Total wk 47 - wk 3 |
| **II. Liquidity** | | | | | | | | | | | |
| **Cash at Bank** | | | | | | | | | | | |
| Opening Balance | 8,360 | 5,873 | 29,311 | 17,979 | 13,352 | 10,836 | 5,716 | 5,000 | 5,000 | 5,000 | 5,000 |
| Net Cash Flow | (2,487) | (10,862) | (11,332) | (4,627) | (2,516) | (5,120) | (7,828) | (4,603) | (75) | (13,241) | (13,241) |
| DIP Facility Draws | - | 60,000 | - | - | - | - | - | - | - | - | |
| ABL Draw/(Paydown) | - | (25,700) | - | - | - | - | 7,112 | 4,603 | 75 | 13,241 | |
| LC Cash Collateralization | - | - | - | - | - | - | - | - | - | - | |
| Closing Unrestricted Cash (Bank) | 5,873 | 29,311 | 17,979 | 13,352 | 10,836 | 5,716 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Funded ABL Debt** | | | | | | | | | | | |
| Opening Balance | 25,700 | 25,700 | - | - | - | - | - | 7,112 | 11,715 | 11,790 | |
| Draw/(Paydown) | - | (25,700) | - | - | - | - | 7,112 | 4,603 | 75 | 13,241 | |
| Funded ABL Closing Balance | 25,700 | - | - | - | - | - | 7,112 | 11,715 | 11,790 | 25,030 | |
| **ABL Backed LCs** | | | | | | | | | | | |
| Opening Balance | 42,496 | 42,496 | 42,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | |
| New Issuances/(Maturities) | - | - | 5,000 | - | - | - | - | - | - | - | |
| Closing Balance | 42,496 | 42,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | 47,496 | |
| **ABL Excess Availability** | | | | | | | | | | | |
| Projected Availability (Pre-Block) [2] | | 83,334 | 84,758 | 83,721 | 83,095 | 83,050 | 85,064 | 89,127 | 123,811 | 127,691 | |
| Excess Availability Block [5] | | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (12,587) | (12,975) | |
| Professional Fee Carveout [4] | | (9,380) | (10,146) | (10,912) | (11,678) | (12,444) | (13,210) | (14,236) | (15,002) | (12,091) | |
| Less: Closing ABL Balance | | (42,496) | (47,496) | (47,496) | (47,496) | (47,496) | (54,608) | (59,211) | (59,286) | (72,527) | |
| Net Excess Availability | | 21,458 | 17,116 | 15,313 | 13,920 | 13,110 | 7,246 | 5,680 | 36,936 | 30,098 | |
| **TOTAL LIQUIDITY** | 5,873 | 50,768 | 35,095 | 28,664 | 24,756 | 18,826 | 12,246 | 10,680 | 41,936 | 35,098 | |
| **III. Memo Detail** | | | | | | | | | | | |
| **Total Cash** | | | | | | | | | | | |
| Closing Unrestricted Cash (Bank) | 5,873 | 29,311 | 17,979 | 13,352 | 10,836 | 5,716 | 5,000 | 5,000 | 5,000 | 5,000 | |
| Cash Collateralization (Restricted Cash) | - | - | - | - | - | - | - | - | - | - | |
| International Cash [3] | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | 3,611 | |
| Total Cash (Including Restricted) | 9,484 | 32,922 | 21,590 | 16,963 | 14,447 | 9,327 | 8,611 | 8,611 | 8,611 | 8,611 | |
| **Total Eligible Inventory** | 103,762 | 103,762 | 102,805 | 103,641 | 103,869 | 103,134 | 103,027 | 100,914 | 103,983 | 108,843 | |

**IV. Footnotes**

1. Residual professional fees (including transaction fees) assumed to be escrowed in final week of bankruptcy. Escrow to be funded from release of ABL Professional Fee Carveout and cash at bank.
2. Projected Availability (Pre-Block) includes availability reductions for landlord liens and freight forward reserves, consistent with current borrowing base formula.
3. International Cash based on current estimate of Canada and UK cash at filing. International subsidiaries not expected to build cash through restructuring process.
4. Professional Fee Carveout reserve included in ABL availability calculation. Carveout amount calculated consistent with DIP Motion.
5. Excess Availability Block calculated as the greater of (i) 10% of the borrowing base and (ii) $10M