# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DAVID'S BRIDAL, INC., *et al.* | ) Case No. 18-12635 (LSS) |
| | ) Obj. Deadline : Dec 14, 2018 Extended by Debtor to December 21, 2018 |
| | ) Related to Docket # 138 |
| Debtors. | ) |

### LIMITED OBJECTION OF KIR MAPLE GROVE L.P., KIR TUKWILA, L.P., 280 METRO LIMITED PARTNERSHIP AND AMERISHOP SUBURBAN, L.P.TO DEBTORS' NOTICE OF ASSUMPTION OF UNEXPIRED LEASES OF DEBTORS AND RELATED PROCEDURE

KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. file this Limited Objection to Debtors' Unexpired Lease or Executory Contract Assumption And Cure Notice and in furtherance thereof state as follows:

1. Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on November 19, 2018. (the "Petition Date".) The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C.§§ 1107(a) and 1108.

2. The Debtors lease retail space from KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. (the "Leases"). The Leases are all leases "of real property in a shopping center" as that term is used in Section 365(b)(3). *See* In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-87 (3d Cir. 1990).

3. The Debtors' filed a Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures ( the "Notice" Docket # 138) which provided that all leases were being assumed and that all payments due would be made in the ordinary course of business. However, under the procedures The Debtors set December 14, 2018 as the date by which all objections should be filed unless an extension was provided by Debtors.

4. In the Notice the Debtors requested that before filing an Objection an Objector notify the Debtors and attempt to resolve any issues that needed to be addressed. KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. formally notified Debtors of the outstanding cures due and requested an extension of the time to Object in order that the parties could try and resolve the outstanding cure issue consensually. Debtors agreed to an extension until December 21, 2018.

5. The Parties have not yet resolved the cure objections and KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. identify the following cures due:

1. KIR Maple Grove LP            Arbor Lakes Retail Center     Cure due $2427.06
2. KIR Tukwila, LP               Parkway Super Center          Cure due $6536.64
3. 280 Metro Limited Partnership 280 Metro Center              Cure due 25,656.01
4. Amerishop Suburban, LP        Suburban Square               Cure due $2760.48

And attached hereto as EX. A is the details of each cure.

6. This objection is being filed in an abundance of caution to insure that the cures are resolved and that there is no issue regarding waiver if the cures are not resolved prior to the hearing to approve Disclosure Statement and Plan Confirmation.

7. Objecting Landlords join in the objections of other landlords to the extent they are not inconsistent with the objections herein.

Wherefore, KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. request that this Honorable Court deny the relief requested by Debtors to the limited extent that the Debtors fail to address the cures as set forth herein and for such other and further relief as is just and equitable.

Dated: December 19, 2018
Wilmington, Delaware

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: rmersky@monlaw.com

**Attorneys for KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P**.