# EXHIBIT A

*KIR Maple Grove L.P.*

```
Tenant    TDAVIBR00 David's Bridal, Inc.                              Scan
Project   SMNM0014/ ARBOR LAKES RETAIL CENTER                         From  0/00/00 To 12/12/18       Deposits All Zero
Lease     LDAVIBR00 David's Bridal
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---:|---:|
| 1/28/13  | G 0335039 001 | Revised Water - Addt'l Amt. Du | 219.54 | 219.54 |
| 2/26/13  | G 0337291 001 | Tenant Water - 12/20/12        | 281.35 | 281.35 |
| 6/26/13  | G 0354824 001 | Tenant Water - 03/22/13        | 242.09 | 242.09 |
| 8/22/13  | G 0364317 001 | Tenant Water - 06/21/13        | 149.52 | 149.52 |
| 11/22/13 | G 0377175 001 | Tenant Water - 09/16/13        | 231.35 | 231.35 |
| 2/27/14  | G 0388582 001 | Tenant Water - 12/13/13        | 236.50 | 236.50 |
| 7/03/14  | G 0403749 001 | Tenant Water - 03/14/14        | 160.69 | 160.69 |
| 2/23/15  | G 0428871 001 | Tenant Water - 06/16/14        | 262.30 | 262.30 |
| 2/23/15  | G 0428871 002 | Tenant Water - 09/15/14        | 266.08 | 266.08 |
| 2/23/15  | G 0428871 003 | Tenant Water - 12/16/14        | 235.27 | 235.27 |
| 5/11/15  | G 0438295 001 | Tenant Wtr/Swr - 03/16/15      | 282.76 | 282.76 |
| 8/19/15  | G 0450370 001 | Tenant Wtr/Swr - 06/15/15      | 209.14 | 209.14 |
| 12/21/15 | G 0463113 001 | Tenant Wtr/Swr - 09/15/15      | 227.21 | 227.21 |
| 5/16/16  | G 0475237 001 | Tenant-Water-12/15/15          | 223.03 | 223.03 |
| 8/23/16  | G 0481688 001 | Tenant-Water-03/14/16          | 246.44 | 246.44 |
| 12/09/16 | G 0489725 001 | Tenant-Water-06/15/16          | 281.87 | 281.87 |
| 12/10/18 | R 4009297 002 | Real Estate Tax Reconciliation | 1328.08- | 1328.08- |

```
              Prior                 Net                End
               .00              2427.06            2427.06
```

End of report

*KJR Tukwila L.P.*

Tenant   TDAVIBR00 David's Bridal, Inc.
Project  SWAT0050/ PARKWAY SUPER CENTER
Lease    LDAVIBR00 David's Bridal

```
                                                     Scan
                                         From  0/00/00 To 11/30/18         Deposits All Zero
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 1/01/17 | R 3539268 004 | Common Area Maintenance | 1530.38 | 210.38 |
| 2/01/17 | R 3560388 004 | Common Area Maintenance | 1530.38 | 210.38 |
| 3/01/17 | R 3583355 004 | Common Area Maintenance | 1530.38 | 210.38 |
| 3/22/17 | R 3608666 002 | CAM Reconciliation | 3804.70 | 3804.70 |
| 2/21/18 | R 3828592 002 | CAM Reconciliation | 249.69 | 249.69 |
| 2/21/18 | R 3828592 005 | Tenant Exp - Wat/Sew TrueUp | 267.35- | 267.35- |
| 2/21/18 | R 3828592 008 | CAM Reconciliation | 2911.43 | 2911.43 |
| 2/21/18 | R 3828592 011 | Tenant Exp - Wat/Sew TrueUp | 792.97- | 792.97- |

```
    Prior              .00         Net         6536.64        End         6536.64
```

End of report

*280 Metro Limited Partnership*

```
Tenant   TDAVIBR00 David's Bridal, Inc.              Scan              Deposits All Zero
Project  SCAC1026D 280 METRO CENTER          From 0/00/00 To 11/30/18
Lease    LDAVIBR00 David's Bridal
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 2/28/18 | R 3837772 002 | CAM Reconciliation | 18262.54 | 18262.54 |
| 2/28/18 | R 3837772 004 | CAM Reconciliation | 3645.50 | 305.34 |
| 2/28/18 | R 3837772 006 | CAM Reconciliation | 7088.12 | 7088.12 |
| 11/01/18 | R 3977976 001 | Base Rent | 41366.00 | .01 |

```
           Prior          .00        Net      25656.01       End      25656.01
```

End of report

*Amerishop Suburban L.P.*

```
                                                          Scan              Deposits All Zero
Tenant    TDAVIBR00 David's Bridal, Inc.              From 0/00/00 To 11/30/18
Project   SPAA1578/ SUBURBAN SQUARE
Lease     LDAVIBR00 David's Bridal (SubT=Elizabeth
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| | Prior | | .00 | |
| 11/27/18 | G 0522198 001 | Tenant Holiday Ad-PB/EJ | 2760.48 | 2760.48 |
| | Net | | 2760.48 | End 2760.48 |

End of report