Exhibit 1 Cure Amounts for David's Bridal, Inc. Lease
for Space in The Centrum Held by ARC CTCHRNC001, LLC

| Location | The Centrum | | | Attorney Fees[3] | $2,500.00 |
|---|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | | Interest[2] | Landlord's Total Cure Amount |
| Rent and Charges: | | | | | |
| 12/1/2016 | $18.20 | Real Estate Tax | | $3.81 | $22.01 |
| 11/1/2017 | $276.20 | Real Estate Tax | | $32.54 | $308.74 |
| | $294.40 | | | $36.35 | $330.75 |
| | | | | | |
| Total Due: | | | $2,830.75 | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-04-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 12-14-18. Landlord will supplement with final attorneys fee and cost amounts when available.

Exhibit 2. Cure Amounts for David's Bridal, Inc. Lease
for Space in Stirling Slidell Held by ARC SSSDLLA001, LLC

| Location | Stirling Slidell | | | Attorney Fees[3] | $2,500.00 |
|---|---|---|---|---|---|
| | Landlord's Cure Calculations | | | Interest | Total Cure Amount |
| Rent and Charges: | | | | | |
| 6/1/2018 | $583.63 | Percentage Rent | | $34.86 | $618.49 |
| 6/1/2018 | $640.76 | Real Estate Tax | | $38.27 | $679.03 |
| 6/7/2018 | $488.35 | Percentage Rent | | $28.36 | $516.71 |
| 7/1/2018 | ($3,791.67) | Base Rent | | ($195.30) | ($3,986.97) |
| 7/1/2018 | $247.37 | CAM | | $12.74 | $260.11 |
| 7/1/2018 | $59.61 | Operating Expense | | $3.07 | $62.68 |
| 7/1/2018 | $94.22 | Insurance | | $4.85 | $99.07 |
| 7/1/2018 | $640.76 | Real Estate Tax | | $33.00 | $673.76 |
| 8/1/2018 | $247.37 | CAM | | $10.64 | $258.01 |
| 8/1/2018 | $59.61 | Operating Expense | | $2.56 | $62.17 |
| 8/1/2018 | $94.22 | Insurance | | $4.05 | $98.27 |
| 8/1/2018 | $535.99 | Percentage Rent | | $23.05 | $559.04 |
| 8/1/2018 | $793.71 | Percentage Rent | | $34.14 | $827.85 |
| 8/1/2018 | $640.76 | Real Estate Tax | | $27.56 | $668.32 |
| 10/1/2018 | $369.56 | Percentage Rent | | $9.72 | $379.28 |
| | $1,704.25 | | | $71.57 | $1,775.82 |

Total Due: $4,275.82

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 01-04-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 12-14-18. Landlord will supplement with final attorneys fee and cost amounts when available.

EXHIBIT 3

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Total Amt Due As of 12-12-2018 | Pre-Petition Charges thru 11/19/18 | Post-Petition Charges 11/19/18-present |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135101 - Florence Square | New Plan Property Holding Company | 1351009 | 267225 - David's Bridal, Inc | 206 | 10/18/2018 | RRET | 2017 RRET adjustment | 1/1/17-12/31/17 | 4,308.30 | 4,308.30 | - |
| | | | | | | | | **TOTALS** | **4,308.30** | **4,308.30** | **-** |

| | Monthly Charges | |
|---|---|---|
| AMR | Annual Minimum Rent | 13,197.25 |
| CAM | CAM Escrow | 811.06 |
| INS | Insurance | 206.36 |
| RETX | Tax Escrow | 1,250.00 |
| | **Total Monthly** | 15,464.67 |

Attorney Fees:  2,500

**TOTAL CURE:**  $  **6,808.30**

EXHIBIT 4

| Alternate BU | Legal Entity Name | Lease Number | Tenant Number | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Total Amt Due As of 12-12-2018 | Pre-Petition Charges thru 11/19/18 | Post-Petition Charges 11/19/18-present |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135801 - Marketplace (OK) | ERP Mingo Marketplace, LLC | 1358003 | 267225 - David's Bridal, Inc | 94 | 12/4/2018 | RRET | Tax Reconciliation | 01/1/2018-12/31/2018 | 16,556.00 | | 16,556.00 |
| | | | | | | | | **TOTALS** | **16,556.00** | **-** | **16,556.00** |

| Monthly Charges | | |
|---|---|---|
| AMR | Annual Minimum Rent | 11,140.00 |
| CAM | Cam Escrow | 812.63 |
| **Total Monthly** | | 11,952.63 |

Attorney Fees: 2,500

**TOTAL CURE:** 19,056.00

EXHIBIT 5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Database: | STONEMAR | | Aged Delinquencies | | | Page: | | 1 |
| | | | Stonemar Properties, LLC | | | Date: | | 12/13/2018 |
| BLDG: | 1100 | | CenterPoint Owner LLC | | | Time: | | 9:59 AM |
| | | | Period: 12/18 | | | | | |

| Invoice Date | Category | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|
| 1100-000142 | **David's Bridal** <br> Sydney Wilson <br> (267) 775-3539 | | Master Occupant Id: 00000130-1 <br> 190    Current | | | Day Due:   1   Delq Day:   15 <br> Last Payment:   12/3/2018   20,474.33 | | | |
| 12/3/2018 | ELE   Electric Recoverable | CH | 1,452.75 | 1,452.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/3/2018 | WAS   Water&Sewer Recoverable | CH | 61.50 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELE   Electric Recoverable | | 1,452.75 | 1,452.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WAS   Water&Sewer Recoverable | | 61.50 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **David's Bridal Total:** | | | 1,514.25 | 1,514.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELE   Electric Recoverable | | 1,452.75 | 1,452.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WAS   Water&Sewer Recoverable | | 61.50 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BLDG 1100 Total:** | | | 1,514.25 | 1,514.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ELE   Electric Recoverable | | 1,452.75 | 1,452.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WAS   Water&Sewer Recoverable | | 61.50 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Grand Total:** | | | 1,514.25 | 1,514.25 | 0.00 | 0.00 | 0.00 | 0.00 |

Attorney Fees:  $2,500.00

TOTAL CURE:  $4,014.25

EXHIBIT 6

David's Bridal, Inc.
Federal Plaza, Rockville, MD
Landlord:  Federal Realty Investment Trust
Date:  December 12, 2018
Chapter 11 File Date:  November 19, 2018

## **Post-petition**

| | |
|---|---:|
| 11/28/2018  SEW: 7/25/2018 – 8/23/2018 in the amount of $221.62 | |
| 12/12/2018  SEW: 8/23/2018 – 9/18/2018 in the amount of $212.62 | 434.24 |
| Attorney's Fees | 2,500.00 |
| | -------------------- |
| | 2,934.24 |
| **TOTAL CURE** | ============ |

EXHIBIT 7

MANANA-DCIT - Pearl City Gateway Shopping Center

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAVIDS BRIDAL (DBA) (t30242)** | | | | | | | | | | | | | | |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-136529 | pcam | 4/1/2018 | 04/2018 | 84.06 | 0.00 | 0.00 | 0.00 | 84.06 | 0.00 | 84.06 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-145587 | ccam | 9/1/2018 | 09/2018 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| **PRE OCTOBER** | | | | | | | | | | | | | | **84.07** |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-147241 | ccam | 10/1/2018 | 10/2018 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-148738 | ccam | 11/1/2018 | 11/2018 | 0.01 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-151604 | util | 11/13/2018 | 11/2018 | 82.64 | 0.00 | 82.64 | 0.00 | 0.00 | 0.00 | 82.64 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-151605 | exci | 11/13/2018 | 11/2018 | 3.89 | 0.00 | 3.89 | 0.00 | 0.00 | 0.00 | 3.89 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-150764 | ccam | 12/1/2018 | 12/2018 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-152047 | util | 12/31/2018 | 12/2018 | 67.04 | 67.04 | 0.00 | 0.00 | 0.00 | 0.00 | 67.04 |
| rppc01 | davids | DAVIDS BRIDAL (DBA) | Current | C-152048 | exci | 12/31/2018 | 12/2018 | 3.16 | 3.16 | 0.00 | 0.00 | 0.00 | 0.00 | 3.16 |
| **POST OCTOBER** | | | | | | | | | | | | | | **156.76** |
| **GRAND TOTAL** | | **DAVIDS BRIDAL (DBA)** | | | | | | **240.83** | **70.21** | **86.54** | **0.00** | **84.08** | **0.00** | **240.83** |

Attorney's Fees: $2,500.00

TOTAL CURE: $2,740.83

EXHIBIT 8

David's Bridal Annual Reconciliation - R46 Realty Associates - 2018

**2018 Insurance Premiums Paid by Landlord:**

| | |
|---|---:|
| Insurance Payment paid on 1/30/18 | 938.40 |
| Insurance Payment paid on 2/28/18 | 217.68 |
| Insurance Payment paid on 7/16/18 | 4,552.99 |
| Insurance Payment paid on 8/10/18 | 1,484.73 |
| Insurance Payment paid on 9/11/18 | 1,479.41 |
| Insurance Payment paid on 10/11/18 | 1,479.41 |
| Insurance Payment paid on 11/11/18 | 1,479.41 |
| Insurance Payment paid on 12/11/18 | 1,479.41 |
| Flood Insurance Payment to be paid on 12/21/18 (scheduled) | 2,246.00 |
| Total Paid (or Scheduled) in 2018 | 15,357.44 |

**Insurance Reimbursement Reconciliation:**

| | | |
|---|---:|---:|
| Total Insurance Premium Paid by Landlord in 2018 | | 15,357.44 |
| Monthly Insurance reimbursement paid by David's to Landlord in 2018 | 863.50 | |
| Total Insurance Premium Reimbursed by David's in 2018 | | 10,362.00 |
| Total Due by David's to Landlord | | 4,995.44 |

Attorney's Fees: $2,500.00

TOTAL CURE: $7,495.44