# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DAVID'S BRIDAL, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline**: December 21, 2018 at 4:00 p.m. (ET)<br><br>**Hearing Date**: January 4, 2019 at 1:30 p.m. (ET) |

**JOINDER OF MADISON WALDORF LLC TO WEINGARTEN'S LIMITED OBJECTION TO (1) NOTICE OF ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF DEBTORS AND RELATED PROCEDURES, (2) JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND (3) DISCLOSURE STATEMENT FOR THE JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Madison Waldorf LLC ("MW"), by and through its undersigned counsel, hereby joins (this "Joinder") in *Weingarten's Limited Objection to (I) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (D.I. 164) (the "Limited Objection").[1]

## RELEVANT BACKGROUND

1. MW is the landlord of non-residential real property located at 2901 Festival Way, Waldorf, MD 20601 (the "Premises"). Debtor David's Bridal, Inc. leases the Premises from MW

---

[1] Undefined terms used herein shall have the meanings ascribed to them in the Objection.

pursuant to that certain unexpired lease dated May 11, 2017 (the "Lease"). The Premises are located in a shopping center as that term is used in section 365(b)(3) of the Bankruptcy Code.

2. On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (D.I. 12) (the "Plan"), and *Disclosures Statement for Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (D.I. 13) (the "Disclosure Statement").

3. On December 11, 2018, Weingarten filed the Limited Objection.

## JOINDER AND RESERVATION OF RIGHTS

4. MW is currently working with the Debtors to reach a consensual resolution regarding MW's objections and believes that a resolution will be reached. MW is filing this Joinder out of an abundance of caution in the event that a consensual resolution is not reached.

5. Accordingly, MW joins in and adopts the objections to the Plan and Disclosure Statement raised in the Limited Objection for the reasons stated therein, which are incorporated herein by reference for all purposes.

6. MW reserves the right to amend and/or supplement this Joinder, to introduce evidence in support of this Joinder, and to be heard at any hearing with respect to these matters.

## CONCLUSION

7.  For the foregoing reasons, Madison joins in the Objection and respectfully requests such relief as the Court deems just and proper.

Dated: December 21, 2018  Respectfully submitted,
       Wilmington, Delaware

    /s/ *Matthew O. Talmo*
**MORRIS, NICHOLS, ARSHT**
**& TUNNELL LLP**
Curtis S. Miller (Bar No. 4583)
Matthew O. Talmo (Bar No. 6333)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile:   (302) 658-3989
Email:  cmiller@mnat.com
        mtalmo@mnat.com

*Attorneys for Madison Waldorf LLC*