# SCHEDULE A

| Landlord | Center | City/State |
|---|---|---|
| ARC CTCHRN001 | The Centrum | Pineville, NC |
| ARC SSSDLLA001 | Stirling Slidell Center | Slidell, LA |
| Brixmor | Burning Tree Plaza | Duluth, MN |
| Brixmor | Clearwater Mall | Clearwater, FL |
| Brixmor | Florence Square | Florence, KY |
| Brixmor | High Point Center | Lombard, IL |
| Brixmor | Marketplace | Tulsa, OK |
| Brixmor | Regency Park Shopping Center | Jacksonville, FL |
| Brixmor | Springdale Mall | Mobile, AL |
| Brixmor | The Market at Wolfcreek I | Memphis, TN |
| Brixmor | The Shoppes at Southside | Jacksonville, FL |
| Brixmor | Wallkill Plaza | Middletown, NY |
| Brixmor | Westminster City Center | Westminster, CO |
| Centerpoint | Centerpointe Mall | Grand Rapids, MI |
| Federal | Federal Plaza | Rockville, MD |
| Gateway | Pinole Vista Crossing | Pinole, CA |
| MANANA-DCIT | Pearl City Gateway Shopping Center | Pearl City, HI |
| MT San Antonio I | Ingram Heights | San Antonio, TX |
| PGIM | Pembroke Crossing | Pembroke Pines, FL |
| R46 | 562 US 46 | Totowa, NJ |
| Starwood | Gateway Mall | Lincoln, NE |
| Macerich | Eastland Convenience Center | Evansville, IN |