## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |

### DECLARATION OF JUNG W. SONG ON BEHALF OF DONLIN, RECANO & COMPANY, INC. REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS ACCEPTING AND REJECTING PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Jung W. Song, declare, under penalty of perjury:

1.     I am a Senior Managing Director of Donlin, Recano & Company, Inc. ("**DRC**"),[2] located at 6201 15th Avenue Brooklyn, New York 11219.  I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.     I submit this declaration with respect to the solicitation of votes and the tabulation of ballots cast on the Debtor's *Proposed Joint Prepackaged Plan of Reorganization under Chapter 11 of the Bankruptcy Code*, dated November 18, 2018 [Docket No. 12] (as may be amended, supplemented, or modified from time to time, the "**Prepackaged Plan**"). Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of the relevant documents. I am authorized

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).  The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2]     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Disclosure Statement or Prepackaged Plan (as defined below), as applicable.

to submit this declaration on behalf of DRC. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3.  Prior to the commencement of these chapter 11 cases, the Debtors retained DRC as their solicitation and voting tabulation agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Prepackaged Plan and (b) tabulation of votes cast with respect thereto. DRC and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed prepackaged chapter 11 plans.

4.  After the Petition Date, on November 20, 2018, this Court authorized DRC's retention as the claims and noticing agent in these chapter 11 cases pursuant to the *Order Authorizing the Debtors to Retain and Appoint Donlin, Recano & Company, Inc. as Claims and Noticing Agent Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 87]. In addition, on December 18, 2018, this Court authorized DRC's retention as the Debtors' administrative advisor pursuant to the *Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 212].

**I.    Service and Transmittal of Solicitation Packages**

5.  The procedures adhered to by DRC for the solicitation and tabulation of votes are outlined in the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and its Affiliated Debtors* (the "**Disclosure Statement**"), dated November 18, 2018 [Docket No. 13], and in the ballots distributed to parties entitled to vote on the Prepackaged Plan (collectively, the "**Solicitation Procedures**"). I supervised the solicitation and tabulation performed by DRC's employees.

6.  The Debtors established November 15, 2018 as the record date (the "**Voting Record Date**") for determining which creditors were entitled to vote on the Prepackaged Plan.

Pursuant to the Prepackaged Plan and the Solicitation Procedures, only holders of claims who (i) are "accredited investors," as defined in Rule 501(a) under Regulation D of the Securities Act of 1933, and (ii) held their claims in the following classes as of the Voting Record Date, were entitled to vote to accept or reject the Plan (the "**Voting Classes**"):

| Classes | Class Description |
|---------|-------------------|
| Class 4 | Prepetition Term Loan Claims |
| Class 5 | Unsecured Notes Claims |

No other classes under the Prepackaged Plan were entitled to vote on the Prepackaged Plan.

7.    In accordance with the Solicitation Procedures, DRC worked closely with the Debtors and their advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. DRC relied on the following information to identify and solicit Holders of Claims in the Voting Classes: (a) a lender list for holders of Prepetition Term Loan Claims; and (b) a security position report from DTC listing banks and brokers holding Unsecured Notes as of the Voting Record Date. Using this information, and with guidance from the Debtors and their advisors, DRC created a voting database reflecting the name, address, voting amount, and classification of Claims in the Voting Classes

8.    In addition, DRC coordinated the distribution of solicitation materials to holders of securities in the Voting Classes in accordance with procedures commonly used to serve solicitation materials on holders of such securities. A detailed description of DRC's distribution of solicitation materials is set forth in DRC's *Affidavit of Service,* which was filed with the Court on December 11, 2018 [Docket No. 165].

9. On or around November 19, 2018, links were posted on the Debtors' restructuring website maintained by DRC at http://www.donlinrecano.com/db providing parties with access to, among other documents, copies of the Prepackaged Plan, and Disclosure Statement.

## II. General Tabulation Process

10. Further, in accordance with the Solicitation Procedures and Disclosure Statement, DRC reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Prepackaged Plan. Ballots returned by U.S. first class mail, overnight delivery, personal delivery by hand, or electronic mail were received by personnel of DRC at its office in Brooklyn, New York. Ballots received by DRC were processed in accordance with the Disclosure Statement and Solicitation Procedures. Upon receiving ballots, DRC took the following actions:

   *a.* The envelopes or emails containing the ballots were opened, and the contents were reviewed, removed or printed (as applicable), and stamped with the date and time received. Each ballot was then scanned into DRC's system and sequentially numbered (the "**Sequence Number**").

   *b.* DRC then entered into a computer database all pertinent information from each of the ballots, including among other things, the date and time the ballot was received, the Sequence Number, the voting dollar amount, whether the creditor submitting the ballot rejected the Prepackaged Plan and did not consent to the releases set forth in Section 10.6 of the Prepackaged Plan and whether the creditor submitting the ballot voted to accept or reject the Plan.

11. To be included in the tabulation results as valid, a ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Prepackaged Plan (or such holder's authorized representative), (c) returned to DRC via an approved method of delivery set forth in the Solicitation Procedures and (d) received by DRC by 5:00 p.m. (prevailing Eastern Time) on December 18, 2018 (the "**Voting Deadline**") unless extended or waived by the Debtors. All ballots were to be delivered to DRC as follows: (a) if by U.S. Postal Service mail, Donlin, Recano & Company, Inc., P.O. Box 192016, Blythebourne

4

Station, Brooklyn, NY 11219, Re: David's Bridal Inc., et al.,; (b) if by overnight delivery or

personal delivery by hand, Donlin, Recano & Company & Company, Inc., Re: David's Bridal Inc.,

et al., 6201 15th Avenue, Brooklyn, NY 11219; and (c) if by electronic mail, in PDF format, to

DBVote@donlinrecano.com.

12.    All valid ballots cast by holders entitled to vote in the Voting Classes and received

by DRC on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures.

13.    DRC is in possession of the ballots received by it, and copies of the same are

available for review during DRC's normal business hours at 6201 15th Avenue, Brooklyn, New

York 11219.

**III.    The Voting Results**

14.    The results of the aforesaid tabulation of properly executed ballots received by

DRC on or before the Voting Deadline are set forth below and in the report annexed hereto as

**Exhibit A** (the **"Final Tabulation Results"**).

| CLASS | TOTAL BALLOTS RECEIVED | | | |
|---|---|---|---|---|
| | Accept | | Reject | |
| | AMOUNT (% of Amount Voted) | NUMBER (% of Number voted) | AMOUNT (% of Amount Voted) | NUMBER (% of Number Voted) |
| Class 4 – Prepetition Term Loan Claims | $463,416,557.61 (100%) | 117 (100%) | $00.00 (00.00%) | 0 (00.00%) |
| Class 5 – Unsecured Notes Claims | $236,343,000.00 (99.16%) | 59 (96.72%) | $2,000,000.00 (0.84%) | 2 (3.28%) |

15.    A complete list of all ballots received by DRC but excluded from the final

tabulation, and the reasons for exclusion of such ballots, is attached hereto as **Exhibit B**.

Dated:  December 28, 2018        /s/ Jung W. Song
         Brooklyn, New York       Jung W. Song
                                  Senior Managing Director
                                  Donlin, Recano & Company, Inc.

**<u>Exhibit A</u>**

**David's Bridal, Inc.,** *et al.*
**Exhibt A - Final Tabulation Results**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | RELEASE CONSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 000081 | 37374 | 090094.00 | 3M EMPLOYEE RETIREMENT INCOME | 2,480,069.37 | | | ACCEPT | 1 | 0 | 2,480,069.37 | 0.00 | 12/13/18 | |
| 4 | 000005 | 37293 | 090013.00 | AGF FLOATING RATE INCOME FUND | 254,501.49 | | | ACCEPT | 1 | 0 | 254,501.49 | 0.00 | 11/27/18 | |
| 4 | 000120 | 37383 | 090103.00 | ALASKA PERMANENT FUND CORPORAT | 3,714,793.62 | | | ACCEPT | 1 | 0 | 3,714,793.62 | 0.00 | 12/13/18 | |
| 4 | 000002 | 37281 | 090001.00 | ALBACORE PARTNERS I INVESTMENT | 43,805,823.23 | | | ACCEPT | 1 | 0 | 43,805,823.23 | 0.00 | 12/14/18 | |
| 4 | 000001 | 37280 | 090000.00 | ALBACORE PARTNERS II INVESTMEN | 7,700,000.00 | | | ACCEPT | 1 | 0 | 7,700,000.00 | 0.00 | 12/14/18 | |
| 4 | 000022 | 37283 | 090003.00 | BARCLAYS BANK PLC | 439,328.05 | | | ACCEPT | 1 | 0 | 439,328.05 | 0.00 | 12/17/18 | |
| 4 | 000050 | 37301 | 090021.00 | BRIGHTHOUSE FUNDS TRUST I BRIG | 1,579,607.28 | | | ACCEPT | 1 | 0 | 1,579,607.28 | 0.00 | 11/27/18 | |
| 4 | 000021 | 37405 | 090125.00 | CATAMARAN CLO 2013 1 LTD | 1,774,463.44 | | | ACCEPT | 1 | 0 | 1,774,463.44 | 0.00 | 12/18/18 | |
| 4 | 000042 | 37406 | 090126.00 | CATAMARAN CLO 2014-1 LTD | 2,811,524.03 | | | ACCEPT | 1 | 0 | 2,811,524.03 | 0.00 | 12/18/18 | |
| 4 | 000077 | 37357 | 090077.00 | CENTRAL STATES SOUTHEAST AN 02 | 1,140,000.00 | | | ACCEPT | 1 | 0 | 1,140,000.00 | 0.00 | 12/13/18 | |
| 4 | 000023 | 37286 | 090006.00 | CITIBANK NA | 5,857,864.59 | | | ACCEPT | 1 | 0 | 5,857,864.59 | 0.00 | 12/5/18 | |
| 4 | 000068 | 37351 | 090071.00 | COLONY INSURANCE COMPANY | 390,776.56 | | | ACCEPT | 1 | 0 | 390,776.56 | 0.00 | 12/13/18 | |
| 4 | 000046 | 37289 | 090009.00 | COURAGE CREDIT OPPORTUNITIES O | 6,534,887.87 | | | ACCEPT | 1 | 0 | 6,534,887.87 | 0.00 | 11/29/18 | |
| 4 | 000004 | 37290 | 090010.00 | COURAGE CREDIT OPPORTUNITIES02 | 14,430,424.56 | | | ACCEPT | 1 | 0 | 14,430,424.56 | 0.00 | 11/29/18 | |
| 4 | 000025 | 37292 | 090012.00 | DEUTSCHE BANK AG CAYMAN ISLAND | 38,269,745.71 | | | ACCEPT | 1 | 0 | 38,269,745.71 | 0.00 | 12/18/18 | |
| 4 | 000063 | 37296 | 090016.00 | EATON VANCE CLO 2014 1R LTD | 968,615.76 | | | ACCEPT | 1 | 0 | 968,615.76 | 0.00 | 11/27/18 | |
| 4 | 000062 | 37295 | 090015.00 | EATON VANCE FLOATING RATE IN02 | 465,055.27 | | | ACCEPT | 1 | 0 | 465,055.27 | 0.00 | 11/27/18 | |
| 4 | 000052 | 37303 | 090023.00 | EATON VANCE FLOATING RATE INCO | 2,063,376.58 | | | ACCEPT | 1 | 0 | 2,063,376.58 | 0.00 | 11/27/18 | |
| 4 | 000054 | 37306 | 090026.00 | EATON VANCE FLOATING RATE PORT | 23,568,542.98 | | | ACCEPT | 1 | 0 | 23,568,542.98 | 0.00 | 11/27/18 | |
| 4 | 000065 | 37305 | 090025.00 | EATON VANCE INSTITUTIONAL SENI | 7,294,413.56 | | | ACCEPT | 1 | 0 | 7,294,413.56 | 0.00 | 11/27/18 | |
| 4 | 000064 | 37298 | 090018.00 | EATON VANCE INTERNATIONAL CAYM | 1,041,142.49 | | | ACCEPT | 1 | 0 | 1,041,142.49 | 0.00 | 11/27/18 | |
| 4 | 000053 | 37304 | 090024.00 | EATON VANCE LIMITED DURATION I | 3,581,996.86 | | | ACCEPT | 1 | 0 | 3,581,996.86 | 0.00 | 11/27/18 | |
| 4 | 000051 | 37302 | 090022.00 | EATON VANCE SENIOR FLOATING-RA | 1,970,830.60 | | | ACCEPT | 1 | 0 | 1,970,830.60 | 0.00 | 11/27/18 | |
| 4 | 000048 | 37297 | 090017.00 | EATON VANCE SENIOR INCOME TRUS | 985,415.31 | | | ACCEPT | 1 | 0 | 985,415.31 | 0.00 | 11/27/18 | |
| 4 | 000047 | 37294 | 090014.00 | EATON VANCE SHORT DURATION DIV | 360,197.07 | | | ACCEPT | 1 | 0 | 360,197.07 | 0.00 | 11/27/18 | |
| 4 | 000049 | 37300 | 090020.00 | EATON VANCE VT FLOATING-RATE I | 1,556,470.78 | | | ACCEPT | 1 | 0 | 1,556,470.78 | 0.00 | 11/27/18 | |
| 4 | 000093 | 37361 | 090081.00 | EMPLOYEES RETIREMENT FUND OF | 1,440,000.00 | | | ACCEPT | 1 | 0 | 1,440,000.00 | 0.00 | 12/13/18 | |
| 4 | 000116 | 37376 | 090096.00 | EXELON CORPORATION PENSION M02 | 2,566,699.65 | | | ACCEPT | 1 | 0 | 2,566,699.65 | 0.00 | 12/13/18 | |
| 4 | 000126 | 37389 | 090109.00 | EXELON STRATEGIC CREDIT HOLDIN | 5,028,547.60 | | | ACCEPT | 1 | 0 | 5,028,547.60 | 0.00 | 12/13/18 | |
| 4 | 000082 | 37375 | 090095.00 | FCA US LLC MASTER RETIREMENT T | 2,498,252.46 | | | ACCEPT | 1 | 0 | 2,498,252.46 | 0.00 | 12/13/18 | |
| 4 | 000058 | 37317 | 090037.00 | FIAM FLOATING RATE HIGH INCOME | 464,692.72 | | | ACCEPT | 1 | 0 | 464,692.72 | 0.00 | 12/17/18 | |
| 4 | 000060 | 37319 | 090039.00 | FIDELITY ADVISOR SERIES I FI03 | 2,912,455.89 | | | ACCEPT | 1 | 0 | 2,912,455.89 | 0.00 | 12/17/18 | |
| 4 | 000059 | 37318 | 090038.00 | FIDELITY CENTRAL INVESTMENT 03 | 940,143.93 | | | ACCEPT | 1 | 0 | 940,143.93 | 0.00 | 12/17/18 | |
| 4 | 000056 | 37313 | 090033.00 | FIDELITY FLOATING RATE HIGH 02 | 242,153.94 | | | ACCEPT | 1 | 0 | 242,153.94 | 0.00 | 12/17/18 | |
| 4 | 000008 | 37316 | 090036.00 | FIDELITY FLOATING RATE HIGH IN | 436,433.26 | | | ACCEPT | 1 | 0 | 436,433.26 | 0.00 | 12/17/18 | |
| 4 | 000057 | 37315 | 090035.00 | FIDELITY INCOME FUND FIDELITY | 361,934.85 | | | ACCEPT | 1 | 0 | 361,934.85 | 0.00 | 12/17/18 | |
| 4 | 000066 | 37312 | 090032.00 | FIDELITY SALEM STREET TRUST | 206,000.00 | | | ACCEPT | 1 | 0 | 206,000.00 | 0.00 | 12/17/18 | |
| 4 | 000055 | 37311 | 090031.00 | FIDELITY SUMMER STREET TRUST04 | 108,701.68 | | | ACCEPT | 1 | 0 | 108,701.68 | 0.00 | 12/17/18 | |
| 4 | 000016 | 37379 | 090099.00 | GENERAL ORGANIZATION FOR SOC02 | 3,193,877.51 | | | ACCEPT | 1 | 0 | 3,193,877.51 | 0.00 | 12/13/18 | |
| 4 | 000028 | 37323 | 090043.00 | HG VORA SPECIAL OPPORTUNITIES | 23,999,999.06 | | | ACCEPT | 1 | 0 | 23,999,999.06 | 0.00 | 12/18/18 | |
| 4 | 000010 | 37324 | 090044.00 | HSBC BANK PLC | 4,000,000.00 | | | ACCEPT | 1 | 0 | 4,000,000.00 | 0.00 | 12/18/18 | |
| 4 | 000076 | 37356 | 090076.00 | INDIANA PUBLIC RETIREMENT SY04 | 876,052.08 | | | ACCEPT | 1 | 0 | 876,052.08 | 0.00 | 12/13/18 | |
| 4 | 000061 | 37364 | 090084.00 | INPRS STRATEGIC CREDIT HOLDING | 1,575,561.47 | | | ACCEPT | 1 | 0 | 1,575,561.47 | 0.00 | 12/13/18 | |
| 4 | 000080 | 37369 | 090089.00 | IOWA PUBLIC EMPLOYEES RETIRE05 | 2,390,000.00 | | | ACCEPT | 1 | 0 | 2,390,000.00 | 0.00 | 12/13/18 | |
| 4 | 000074 | 37338 | 090058.00 | JERSEY CITY FUNDING LLC | 1,493,507.58 | | | ACCEPT | 1 | 0 | 1,493,507.58 | 0.00 | 12/17/18 | |
| 4 | 000011 | 37327 | 090047.00 | KKR CLO 10 LTD | 416,421.71 | | | ACCEPT | 1 | 0 | 416,421.71 | 0.00 | 12/17/18 | |
| 4 | 000099 | 37330 | 090050.00 | KKR CLO 11 LTD | 491,515.07 | | | ACCEPT | 1 | 0 | 491,515.07 | 0.00 | 12/17/18 | |
| 4 | 000105 | 37336 | 090056.00 | KKR CLO 12 LTD | 357,011.78 | | | ACCEPT | 1 | 0 | 357,011.78 | 0.00 | 12/17/18 | |
| 4 | 000013 | 37337 | 090057.00 | KKR CLO 13 LTD | 420,432.50 | | | ACCEPT | 1 | 0 | 420,432.50 | 0.00 | 12/17/18 | |
| 4 | 000103 | 37334 | 090054.00 | KKR CLO 14 LTD | 318,954.22 | | | ACCEPT | 1 | 0 | 318,954.22 | 0.00 | 12/17/18 | |

**David's Bridal, Inc., *et al.***
**Exhibt A - Final Tabulation Results**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | RELEASE CONSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 000097 | 37326 | 090046.00 | KKR CLO 15 LTD | 359,194.80 | | | ACCEPT | 1 | 0 | 359,194.80 | 0.00 | 12/17/18 | |
| 4 | 000104 | 37335 | 090055.00 | KKR CLO 16 LTD | 802,454.53 | | | ACCEPT | 1 | 0 | 802,454.53 | 0.00 | 12/17/18 | |
| 4 | 000012 | 37329 | 090049.00 | KKR CLO 9 LTD | 448,256.16 | | | ACCEPT | 1 | 0 | 448,256.16 | 0.00 | 12/17/18 | |
| 4 | 000100 | 37331 | 090051.00 | KKR FINANCIAL CLO 2013 1 LTD | 521,090.90 | | | ACCEPT | 1 | 0 | 521,090.90 | 0.00 | 12/17/18 | |
| 4 | 000101 | 37332 | 090052.00 | KKR GLOBAL CREDIT OPPORTUNITIE | 535,639.37 | | | ACCEPT | 1 | 0 | 535,639.37 | 0.00 | 12/17/18 | |
| 4 | 000102 | 37333 | 090053.00 | KKR INCOME OPPORTUNITIES FUND | 886,639.90 | | | ACCEPT | 1 | 0 | 886,639.90 | 0.00 | 12/17/18 | |
| 4 | 000030 | 37340 | 090060.00 | MARBLE RIDGE MASTER FUND LP | 3,439,223.43 | | | ACCEPT | 1 | 0 | 3,439,223.43 | 0.00 | 12/17/18 | |
| 4 | 000015 | 37354 | 090074.00 | MERCER QIF FUND PLC MERCER I | 674,608.33 | | | ACCEPT | 1 | 0 | 674,608.33 | 0.00 | 12/13/18 | |
| 4 | 000078 | 37358 | 090078.00 | MISSOURI EDUCATION PENSION TRU | 1,322,702.97 | | | ACCEPT | 1 | 0 | 1,322,702.97 | 0.00 | 12/13/18 | |
| 4 | 000109 | 37355 | 090075.00 | MONSANTO COMPANY MASTER PENSIO | 682,755.85 | | | ACCEPT | 1 | 0 | 682,755.85 | 0.00 | 12/13/18 | |
| 4 | 000107 | 37350 | 090070.00 | MONTANA BOARD OF INVESTMENTS03 | 320,000.00 | | | ACCEPT | 1 | 0 | 320,000.00 | 0.00 | 12/13/18 | |
| 4 | 000032 | 37343 | 090063.00 | NCRAM LOAN TRUST | 69,409.50 | | | ACCEPT | 1 | 0 | 69,409.50 | 0.00 | 12/18/18 | |
| 4 | 000039 | 37401 | 090121.00 | NEUBERGER BERMAN ALTERNATIVE F | 349,000.00 | | | ACCEPT | 1 | 0 | 349,000.00 | 0.00 | 12/17/18 | |
| 4 | 000035 | 37371 | 090091.00 | NEW YORK CITY EMPLOYEES RETI04 | 2,433,273.00 | | | ACCEPT | 1 | 0 | 2,433,273.00 | 0.00 | 12/17/18 | |
| 4 | 000033 | 37360 | 090080.00 | NEW YORK CITY POLICE PENSION04 | 1,355,000.00 | | | ACCEPT | 1 | 0 | 1,355,000.00 | 0.00 | 12/17/18 | |
| 4 | 000071 | 37342 | 090062.00 | NHB BANK OF AMERICA DISTRE | 5,530,624.26 | | | ACCEPT | 1 | 0 | 5,530,624.26 | 0.00 | 12/18/18 | |
| 4 | 000084 | 37408 | 090128.00 | NINETEEN77 GLOBAL MULTI STRATE | 10,000,000.00 | | | ACCEPT | 1 | 0 | 10,000,000.00 | 0.00 | 12/17/18 | |
| 4 | 000014 | 37344 | 090064.00 | NOMURA BOND AND LOAN FUND THE MA | 115,682.52 | | | ACCEPT | 1 | 0 | 115,682.52 | 0.00 | 12/18/18 | |
| 4 | 000037 | 37381 | 090101.00 | OAKTREE CLO 2014 1 LTD CITIBAN | 3,390,155.15 | | | ACCEPT | 1 | 0 | 3,390,155.15 | 0.00 | 12/13/18 | |
| 4 | 000117 | 37377 | 090097.00 | OAKTREE CLO 2014 2 LTD | 2,663,693.33 | | | ACCEPT | 1 | 0 | 2,663,693.33 | 0.00 | 12/13/18 | |
| 4 | 000110 | 37362 | 090082.00 | OAKTREE CLO 2015 1 LTD | 1,452,923.64 | | | ACCEPT | 1 | 0 | 1,452,923.64 | 0.00 | 12/13/18 | |
| 4 | 000129 | 37393 | 090113.00 | OAKTREE EIF II SERIES A1 LTD O | 9,802,193.24 | | | ACCEPT | 1 | 0 | 9,802,193.24 | 0.00 | 12/13/18 | |
| 4 | 000119 | 37382 | 090102.00 | OAKTREE EIF II SERIES B2 LTD O | 3,679,189.42 | | | ACCEPT | 1 | 0 | 3,679,189.42 | 0.00 | 12/13/18 | |
| 4 | 000130 | 37395 | 090115.00 | OAKTREE ENHANCED INCOME FUNDIN | 12,467,752.25 | | | ACCEPT | 1 | 0 | 12,467,752.25 | 0.00 | 12/13/18 | |
| 4 | 000123 | 37386 | 090106.00 | OAKTREE FORREST MULTI STRATEGY | 4,274,969.92 | | | ACCEPT | 1 | 0 | 4,274,969.92 | 0.00 | 12/13/18 | |
| 4 | 000017 | 37392 | 090112.00 | OAKTREE GLOBAL HIGH YIELD BOND | 7,581,216.29 | | | ACCEPT | 1 | 0 | 7,581,216.29 | 0.00 | 12/13/18 | |
| 4 | 000106 | 37347 | 090067.00 | OAKTREE HIGH YIELD BOND FUND | 189,841.64 | | | ACCEPT | 1 | 0 | 189,841.64 | 0.00 | 12/13/18 | |
| 4 | 000118 | 37380 | 090100.00 | OAKTREE HIGH YIELD FUND II LP | 3,367,533.49 | | | ACCEPT | 1 | 0 | 3,367,533.49 | 0.00 | 12/13/18 | |
| 4 | 000113 | 37370 | 090090.00 | OAKTREE HIGH YIELD FUND LP | 2,402,781.95 | | | ACCEPT | 1 | 0 | 2,402,781.95 | 0.00 | 12/13/18 | |
| 4 | 000125 | 37388 | 090108.00 | OAKTREE NGP STRATEGIC CREDIT L | 4,970,995.88 | | | ACCEPT | 1 | 0 | 4,970,995.88 | 0.00 | 12/13/18 | |
| 4 | 000124 | 37387 | 090107.00 | OAKTREE SENIOR LOAN FUND LP | 4,946,315.33 | | | ACCEPT | 1 | 0 | 4,946,315.33 | 0.00 | 12/13/18 | |
| 4 | 000112 | 37368 | 090088.00 | OAKTREE STRATEGIC CREDIT FUND | 2,227,068.47 | | | ACCEPT | 1 | 0 | 2,227,068.47 | 0.00 | 12/13/18 | |
| 4 | 000128 | 37391 | 090111.00 | OAKTREE TBMR STRATEGIC CREDI02 | 6,220,314.39 | | | ACCEPT | 1 | 0 | 6,220,314.39 | 0.00 | 12/13/18 | |
| 4 | 000115 | 37373 | 090093.00 | OAKTREE TBMR STRATEGIC CREDI03 | 2,477,951.26 | | | ACCEPT | 1 | 0 | 2,477,951.26 | 0.00 | 12/13/18 | |
| 4 | 000121 | 37384 | 090104.00 | OAKTREE TBMR STRATEGIC CREDI04 | 3,733,567.58 | | | ACCEPT | 1 | 0 | 3,733,567.58 | 0.00 | 12/13/18 | |
| 4 | 000127 | 37390 | 090110.00 | OAKTREE TCDRS STRATEGIC CREDIT | 5,102,383.32 | | | ACCEPT | 1 | 0 | 5,102,383.32 | 0.00 | 12/13/18 | |
| 4 | 000122 | 37385 | 090105.00 | OAKTREE TSE 16 STRATEGIC CREDI | 3,751,592.92 | | | ACCEPT | 1 | 0 | 3,751,592.92 | 0.00 | 12/13/18 | |
| 4 | 000019 | 37396 | 090116.00 | OCM DB HOLDINGS 1 LTD | 15,464,456.35 | | | ACCEPT | 1 | 0 | 15,464,456.35 | 0.00 | 12/13/18 | |
| 4 | 000018 | 37394 | 090114.00 | OCM DB HOLDINGS 2 LTD | 10,018,003.55 | | | ACCEPT | 1 | 0 | 10,018,003.55 | 0.00 | 12/13/18 | |
| 4 | 000111 | 37365 | 090085.00 | OCM HIGH YIELD TRUST OCM GROUP | 2,167,795.21 | | | ACCEPT | 1 | 0 | 2,167,795.21 | 0.00 | 12/13/18 | |
| 4 | 000087 | 37299 | 090019.00 | PACIFIC SELECT FUND FLOATING R | 1,183,124.13 | | | ACCEPT | 1 | 0 | 1,183,124.13 | 0.00 | 11/27/18 | |
| 4 | 000094 | 37397 | 090117.00 | PETRUS YIELD OPPORTUNITY FUND | 4,978,058.29 | | | ACCEPT | 1 | 0 | 4,978,058.29 | 0.00 | 12/13/18 | |
| 4 | 000083 | 37402 | 090122.00 | PRINCIPAL FUNDS INC GLOBAL M02 | 2,172,000.00 | | | ACCEPT | 1 | 0 | 2,172,000.00 | 0.00 | 12/17/18 | |
| 4 | 000090 | 37348 | 090068.00 | RETIREMENT ANNUITY PLAN FOR E | 275,000.00 | | | ACCEPT | 1 | 0 | 275,000.00 | 0.00 | 12/13/18 | |
| 4 | 000020 | 37399 | 090119.00 | RIMROCK HIGH INCOME PLUS MASTE | 15,163,738.71 | | | ACCEPT | 1 | 0 | 15,163,738.71 | 0.00 | 11/28/18 | |
| 4 | 000131 | 37398 | 090118.00 | RIMROCK LOW VOLATILITY MASTER | 2,878,201.53 | | | ACCEPT | 1 | 0 | 2,878,201.53 | 0.00 | 11/28/18 | |
| 4 | 000075 | 37345 | 090065.00 | RIVERNORTH OAKTREE HIGH INCOME | 90,000.00 | | | ACCEPT | 1 | 0 | 90,000.00 | 0.00 | 12/13/18 | |
| 4 | 000092 | 37352 | 090072.00 | SALVATION ARMY AN ILLINOIS CO | 423,645.45 | | | ACCEPT | 1 | 0 | 423,645.45 | 0.00 | 12/13/18 | |
| 4 | 000114 | 37372 | 090092.00 | SAN DIEGO COUNTY EMPLOYEES RE | 2,471,543.72 | | | ACCEPT | 1 | 0 | 2,471,543.72 | 0.00 | 12/13/18 | |
| 4 | 000108 | 37353 | 090073.00 | SAN FRANCISCO CITY AND COUN02 | 661,506.94 | | | ACCEPT | 1 | 0 | 661,506.94 | 0.00 | 12/13/18 | |

**David's Bridal, Inc., *et al.***
**Exhibt A - Final Tabulation Results**

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | RELEASE CONSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 000079 | 37363 | 090083.00 | SEARS HOLDINGS PENSION TRUST | 1,549,012.47 | | | ACCEPT | 1 | 0 | 1,549,012.47 | 0.00 | 12/13/18 | |
| 4 | 000044 | 37284 | 090004.00 | SENIOR DEBT PORTFOLIO BY BOSTO | 17,143,184.66 | | | ACCEPT | 1 | 0 | 17,143,184.66 | 0.00 | 11/27/18 | |
| 4 | 000040 | 37403 | 090123.00 | SOUND POINT BEACON MASTER FUND | 4,408,000.00 | | | ACCEPT | 1 | 0 | 4,408,000.00 | 0.00 | 12/17/18 | |
| 4 | 000041 | 37404 | 090124.00 | SOUND POINT CREDIT OPPORTUNITI | 7,864,000.00 | | | ACCEPT | 1 | 0 | 7,864,000.00 | 0.00 | 12/17/18 | |
| 4 | 000038 | 37400 | 090120.00 | SOUND POINT MONTAUK FUND LP | 207,000.00 | | | ACCEPT | 1 | 0 | 207,000.00 | 0.00 | 12/17/18 | |
| 4 | 000072 | 37367 | 090087.00 | STATE TEACHERS RETIREMENT SY02 | 2,218,040.95 | | | ACCEPT | 1 | 0 | 2,218,040.95 | 0.00 | 12/13/18 | |
| 4 | 000098 | 37328 | 090048.00 | TACTICAL VALUE SPN GLOBAL CRED | 447,333.91 | | | ACCEPT | 1 | 0 | 447,333.91 | 0.00 | 12/17/18 | |
| 4 | 000034 | 37366 | 090086.00 | TEACHERS RETIREMENT SYSTEM 10 | 2,190,000.00 | | | ACCEPT | 1 | 0 | 2,190,000.00 | 0.00 | 12/13/18 | |
| 4 | 000095 | 37346 | 090066.00 | TEXAS COUNTY AND DISTRICT RETIRE | 160,000.00 | | | ACCEPT | 1 | 0 | 160,000.00 | 0.00 | 12/13/18 | |
| 4 | 000091 | 37349 | 090069.00 | TRUST FOR RETIREE MEDICAL DEN | 280,000.00 | | | ACCEPT | 1 | 0 | 280,000.00 | 0.00 | 12/13/18 | |
| 4 | 000043 | 37407 | 090127.00 | UBS AG STAMFORD BRANCH | 2,000,000.00 | | | ACCEPT | 1 | 0 | 2,000,000.00 | 0.00 | 12/12/18 | |
| 4 | 000069 | 37359 | 090079.00 | VANTAGETRUST III MASTER COLLEC | 1,350,744.64 | | | ACCEPT | 1 | 0 | 1,350,744.64 | 0.00 | 12/13/18 | |
| 4 | 000067 | 37314 | 090034.00 | VARIABLE INSURANCE PRODUCTS 02 | 242,153.94 | | | ACCEPT | 1 | 0 | 242,153.94 | 0.00 | 12/17/18 | |
| 4 | 000031 | 37341 | 090061.00 | VENTURE XX CLO LIMITED | 1,210,769.70 | | | ACCEPT | 1 | 0 | 1,210,769.70 | 0.00 | 12/18/18 | |
| 4 | 000036 | 37378 | 090098.00 | WESPATH FUNDS TRUST        02 | 2,872,032.45 | | | ACCEPT | 1 | 0 | 2,872,032.45 | 0.00 | 12/13/18 | |
| 4 | 000085 | 37409 | 090129.00 | WHITEBOX ASYMMETRIC PARTNERS L | 5,400,000.00 | | | ACCEPT | 1 | 0 | 5,400,000.00 | 0.00 | 12/18/18 | |
| 4 | 000086 | 37410 | 090130.00 | WHITEBOX MULTI STRATEGY PARTNE | 9,600,000.00 | | | ACCEPT | 1 | 0 | 9,600,000.00 | 0.00 | 12/18/18 | |
| 4 | | **Totals for Class 4** | | | | | | | | | | | | |
| | | | | Aggregate Class 4 Claim Amount Voted to Accept: | 463,416,557.61 | 100.00% | | | | | | | | |
| | | | | Aggregate Class 4 Claim Amount Voted to Reject: | 0.00 | 0.00% | | | | | | | | |
| | | | | Aggregate Class 4 Claim Amount Voted: | 463,416,557.61 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | Aggregate Class 4 Claim Quantity Voted to Accept: | 117 | 100.00% | | | | | | | | |
| | | | | Aggregate Class 4 Claim Quantity Voted to Reject: | 0 | 0.00% | | | | | | | | |
| | | | | Aggregate Class 4 Claim Quantity Voted: | 117 | | | | | | | | | |

| | | | | | David's Bridal, Inc., *et al.* | | | | | | | | |
| | | | | | Exhibt A - Final Tabulation Results | | | | | | | | |
| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | RELEASE CONSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 000146 | 4537 | 095007.00 | (23306BAA6) BROWN BROTHERS HARRIMAN & | 180,000.00 | 180,000.00 | 0.00 | ACCEPT | 1 | 0 | 180,000.00 | 0.00 | 12/18/18 | |
| 5 | 000133 | 3059 | 095011.00 | (23306BAA6) CITIBANK, N.A. | 1,605,000.00 | 1,605,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,605,000.00 | 0.00 | 12/18/18 | |
| 5 | 000137 | 3005 | 095008.00 | (23306BAA6) JPMORGAN CHASE BANK, | 30,911,000.00 | 1,025,000.00 | -29,886,000.00 | ACCEPT | 1 | 0 | 1,025,000.00 | 0.00 | 12/18/18 | |
| 5 | 000138 | 2XDN | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,880,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,880,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | 4BIJ | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 660,000.00 | 0.00 | ACCEPT | 1 | 0 | 660,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | MJEV | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 670,000.00 | 0.00 | ACCEPT | 1 | 0 | 670,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | MU8P | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 320,000.00 | 0.00 | ACCEPT | 1 | 0 | 320,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | N0FM | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,310,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,310,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | N1H9 | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,525,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,525,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | N2GN | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 1,400,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,400,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | OA0K | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 245,000.00 | 0.00 | ACCEPT | 1 | 0 | 245,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | OA8K | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,655,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,655,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | OOJM | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 330,000.00 | 0.00 | ACCEPT | 1 | 0 | 330,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | OOKL | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 580,000.00 | 0.00 | ACCEPT | 1 | 0 | 580,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | PNAI | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,250,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,250,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | PPIP | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 1,000,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,000,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | RV2E | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 85,000.00 | 0.00 | ACCEPT | 1 | 0 | 85,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | SDBO | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 2,605,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,605,000.00 | 0.00 | 12/17/18 | |
| 5 | 000138 | SPUH | 095009.00 | (23306BAA6) STATE STREET BANK AND TRUST | 21,205,000.00 | 690,000.00 | 0.00 | ACCEPT | 1 | 0 | 690,000.00 | 0.00 | 12/17/18 | |
| 5 | 000136 | 161735 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 6,432,000.00 | 0.00 | ACCEPT | 1 | 0 | 6,432,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 236470 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 250,000.00 | 0.00 | ACCEPT | 1 | 0 | 250,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 483526 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 605,000.00 | 0.00 | ACCEPT | 1 | 0 | 605,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507254 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,794,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,794,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507258 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 3,455,000.00 | 0.00 | ACCEPT | 1 | 0 | 3,455,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507274 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,051,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,051,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507283 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,185,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,185,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507284 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 4,661,000.00 | 0.00 | ACCEPT | 1 | 0 | 4,661,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 507285 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,662,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,662,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 521918 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 4,699,000.00 | 0.00 | ACCEPT | 1 | 0 | 4,699,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 521931 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 4,631,000.00 | 0.00 | ACCEPT | 1 | 0 | 4,631,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 674367 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 1,451,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,451,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 674379 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 19,778,000.00 | 0.00 | ACCEPT | 1 | 0 | 19,778,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 689632 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 4,578,000.00 | 0.00 | ACCEPT | 1 | 0 | 4,578,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 689634 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 1,941,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,941,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 689657 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 1,937,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,937,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 695633 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 380,000.00 | 0.00 | ACCEPT | 1 | 0 | 380,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 696054 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,115,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,115,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 731015 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,360,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,360,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 735749 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,000,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,000,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 793559 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,495,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,495,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 833189 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,284,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,284,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 833349 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,485,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,485,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 847909 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 1,424,000.00 | 0.00 | ACCEPT | 1 | 0 | 1,424,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 847912 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 7,400,000.00 | 0.00 | ACCEPT | 1 | 0 | 7,400,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 847978 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 2,610,000.00 | 0.00 | ACCEPT | 1 | 0 | 2,610,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 847979 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 3,035,000.00 | 0.00 | ACCEPT | 1 | 0 | 3,035,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 943941 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 865,000.00 | 0.00 | ACCEPT | 1 | 0 | 865,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 955640 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 390,000.00 | 0.00 | ACCEPT | 1 | 0 | 390,000.00 | 0.00 | 12/18/18 | |
| 5 | 000136 | 969453 | 095003.00 | (23306BAA6) THE BANK OF NEW YORK MELLON | 97,318,000.00 | 3,365,000.00 | 0.00 | ACCEPT | 1 | 0 | 3,365,000.00 | 0.00 | 12/18/18 | |
| 5 | 000142 | 1743503 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 2,025,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 2,025,000.00 | 0.00 | 12/17/18 | |

| Class | Ballot ID | Acct No. | Claim No. | Creditor Name | Authorized Vote Amt | Indicated Amt | Variance | Vote | ACC | RJC | Tabulated Accept Amt | Tabulated Reject Amt | Vote Date | RELEASE CONSENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **David's Bridal, Inc.,** *et al.* | | | | | | | | | | |
| | | | | **Exhibt A - Final Tabulation Results** | | | | | | | | | | |
| 5 | 000142 | 1743504 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 500,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 500,000.00 | 0.00 | 12/17/18 | |
| 5 | 000142 | 1746267 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 2,070,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 2,070,000.00 | 0.00 | 12/17/18 | |
| 5 | 000142 | 1747186 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 3,575,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 3,575,000.00 | 0.00 | 12/17/18 | |
| 5 | 000142 | 1769414 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 2,710,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 2,710,000.00 | 0.00 | 12/17/18 | |
| 5 | 000142 | 2262702 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 620,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 620,000.00 | 0.00 | 12/17/18 | |
| 5 | 000142 | 2655880 | 095005.00 | (23306BAA6) THE NORTHERN TRUST COMPANY | 14,186,000.00 | 1,420,000.00 | -1,266,000.00 | ACCEPT | 1 | 0 | 1,420,000.00 | 0.00 | 12/17/18 | |
| 5 | 000143 | 1050951 | 095006.00 | (23306BAA6) U.S. BANK N.A. | 505,000.00 | 505,000.00 | 0.00 | ACCEPT | 1 | 0 | 505,000.00 | 0.00 | 12/18/18 | |
| 5 | 000140 | OAKTRE | 095014.00 | (23306BAA6) WELLS FARGO BANK, N.A./SIG | 160,000.00 | 160,000.00 | 0.00 | ACCEPT | 1 | 0 | 160,000.00 | 0.00 | 12/18/18 | |
| 5 | 000139 | 202701 | 095010.00 | (23306BAA6) WELLS FARGO BANK, NATIONAL | 101,425,000.00 | 101,425,000.00 | 0.00 | ACCEPT | 1 | 0 | 101,425,000.00 | 0.00 | 12/17/18 | |
| 5 | 000132 | 8825 | 095001.00 | (U24000AA6) CITIBANK, N.A. | 2,000,000.00 | 1,000,000.00 | 0.00 | REJECT | 0 | 1 | 0.00 | 1,000,000.00 | 12/18/18 | |
| 5 | 000132 | 9348 | 095001.00 | (U24000AA6) CITIBANK, N.A. | 2,000,000.00 | 1,000,000.00 | 0.00 | REJECT | 0 | 1 | 0.00 | 1,000,000.00 | 12/18/18 | Opt-Out |
| | | **Totals for Class 5** | | | | | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted to Accept: | 236,343,000.00 | 99.16% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted to Reject: | 2,000,000.00 | 0.84% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Amount Voted: | 238,343,000.00 | | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Accept: | 59 | 96.72% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted to Reject: | 2 | 3.28% | | | | | | | | |
| | | | | Aggregate Class 5 Claim Quantity Voted: | 61 | | | | | | | | | |

**<u>Exhibit B</u>**

**David's Bridal, Inc.,** *et al.*
**Exhibit B – Report of Ballots Excluded from Tabulation**

| Class | Class Description | Entity Name | Indicated Voting Amount | Accept/ Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | Prepetition Term Loan Claims | Edgepoint Investment Group | $12,407,546.32 | ACCEPT | Voting Entity does not hold a claim in Voting Class as of the Voting Record Date |