# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18- 12635 (LSS) |
| Debtors. | Jointly Administered |
| | RE: Docket Nos. 12 and 248 |

## NOTICE OF FILING OF BLACKLINE FOR REVISED PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on November 19, 2018, the above-captioned debtors (collectively, the "**Debtors**") filed the *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 12] (the "**Initial Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on December 28, 2018, the Debtors filed a revised version of the Initial Plan containing technical modifications [D.I. 248] (the "**Revised Plan**"). Attached hereto as **Exhibit 1** are the changed pages from a blackline comparison of the Revised Plan against the Initial Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further amend, modify, or supplement the Revised Plan.

Dated: December 28, 2018  
       Wilmington, Delaware

*/s/ Jaime Luton Chapman*  
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Jaime Luton Chapman (No. 4936)  
Tara Pakrouh (No. 6192)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Tel:   (302) 571-6600  
Fax:  (302) 571-1253  
Email: rbrady@ycst.com  
         emorton@ycst.com  
         jchapman@ycst.com  
         tpakrouh@ycst.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

01:24003696.1

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk, III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
nskaluk@debevoise.com
destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
Email: cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*