# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |
| | RE: Docket Nos. 12, 13 & 248 |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on November 19, 2018, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 12] (the "**Plan**") and the *Disclosure Statement for Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 13] (the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of order (the "**Proposed Confirmation Order**") approving the Disclosure Statement and confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the adequacy and approval of the Disclosure Statement and confirmation of the Plan (the "**Combined Hearing**") is scheduled to be held on **January 4, 2019 at 1:30 p.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, 6th floor, in Courtroom No. 2 of the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware, 19801. The Debtors intend to present a form of order substantially similar to the Proposed Confirmation Order at the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend, revise, modify or supplement the Proposed Confirmation Order prior to, at, or as a result of the Combined Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

01:24003250.1

| | | |
|---|---|---|
| Dated: | December 28, 2018<br>Wilmington, Delaware | */s/ Tara C. Pakrouh*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP** |

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: rbrady@ycst.com
          emorton@ycst.com
          jchapman@ycst.com
          tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
          nskaluk@debevoise.com
          destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118
Email: cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*