# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |
| | RE: Docket No. 251 |

**DEBTORS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO DEBTORS' (1) MEMORANDUM OF LAW IN SUPPORT OF (I) APPROVAL OF (A) DISCLOSURE STATEMENT, (B) SOLICITATION OF VOTES AND VOTING PROCEDURES, AND (C) FORM OF BALLOTS, AND (II) CONFIRMATION OF JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF DAVID'S BRIDAL, INC. AND ITS AFFILIATED DEBTORS AND (2) OMNIBUS REPLY TO OBJECTIONS THERETO**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this motion (this "**Motion**") seeking entry of an order, pursuant to Rule 3017-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the Debtors to exceed the page limit requirement for the *Debtors' (1) Memorandum of Law in Support of (I) Approval of (A) Disclosure Statement, (B) Solicitation of Votes and Voting Procedures, and (C) Form of Ballots, and (II) Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and Its Affiliated Debtors and (2) Omnibus Reply to Objections Thereto* [D.I. 251] (the "**Confirmation Memorandum**").[2] In support of this Motion, the Debtors respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Memorandum.

1. On November 19, 2018, the Debtors filed their proposed chapter 11 plan [D.I. 12] (as may be amended, the "**Plan**"), and accompanying disclosure statement [D.I. 13] (the "**Disclosure Statement**").

2. On November 20, 2018, the Court entered an order [D.I. 95] that, among other things, scheduled a hearing (the "**Combined Hearing**") to consider approval of the Disclosure Statement and confirmation of the Plan for January 4, 2018 at 1:30 p.m. (ET). Objections to the adequacy of the Disclosure Statement or confirmation of the Plan were due by December 21, 2018, at 5:00 p.m. (ET). *Id.* The Debtors received formal objections to confirmation of the Plan,[3] as well as informal comments from various parties in interest, including the Office of the United States Trustee for the District of Delaware.

3. Local Rule 3017-3 provides that "without leave of the Court . . . no brief in support of approval of a disclosure statement or confirmation of a plan (which brief shall include any written replies to any objections) shall exceed sixty (60) pages[.]" Del. Bankr. L.R. 3017-3.

4. The Debtors respectfully submit that allowing the Confirmation Memorandum to exceed the page limitations prescribed by Local Rule 3017-3 is appropriate and justified. The Confirmation Memorandum is approximately 68 pages of text. Because the

---

[3] The Debtors received confirmation and cure objections from Weingarten Nostat, Inc., Weingarten/Miller/Aurora II LLC, and GDC Aurora, LLC, [D.I. 164]; Maricopa County Treasurer D.I. 183]; salesforce.com, Inc. [D.I. 184]; Cumberland Avenue Plaza, L.L.C. [D.I. 186 & 233]; Landlord, 4545 Kennedy, LLC [D.I. 190]; Spring Creek Improvements, LLC, Fair View Heights Improvements, LLC, Agree Limited Partnership, Ramco West Oaks II, LLC, and Villa View, LLC [D.I. 191]; CBL & Associates Management, Inc. [D.I. 192]; Washington Prime Group Inc. [D.I. 193 & 231]; Brookfield Properties Retail Group, Hines Real Estate Investment Trust, Inc., Philips International Holding Corp., and SITE Centers Corp. [D.I. 197 & 232]; Levin Management Corporation [D.I. 204]; KIR Maple Grove L.P., KIR Tukwila L.P., 280 Metro Partnership and Amerishop Suburban, L.P. [D.I. 225]; ARC CTCHRNC001, LLC, ARC SSSDLLA001, LLC, Brixmor Operating Partnership LP, Centerpoint Development Company, L.L.C., Federal Realty Investment Trust, Gateway Pinole Vista, LLC, MANANA-DCIT, LLC, PGIM Real Estate, R46 Realty Associates, L.P., Starwood Retail Partners, LLC, The Macerich Company, and Weitzman [D.I. 229 & 235]; Jenny Yoo Collection, Inc. [D.I. 238]; Madison Waldorf LLC [D.I. 234]; and Comenity Capital Bank [D.I. 246].

chapter 11 cases are pre-packaged, and because of the timeline requested by the Debtors and ultimately approved by the Court, the Combined Hearing is serving not only as a hearing to consider confirmation of the Plan, but also as a hearing on the adequacy of the Disclosure Statement and approval of the Solicitation and the Solicitation Procedures. Accordingly, the Confirmation Memorandum presents the relevant factual background and legal arguments needed to obtain Court approval on each of these hallmark milestones in the chapter 11 cases. In addition to supporting these items, the Confirmation Memorandum functions as a reply to the various objections received.

5. In light of the foregoing as well as the complexity of the matters pertinent to the Debtors' restructuring and the nature of the Combined Hearing, the Debtors simply are unable to provide the Court with the information necessary for the full and fair adjudication of the matters to be considered at the Combined Hearing if the Debtors remain subject to the sixty (60)-page limitation.

*[remainder of page intentionally left blank]*

WHEREFORE, for the foregoing reasons, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein.

Dated: December 28, 2018
Wilmington, Delaware

*/s/ Tara C. Pakrouh*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: rbrady@ycst
emorton@ycst.com
jchapman@ycst.com
tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk, III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
nskaluk@debevoise.com
destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
Email: cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*