# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18- 12635 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 12 and 167** |

## NOTICE OF FILING OF SUPPLEMENTS TO PLAN SUPPLEMENT TO PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On November 19, 2018, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 12] (as may be amended, modified, or supplemented from time to time, the "**Plan**") and the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and its Affiliated Debtors* [Docket No. 13] (as may be amended, modified, or supplemented from time to time, the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").[2]

2. On December 11, 2018, the Debtors filed the *Notice of Filing of Plan Supplement to Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] Unless otherwise defined, capitalized terms used herein have the meaning ascribed thereto in the Plan and the Disclosure Statement.

01:24005643.1

*Code* [Docket No. 167] (as may be amended, modified or supplemented from time to time, the "**Plan Supplement**") containing, among other things, forms of certain documents and schedules, each of which is integral to and part of the Plan.

3. The Debtors hereby file supplements to the following exhibits to the Plan Supplement, as each may be amended, modified or supplemented from time to time:

**Exhibit 1** – Form of Exit ABL Facility Credit Agreement

**Exhibit 4** – Form of Amended Organizational Documents

**Exhibit 5** – Form of New Stockholders' Agreement

**Exhibit 6** – Form of Warrant Agreement

4. The forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan, and all exhibits annexed to the Plan Supplement that have previously been filed and are not listed above are hereby incorporated by reference into the Plan Supplement. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

5. Certain documents and designations, or portions thereof, contained in the Plan Supplement may remain subject to continuing negotiations among the Debtors and interested parties with respect thereto and modification as a result of such negotiations. The Debtors, subject to the terms and conditions of the Restructuring Support Agreement, reserve all rights to alter, amend, update, modify, or supplement any document in the Plan Supplement, or add additional documents to the Plan Supplement, at any time before the Effective Date of the Plan, or any such other date as may be permitted by the Plan or by order of the Court; provided, that if

any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect prior to the hearing to consider confirmation of the Plan, the Debtors will file a blackline of such document with the Court.  The Debtors may file a further supplement or amendment to the Plan Supplement containing updated versions of the documents filed as exhibits hereto to the extent any such exhibits are modified, and any additional documents referenced in or contemplated by the Plan, on or before the Confirmation Hearing.

6. The Confirmation Hearing is scheduled for **January 4, 2019, at 1:30 p.m. (ET)** or as soon thereafter as counsel may be heard**.**  Please be advised that the Confirmation Hearing may be continued from time to time by the Court **without further notice**.

7. The exhibits contained in the Plan Supplement may be viewed and obtained (a) free of charge, by (i) accessing such documents and information online at the website maintained by the Debtors' voting agent, Donlin, Recano & Company, Inc. (the "**Voting Agent**"), at www.donlinrecano.com/davidsbridal, or (ii) contacting the Voting Agent by telephone at (877) 842-1616 or by email at dbinfo@donlinrecano.com, or (b) for a fee by accessing the Court's website at www.deb.uscourts.gov.  Please note that a PACER password and login are needed to access documents on the Court's website.

[*Remainder of page intentionally left blank.*]

| | | |
|---|---|---|
| Dated: | December 28, 2018<br>Wilmington, Delaware | */s/ Tara C. Pakrouh* |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: rbrady@ycst.com
　　　emorton@ycst.com
　　　jchapman@ycst.com
　　　tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk, III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
　　　nskaluk@debevoise.com
　　　destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel: (202) 383-8000
Fax: (202) 383-8118
Email: cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*

01:24005643.1

4