# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID'S BRIDAL INC. *et al.,* | ) | Case No. 18-12635 (LSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: D.I. 198** |

## NOTICE OF FILING AMENDED SCHEDULE TO LEWIS DECLARATION

PLEASE TAKE NOTICE that, on December 15, 2018, the Objecting Parties[1] filed the Declaration of Martin Lewis in Support of Limited Objection by Various Creditors to Debtors' Application To Retain Evercore Group L.L.C. As Investment Banker (the "Lewis Declaration").

PLEASE TAKE FURTHER NOTICE that an amended Schedule 1 to the Lewis Declaration is annexed hereto. Amendments to the original schedule are in red, and additional clarifying commentary is in blue.

Dated: December 30, 2018

                                            MACAULEY LLC

                                            /s/ Thomas G. Macauley
                                            Thomas G. Macauley (No. 3411)
                                            300 Delaware Avenue, Suite 1018
                                            Wilmington, DE 19801
                                            Telephone: (302) 656-0100
                                            Facsimile: (302) 654-4362

                                            Attorneys for the Objecting Parties

---

[1] The Objecting Parties, which hold over 50% of the aggregate amount of the Debtors' $481.2 million in Term Loans, are Oaktree Capital Management, L.P., acting solely in its capacity as investment advisor on behalf of certain funds and accounts in its Strategic Credit, High Yield and U.S. Senior Loans strategies; Courage Capital Management, LLC, acting solely in its capacity as investment manager to certain investment funds; AlbaCore Capital LLP, acting in its capacity as delegated investment manager to AlbaCore Capital Limited as AIFM to certain funds and investment entities; and Deutsche Bank AG Cayman Islands Branch (solely with respect to the Distressed Products Group).

## David's Bridal
## Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| | Case | Court | Date Filed | Investment Banker | | Funded Debt ($MM) | Monthly Fee ($/000) Initial | Monthly Fee ($/000) Monthly | Credit for Monthlies % Credit | Credit for Monthlies After # Months | RX Fee ($MM) | RX Fee as % of Funded Debt | Notes on Fee/Crediting |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LBI Media | G | DE | 21-Nov-18 | Guggenheim | | $ 530.0 | $ 150 | $ 150 | 50% | 6 | $ 4.15 | 0.80% | RX fee reduced in final retention order from $4.25MM to $4.15MM. Debt shown of $530MM excludes $86MM make whole claim of HPS on 1st lien |
| 2 | New Mach Gen LLC | G | DE | 11-Jun-18 | Evercore | Pre-pack | $ 625.0 | $ 300 | $ 150 | 50% | All | $ 4.00 | 0.64% | Flat $4MM fee |
| 3 | R.E Gas Development LLC ("Rex Energy") | G E | PA | 18-May-18 | Perella Weinberg | Sale & Liq Plan | $ 862.0 | $ 150 | $ 150 | 50% | 1 | $ 7.76 | 0.90% | RX fee is 0.90% of par value of all Obligations restructured. Existing 1st lien TL ($261MM) included only if converted to equity. Total fee cap of $8.5MM, reduced from $9MM in original application. Original Schedule incorrectly showed RX fee at 1% of debt |
| 4 | Gibson Brands Inc. | G | DE | 1-May-18 | Jefferies | | $ 495.8 | $ 150 | $ 150 | 50% | 3 | $ 3.75 | 0.76% | Flat $3.75MM fee. Original Schedule omitted $19.6MM of ABL drawn at petition date |
| 5 | VER Technologies | G | DE | 5-Apr-18 | PJT Partners | Pre-arranged | $ 760.8 | $ 150 | $ 150 | 50% | 6 | $ 5.00 | 0.66% | Flat $5MM fee in original EL. PJT agreed to reduce RX fee from $5MM to $4.5MM upon §328 objection from plan sponsor/merger partner PRG |
| 6 | EV Energy Partners | G | DE | 2-Apr-18 | Perella Weinberg | Pre-pack | $ 612.6 | $ 125 | $ 125 | None | 0 | $ 3.90 | 0.64% | RX fee is 1% of any Senior Notes ($343MM) exchanged, refinanced, restructured or discharged. + $0.5MM bank amendment fee. For consistent treatment with all other deals, RX fee is shown against total debt, not just the Senior Notes |
| 7 | Southeastern Grocers LLC | G E | DE | 27-Mar-18 | Evercore | | $ 1,331.0 | $ 200 | $ 200 | 50% | 2 | $ 13.31 | 1.00% | + full credit for prepetition monthly fees. RX fee stated at 1% of total debt. 100% credit of monthlies in initial 3 months of engagement prepetition + 50% thereafter |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

# David's Bridal
# Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| | Case | Court | | Date Filed | Investment Banker | Financing Fees | | | | | Additional Financing Commentary | Effective Credit of Financing Fees? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DIP | Secured | Unsecured | Equity | Minimum Fee/ Deal | | Specific % Credit | Lower fee/ exclusion for existing lenders | Cap | Later reduction following objections |
| 1 | LBI Media | G | DE | 21-Nov-18 | Guggenheim | 1.50% | 1.50% | 2.50% | 4.00% | - | EL states no fees on money from HPS (existing 1st lien creditor). HPS provided the $38MM DIP in initial proceedings | | ✔ | | |
| 2 | New Mach Gen LLC | G | DE | 11-Jun-18 | Evercore | 1.00% | 1.00% | 2.00% | 3.00% | $500K | EV received only the minimum fee of $500K on $20MM DIP provided by 1st lien lenders. No fee taken on $513MM exit facility provided by 1st lien lenders. Also no fee charged by EV on $25MM new 2nd lien loan from Talen Energy (equity owner) | | ✔ | | |
| 3 | R.E Gas Development LLC ("Rex Energy") | G E | PA | 18-May-18 | Perella Weinberg | None | 1.00% | 1.00% | 4.00% | | No debt or equity fee payable if funding provided by Arclight Capital, Angelo Gordon (agent on 1st lien debt), Terrence Pegula or holders of Company's senior secured 2nd lien note. Sale fee of 1.5% with total cap on all fees of 9MM (1.04% of debt). No fee charged by Perella Weinberg given DIP was roll up of Angelo Gordon-owned 1st lien debt. Company sold for $600MM, so M&A fee of $9MM (1.5% on TV) applicable. Total fees before cap were $8.93MM ($9MM sale fee + $0.3MM monthlies - $0.375MM credits. Total cap at 8.5MM thus produces an effective credit of $(432)K against sale fee | | ✔ | ✔ | |
| 4 | Gibson Brands Inc. | G | DE | 1-May-18 | Jefferies | 1.00% | 1.00% | 2.25% | 4.00% | | No other Financing Fees payable if purchased by holders of the 8.875% Senior Secured Notes (Existing Holders). Thus no fee charged on $139MM DIP backstopped by noteholders. $700K fee (1%) was charged by Jefferies on $70MM new exit facility from Wells Fargo (Plan also provided for roll up of DIP claims into exit financing or equity if no new exit financing had been arranged) | | ✔ | | |
| 5 | VER Technologies | G | DE | 5-Apr-18 | PJT Partners | None | 1.00% | 3.00% | 5.00% | | 50% only of applicable financing fee on monies raised from existing creditors, equity owners or affiliates. Per EL: financing fees payable only if "company request in writing PJT to solicit invcremental new capital". Under final retention papers, PJT also agreed to take no financing fee on the approved RSA following PRG's objection | ✔ | ✔ | | ✔ |
| 6 | EV Energy Partners | G | DE | 2-Apr-18 | Perella Weinberg | None | 1.00% | 1.00% | 3.00% | | If proceeds of financing used to repay senior notes at par, then no RX fee payable. No DIP raised in this case. Prepetition RBL rolled into new amended exit ABL at same commitment level. SSN's converted fully to equity so no other exit financing. | | ✔ | | |
| 7 | Southeastern Grocers LLC | G E | DE | 27-Mar-18 | Evercore | None | 1.00% | 1.75% | 2.25% | | No fee payable on any debt that refinances the ABL facility into a DIP facility, or on any exit financing provided by lenders under the ABL Facility. EL also provided for 100% credit of any portion of the 1% RX fee against fees on debt used to refinance the 9-1/4 % Opco Notes. ("100% of the portion of any In-Court Restructuring Fee .. paid on .. the Opco Notes ..shall be credited against any Financing Fee paid on any indebtedness that refinances the Opco Notes.indebtedness"). No DIP raised. Company obtained $100MM new liquidity at date of filing from amended C&S supply agreement. Total exit facilities of $1.1BN. In the final fee app, EV earned financing fee of $954K. | ✔ | ✔ | | |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

David's Bridal
Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| | Case | Court | | Date Filed | Investment Banker | | Funded Debt ($MM) | Monthly Fee ($/000) | | Credit for Monthlies | | RX Fee ($MM) | RX Fee as % of Funded Debt | Notes on Fee/Crediting |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Initial | Monthly | % Credit | After # Months | | | |
| 8 | Remington Arms | G | DE | 25-Mar-18 | Lazard | Prepack | $ 922.9 | $ 150 | $ 150 | 0% | | $ 6.50 | 0.70% | Flat $6.5MM fee. <br> or M&A fee of > (i) $2MM and (ii) 1.75% proceeds to $200MM, 3% above $200MM |
| 9 | Tops Holding II Corp | G E | SDNY | 21-Feb-18 | Evercore | | $ 748.1 | $ 175 | $ 175 | 50% | 6 | $ 7.50 | 1.00% | 50% credit of the lower of (i) any Financing Fees payable or (ii) the RX fee against the higher fee <br> Total cap of $10MM on all fees excluding monthlies <br> Original Schedule omitted $34MM LC's drawn at petition date (as did Evercore's Exhibit 1). |
| 10 | Cenveo | G | DE | 2-Feb-18 | Rothschild | | $ 1,077.8 | $ 650 | $ 150 | 50% | All | $ 6.50 | 0.60% | Flat $6.5MM fee. Monthly credits were $200K vs. the initial retainer, plus 50% of all monthlies thereafter |
| 11 | Appvion Inc. | G E | DE | 1-Oct-17 | Guggenheim | Sale | $ 521.0 | $ 150 | $ 150 | 50% | 4 | $ 4.50 | 0.86% | Monthly was $125 pre Chapter 11. 100% crediting after 10 months. <br> Original Schedule excluded $24MM of securitization facility. <br> RX same as sale fee. Only one fee payable. Company sold through credit bid to creditors |
| 12 | True Religion | G | DE | 3-Jul-17 | Maeva | | $ 488.0 | $ 175 | $ 175 | 0% | 0 | $ 4.25 | 0.87% | Original Schedule showed RX fee of $3MM net of credits of monthlies per court motion. Now adjusted to the gross fee of $4.25MM before monthlies credits as shown in EL. |
| 13 | Gulfmark Offshore | G | DE | 21-May-17 | Evercore | Pre-arranged | $ 546.0 | $ 135 | $ 135 | None | 0 | $ 3.69 | 0.68% | RX fee =0.75% on $430MM principal of 6.375% Senior Notes only, including any affiliate holdings <br> + amendment fees on bank debt totalling $465K. RX fee billed was $3.225MM (0.75% on $430MM Senior Notes) + amendment fees of $0.465MM on $116MM bank debt for a total RX fee of $3.69MM |
| 14 | Rue21 Inc. | G | PA | 15-May-17 | Rothschild | | $ 832.0 | $ 150 | $ 150 | 50% | 3 | $ 4.50 | 0.54% | 50% of Financing Fees (other than Reduced Fees) credited against Completion Fee. $2.75MM fee if liquidation <br> Cap of $4.9MM on all fees after credits imposed under amended retention order. |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

# David's Bridal
## Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| | Case | Court | | Date Filed | Investment Banker | Financing Fees | | | | | Additional Financing Commentary | Effective Credit of Financing Fees? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DIP | Secured | Unsecured | Equity | Minimum Fee/ Deal | | Specific % Credit | Lower fee/ exclusion for existing lenders | Cap | Later reduction following objections |
| 8 | Remington Arms | G | DE | 25-Mar-18 | Lazard | 1.00% | 1.00% | 1.00% | 3.00% | | 50% credit of Financing fees against RX fee. Lazard earned the RX fee of $6.5MM plus $3.48MM on 1% x $338MM DIP provided by existing lenders, offset by credit of $(1.74)MM. Case was full prepack, confirmed within 3 months of filing. | ✔ | | | |
| 9 | Tops Holding II Corp | G E | SDNY | 21-Feb-18 | Evercore | 1.00% | 1.00% | 3.00% | 5.00% | | On secured debt, 1st lien = 1%, 2nd lien = 2%. 50% of the lower of Financing Fee and Completion Fee to be credited against the higher fee. Max cap of $10MM all fees. Evercore invoiced $4.4MM of financing fees less 50% credit of $(2.2)MM for net financing fees of $2.2MM on $260MM of DIP and $150MM exit financing provided by existing creditors. Total fees of $9.725 excluding monthlies - cap did not come into play | ✔ | | ✔ | |
| 10 | Cenveo | G | DE | 2-Feb-18 | Rothschild | 1.00% | 1.00% | 2.00% | 4.00% | | On secured debt, 1st lien = 1%, 2nd lien = 2% Fee reduced BY 75% on new capital other than senior secured (1st lien) provided by existing creditors 50% credit of all financing fees (other than those otherwise subject to reduction) vs RX fee. Rothschild billed $1MM on DIP (1% on new money only, none on the $190MM rolled over from pre-petition) +$2.1MM on only new money part of exit facilities offset by $(1.2)MM credit vs the $3.1MM financing fees | ✔ | ✔ | | |
| 11 | Appvion Inc. | G E | DE | 1-Oct-17 | Guggenheim | 1.00% | 2.25% | 3.00% | 5.00% | | Original EL included 1% on DIP, no fee on debt rolled from prepetition ABL with minimum $1MM set under final retention order. DIP entered into was $323MM including $100MM new money. Guggenheim billed $1MM on DIP per EL and amended retention, Guggenheim gave $150K voluntary reduction + a general credit of $250K following negotiations on pension issues | ✔ | ✔ | | ✔ |
| 12 | True Religion | G | DE | 3-Jul-17 | Maeva | None | None | None | None | | No financing role. $60MM DIP obtained by company from Citizens | na | na | na | na |
| 13 | Gulfmark Offshore | G | DE | 21-May-17 | Evercore | 1.00% | 1.00% | 1.00% | 3.00% | | Fee on equity financing was 3% from 3rd parties but 2% from related parties. RSA included $125MM rights issue from noteholders. Thus fee on equity raise was essentially a 33% credit against market fee from 3rd party | | ✔ | | |
| 14 | Rue21 Inc. | G | PA | 15-May-17 | Rothschild | 1.00% | 1.00% | 2.00% | 4.00% | $1MM | No financing fee payable on "roll-up" or similar extension of Debtor's existing ABL Facility by existing ABL lenders Fee reduced by 50% on any new money provided by existing creditors. Plus 50% direct credit on new money fees not otherwise subject to reduction. Financing fee billed by Rothschild was $1MM minimum on the new money $50MM DIP only, no fee charged on $125MM DIP provided by ABL lenders and no fee on $100MM roll up of prepetition term lenders Total cap of $4.9MM came into play reducing final fees by $(800)K, effectively an 85% credit against the DIP financing (and before taking into account the larger $1.49MM voluntary reduction accepted by Rothschild) | ✔ | ✔ | ✔ | ✔ |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

# David's Bridal
## Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| # | Case | Court | | Date Filed | Investment Banker | | Funded Debt ($MM) | Monthly Fee ($/000) Initial | Monthly | Credit for Monthlies % Credit | After # Months | RX Fee ($MM) | RX Fee as % of Funded Debt | Notes on Fee/Crediting |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Nuverra Environmental Solutions | G | DE | 1-May-17 | Lazard | Pre-pack | $ 500.6 | $ 100 | $ 100 | 50% | 1 | $ 1.50 | 0.30% | 50% of Financing Fees credited against RX fee<br>Original Schedule reflected PIK note balance of $327MM. Corrected accreted claim per Disclosure Statement of $356MM.<br>RX fee amended from $2.5MM to $1.5MM on final retention order |
| 16 | Payless Holdings | G E | MO | 4-Apr-17 | Guggenheim | Chap 11 | $ 838.0 | $ 150 | $ 150 | 50% | 3 | $ 7.00 | 0.84% | Flat $7MM fee. Crediting in original EL was 50% after 3rd month. Retention order amended the crediting to 100% on monthlies after month 9 (counted from original EL date of 12/1/16) i.e. from August 2017 (5 months after filing date) |
| 17 | Answers Holding Inc. | G | SDNY | 3-Mar-17 | Rothschild | Pre-pack | $ 546.4 | $ 100 | $ 150 | 50% | 3 | $ 3.25 | 0.59% | Monthly fee $100K 1st 5 months, $150K thereafter. Crediting is on 1st 3 months at $100K/mth<br>Flat $3.25MM fee. Overall cap of $4MM on all fees from beginning of engagement and including all credits |
| 18 | BCBG | G | SDNY | 28-Feb-17 | Jefferies | | $ 459.7 | $ 125 | $ 125 | 50% | 5 | $ 2.00 | 0.44% | RX is flat $2MM fee: M&A fee of > (i) $2MM and (ii) 1.75% proceeds to $200MM, 3% above $200MM. Only one fee is payable > of RX flat fee or Sale fee.<br>Company sold for $173MM TV, earning Jefferies M&A fee of $3.039 (0.66% of total debt) |
| | **Median** | | | | | | $ 618.8 | $ 150 | $ 150 | | | | 0.69% | |
| | **Average** | | | | | | $ 705.4 | $ 183 | $ 149 | | | | 0.71% | |
| | **High** | | | | | | $ 1,331.0 | $ 650 | $ 200 | | | | 1.00% | |
| | **Low** | | | | | | $ 459.7 | $ 100 | $ 100 | | | | 0.30% | |
| | **Davids Bridal** | | DE | 19-Nov-18 | Evercore | | $ 819.40 | $ 300 | $ 150 | 50% | 5 | $ 8.2 | 1.00% | |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

# David's Bridal
## Investment Banker Fees in Recent (2017 2018) Chapter 11 Cases

| | Case | Court | | Date Filed | Investment Banker | Financing Fees | | | | Minimum Fee/ Deal | Additional Financing Commentary | Effective Credit of Financing Fees? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DIP | Secured | Unsecured | Equity | | | Specific % Credit | Lower fee/ exclusion for existing lenders | Cap | Later reduction following objections |
| 15 | Nuvera Environmental Solutions | G | DE | 1-May-17 | Lazard | 1.00% | 2.00% | 3.00% | 4.00% | | No fee if Company has not requested Lazard's assistance<br>50% reduction on financing provided by company's creditors (other than existing ABL lenders) or existing equity. Plus 50% credit on all financing fees vs. RX fee<br>On final retention order, Lazard agreed to charge no financing fees. All DIP and exit funding provided by creditors | ✔ | ✔ | | ✔ |
| 16 | Payless Holdings | G E | MO | 4-Apr-17 | Guggenheim | 1.00% | 1.00% | 3.00% | 5.00% | $500K | Original Schedule incorrectly stated a fee reduction of 50% on any new money provided by existing creditors. Original EL excluded any fee on debt raised from Golden Gate. Amended retention order excluded any fees on exit financing converted from the DIP TL into the A-1 TL provided by certain note holders. Guggenheim billed $3.25MM pre-petition on the $305MM+ DIP ABL raised. Also, in their final fee app they billed $3.1MM on financing fee, representing minimum $500K on $50MM of DIP (as part of the $80MM new DIP TL from 1st lien lenders) + 1% on $260MM exit financing raised from Wells Fargo to cash out the DIP ABL. Under the revised retention, Guggenmheim did not get a fee on the roll over of the $80MM DIP TL into the Exit A-1 TL (i.e. no double dip) | | ✔ | | ✔ |
| 17 | Answers Holding Inc. | G | SDNY | 3-Mar-17 | Rothschild | 1.00% | 1.00% | 3.00% | 3.00% | | No fee payable on any financing provided by Apax or any of its affiliates<br>Rothschild earned financing fee of $250K - 1% on new $25MM DIP money. No fees on any exit financing - DIP rolled into new ABL, 1st liens issued new 2nd lien debt. Total fees billed by Rothschild before application of final cap were $4.297 - thus $(297)K credit applied. Effectively 100% of financing fee credited under cap mechanism | | ✔ | ✔ | |
| 18 | BCBG | G | SDNY | 28-Feb-17 | Jefferies | 1.50% | 1.50% | 3.00% | 5.00% | | Sale - no financing applicable | | | | |
| | | | | | | | | | | | | na | na | na | na |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Median** | | | | | | 1.00% | 1.00% | 2.25% | 4.00% | |
| **Average** | | | | | | 1.08% | 1.19% | 2.21% | 3.90% | |
| **High** | | | | | | 1.50% | 2.25% | 3.00% | 5.00% | |
| **Low** | | | | | | None | 1.00% | 1.00% | 2.25% | |

| | **Davids Bridal** | | DE | 19-Nov-18 | Evercore | 1.00% | 1.00% | 2.50% | 4.00% | | No crediting | | | | |

*Sources: Court dockets, public filings, PACER*
*Items in red are amendments to original Schedule 1*
*Items in blue are additional clarifying commentary*

Page 6

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2018, a true and correct copy of the foregoing was sent by electronic mail to:

Robert S. Brady
Edmon L. Morton
Jaime Luton Chapman
Tara C. Pakrouh
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

M. Natasha Labovitz
Nick S. Kaluk III
Daniel E. Stroik
Debevoise & Plimpton LLC
919 Third Avenue
New York, New York 10022

Craig A. Bruens
Debevoise & Plimpton LLC
801 Pennsylvania Ave., NW
Washington, DC 20004

Richard A. Chesley
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606

Jamila Justine Willis
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020

Maris J. Kandestin
DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

        /s/ Thomas G. Macauley
    Thomas G. Macauley