**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 4, 2019 AT 1:30 P.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Confirmation of Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 12, 11/19/18]

    Confirmation Response Deadline: December 21, 2018 at 5:00 p.m. (ET)
    [Extended for certain parties]

    Assumption Objection Deadline: December 14, 2018 at 4:00 p.m. (ET)
    [Extended for certain parties]

    Responses Received: See **Exhibit A** attached hereto

    Related Documents:

    A. Disclosure Statement for Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 13, 11/19/18]

    B. Order (A) Scheduling Combined Hearing to Consider (I) Approval of Disclosure Statement, (II) Approval of Solicitation Procedures and Forms of Ballots, and (III) Confirmation of Prepackaged Plan; (B) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (C) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (D) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096). The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2] **Amended items appear in bold.**

01:23995329.2

        Unexpired Leases; (E) Extending Time, and Upon Plan Confirmation, Waiving of Requirements to (I) Convene Section 341 Meeting, and (II) File Statements of Financial Affairs and Schedules of Assets and Liabilities; and (F) Granting Related Relief [D.I. 95, 11/20/18]

C.    Notice of Commencement of Cases Under Chapter 11 of the Bankruptcy Code and Summary of Joint Prepackaged Chapter 11 Plan and Notice of Hearing to Consider (A) Adequacy of Disclosure Statement and Solicitation Procedures; (B) Confirmation of Plan of Reorganization; and (C) Related Materials [D.I. 105, 11/21/18]

D.    Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 138, 11/30/18]

E.    Notice of Filing of Plan Supplement to Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 167, 12/11/18]

F.    Declaration of Jung W. Song on Behalf of Donlin, Recano & Company, Inc. Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 247, 12/28/18]

G.    Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 248, 12/28/18]

H.    Notice of Filing of Blackline for Revised Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 249, 12/28/18]

I.    Declaration of Carrianne J.M. Basler in Support of Confirmation of the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 249, 12/28/18]

J.    Debtors' (1) Memorandum of Law in Support of (I) Approval of (A) Disclosure Statement, (B) Solicitation of Votes and Voting Procedures, and (C) Form of Ballots, and (II) Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and Its Affiliated Debtors and (2) Omnibus Reply to Objections Thereto [D.I. 251, 12/28/18]

K.    Declaration of Stephen Goldstein in Support of Confirmation of the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 252, 12/28/18]

L.    Notice of Filing of Proposed Confirmation Order [D.I. 253, 12/28/18]

- M. Motion for Leave to Exceed Page Limit Requirements With Respect to Debtors' (1) Memorandum of Law in Support of (I) Approval of (A) Disclosure Statement, (B) Solicitation of Votes and Voting Procedures, and (C) Form of Ballots, and (II) Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and Its Affiliated Debtors and (2) Omnibus Reply to Objections Thereto [D.I. 254, 12/28/18]

- N. Notice of Filing of Supplements to Plan Supplement to Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 255, 12/28/18]

- **O. Notice of Filing of Additional Supplements to Plan Supplement to Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 267, 1/3/19]**

- **P. Declaration of Joan Hilson, Executive Vice President and Chief Financial and Operating Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 19, 11/19/18]**

- **Q. Notice of Filing of Revised Proposed Confirmation Order [D.I. 273, 1/4/19]**

Status: A chart setting forth the status of the objections is attached as Exhibit A to the Debtors' Memorandum of Law (Item J above). **A column indicating the current status of the objections has been added to <u>Exhibit A</u> hereto.** The combined hearing on disclosure statement approval and plan confirmation is going forward.

2. Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date [D.I. 128, 11/29/18]

    Response Deadline:   December 11, 2018 at 4:00 p.m. (ET) [Extended for various creditors until 11:00 a.m. (ET) on December 14, 2018]

    Related Documents:

    - A. Debtors' Motion for an Order Granting the Debtors Leave and Permission to File the Debtors' Reply to Limited Objection to Debtors' Application to Retain Evercore Group L.L.C. as Investment Banker [D.I. 200, 12/17/18]

    - B. Motion for Leave to File Late Reply of Evercore Group L.L.C. in Support of Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date [D.I. 201, 12/17/18]

  C. Supplemental Declaration of Stephen Goldstein in Support of the Debtors' Application for an Order Authorizing the Debtors to Employ and Retain Evercore Group L.L.C. as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date [D.I. 202, 12/17/18]

Responses Received:

  D. Informal comments from the Office of the United States Trustee

  E. Limited Objection of Various Creditors (Oaktree Capital Management, Courage Capital Management, AlbaCore Capital LLP, and Deutsche Bank AG Cayman Islands Branch) [D.I. 181, 12/14/18]

  F. Declaration of Martin Lewis in Support of Limited Objection by Various Creditors to Debtors' Application to Retain Evercore Group L.L.C. as Investment Banker [D.I. 198, 12/15/18]

  G. Notice of Filing Amended Schedule to Lewis Declaration [D.I. 256, 12/30/18]

Status: The Debtors have revised the proposed order to address the comments received from the Office of the United States Trustee. The Debtors and Evercore have sought leave to file a reply in support of the Application and in response to Item E. This matter is going forward.

**CONTINUED MATTER**

3. **Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 141, 11/30/18]**

  **Response Deadline:**  December 14, 2018 at 4:00 p.m. (ET)

  **Related Documents:**  None

  **Responses Received:**

   A. **Informal comments from certain landlords**

  **Status:** **This matter will be resolved by an order approving Item 1. In the event that Item 1 is not approved, the Debtors intend to submit a revised form of order under certification of counsel after the hearing, which resolves the informal comments received. This matter is continued.**

| | |
|---|---|
| Dated: January **4**, 2019<br>Wilmington, Delaware | */s/ Jaime Luton Chapman* |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Jaime Luton Chapman (No. 4936)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: rbrady@ycst.com
           emorton@ycst.com
           jchapman@ycst.com
           tpakrouh@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Nick S. Kaluk III (admitted *pro hac vice*)
Daniel E. Stroik (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
           nskaluk@debevoise.com
           destroik@debevoise.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Craig A. Bruens (admitted *pro hac vice*)
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:   (202) 383-8000
Fax:   (202) 383-8118
Email: cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*

## EXHIBIT A

*Objections to the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code[1]*

|   | **OBJECTION** | **STATUS** |
|---|---|---|
| 1 | Maricopa County Treasurer's Objection of Proposed Joint Prepackaged Plan of the Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 183, 12/14/18] | *Notice of Withdrawal* **Filed [D.I. 260, 1/2/19]** |
| 2 | Limited Objection of Brookfield Properties Retail Group, Hines Real Estate Investment Trust, Inc., Philips International Holding Corp., and Site Centers Corp. to the Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 232, 12/21/18] | **Resolution Pending** |
| 3 | Limited Objection of ARC CTCHRNC001, LLC, ARC SSSDLLA001, LLC, Brixmor Operating Partnership LP, Centerpoint Development Company L.L.C., Federal Realty Investment Trust, Gateway Pinole Vista, LLC, Manana-DCIT, LLC, MT San Antonio I, LLC, PGIM Real Estate, R46 Realty Associates, L.P., Starwood Retail Partners, LLC, and the Macerich Company to the Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 235, 12/21/18] | **Resolution Pending** |

---

[1] The Debtors received informal comments from the United States and the Texas Comptroller of Public Accounts, which have been resolved through language in the proposed confirmation order. The Debtors also received informal comments from the Office of the United States Trustee, which have been resolved or the Debtors anticipate will be resolved in advance of the hearing.

*Objections to (A) the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (B) the Debtors' Assumption of Executory Contracts and Unexpired Leases*

| | | OBJECTION | STATUS |
|---|---|---|---|
| 4 | A | Weingarten's Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 164, 12/11/18] | **Resolved** |
| | B | Supplement to Weingarten's Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 257, 12/31/18] | **Resolved** |
| 5 | | 4545 Kennedy, LLC's Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 190, 12/14/18] | *Notice of Withdrawal* **Filed [D.I. 263, 1/3/19]** |
| 6 | | Spring Creek Improvements, LLC, Fairview Heights Improvements, LLC, Agree Limited Partnership, Ramco West Oaks II, LLC, and Villa View, LLC's Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 191, 12/14/18] | *Notice of Withdrawal* **Filed [D.I. 262, 1/3/19]** |

|   |   | OBJECTION | STATUS |
|---|---|---|---|
| 7 | A | Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Assumption and Assignment of Executory Contracts and Release [D.I. 184, 12/14/18] | **Resolved** |
|   | B | Declaration of Kevin Ramirez in Support of the Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Assumption and Assignment of Executory Contracts [D.I. 185, 12/14/18] |   |
| 8 |   | Joinder of Washington Prime Group Inc. to the Limited Objection of Certain Landlords to the Debtors' Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 231, 12/21/18] | **Resolved** |
| 9 |   | Limited Objection, Joinder and Reservation of Rights of Cumberland Avenue Plaza, L.L.C. to the Debtors' (I) Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (II) Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and its Affiliated Debtors [D.I. 233, 12/21/18] | **Resolved** |
| 10 |   | Joinder of Madison Waldorf LLC to Weingarten's Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 234, 12/21/18] | ***Notice of Withdrawal* Filed [D.I. 264, 1/3/19]** |
| 11 |   | Comenity Capital Bank's Limited Objection and Reservation of Rights with Respect to (1) the Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures and (2) the Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 246, 12/28/18] | **Resolved** |

*Objections to the Debtors' Assumption of Executory Contracts and Unexpired Leases*

| | OBJECTION | STATUS |
|---|---|---|
| 12 | Limited Objection and Reservation of Rights of Cumberland Avenue Plaza, L.L.C. to the Debtors' Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 186, 12/14/18] | **Resolved** |
| 13 | CBL & Associates Management, Inc.'s Limited Objection to Debtor's Stated Cure Amounts [D.I. 192, 12/14/18] | *Notice of Withdrawal* **Filed [D.I. 261, 1/2/19]** |
| 14 | Limited Objection of Washington Prime Group Inc. to the Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 193, 12/14/18] | *Notice of Withdrawal* **Filed [D.I. 271, 1/4/19]** |
| 15 | Limited Objection of Brookfield Properties Retail Group, Hines Real Estate Investment Trust, Inc., Philips International Holding Corp., and Site Centers Corp. to the Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 197, 12/14/18] | **Resolution Pending** |
| 16 | Limited Objection, Joinder and Reservation of Rights of Levin Management Corporation to the Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 204, 12/17/18] | *Notice of Withdrawal* **Filed [D.I. 265, 1/3/19]** |
| 17 | Limited Objection of KIR Maple Grove L.P., KIR Tukwila, L.P., 280 Metro Limited Partnership and Amerishop Suburban, L.P. to Debtors' Notice of Assumption of Unexpired Leases of Debtors and Related Procedure [D.I. 225, 12/19/18] | *Notice of Withdrawal* **Filed [D.I. 269, 1/4/19]** |
| 18 | Limited Objection of ARC CTCHRNC001, LLC, ARC SSSDLLA001, LLC, Brixmor Operating Partnership LP, Centerpoint Development Company L.L.C., Federal Realty Investment Trust, Gateway Pinole Vista, LLC, Manana-DCIT, LLC, PGIM Real Estate, R46 Realty Associates, L.P., Starwood Retail Partners, LLC, The Macerich Company and Weitzman to the Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures [D.I. 229, 12/20/18] | **Resolution Pending** |

*Objections to the Debtor's Combined (1) Determination of the Adequacy of Their Disclosure Statement and (2) Confirmation of their Proposed Join Prepackaged Plan of Reorganization Including but not Limited to the Releases Contained in The Plan*

| | OBJECTION | STATUS |
|---|---|---|
| 19 | Objections and Reservation of Rights of Jenny Yoo Collection, Inc. to the Debtors Sought After Combined (1) Determination of the Adequacy of their Disclosure Statement and (2) Confirmation of Their Proposed Joint Prepackaged Plan of Reorganization Including but not Limited to the Releases Contained in the Plan  [D.I. 238, 12/21/18] | **Resolved** |