IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID'S BRIDAL INC., *et al.*, | ) | Case No. 18-12635 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Re: Docket Nos. 164 and 257** |
| | ) | |

**NOTICE OF WITHDRAWAL OF WEINGARTEN'S LIMITED OBJECTION
TO (1) NOTICE OF ASSUMPTION OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES OF DEBTORS AND RELATED PROCEDURES,
(2) JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND (3) DISCLOSURE
STATEMENT FOR THE JOINT PREPACKAGED CHAPTER 11 PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Landlords Weingarten Nostat, Inc. and Weingarten/Miller/Aurora II LLC and GDC Aurora, LLC, as tenants in common, for which Weingarten Realty Investors serves as managing agent (collectively, "Weingarten"), filed their (i) *Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 164] on December 11, 2018 (the "Limited Objection"), and (ii) *Supplement to Limited Objection to (1) Notice of Assumption of Executory Contracts and Unexpired Leases of Debtors and Related Procedures, (2) Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, and (3) Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 257] on December 31, 2018 (the "Supplement"). Based on the agreement reached to

resolve the issues raised by the Limited Objection and Supplement, Weingarten hereby withdraws the Limited Objection and Supplement.

Dated: January 4, 2019  **SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6848
Facsimile: 302-421-5881
E-mail: john.demmy@saul.com

*Attorneys for Weingarten Nostat, Inc. and Weingarten/Miller/Aurora II LLC and GDC Aurora, LLC, as tenants in common*