# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**DAVID'S BRIDAL, INC.,** *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12635 (LSS)<br><br>(Jointly Administered)<br><br>Related Docket No.: 232 |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BROOKFIELD PROPERTIES RETAIL GROUP, HINES REAL ESTATE INVESTMENT TRUST, INC., PHILIPS INTERNATIONAL HOLDING CORP., AND SITE CENTERS CORP. TO THE PROPOSED JOINT PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that Brookfield Properties Retail Group, Hines Real Estate Investment Trust, Inc., Philips International Holding Corp., and SITE Centers Corp., by its undersigned counsel, as a result of agreements reached with the Debtors (i) as set forth in the proposed *Findings of Fact, Conclusions of Law, and Order (i) Approving Debtors' (A) Disclosure Statement (B) Solicitation of Votes and Voting Procedures and (C) Form of Ballots, and (II) Confirming Amended Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and its Affiliated Debtors* (D.I. 253) filed on December 28, 2018 hereby withdraw their *Limited Objection to the Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* (D.I. 232) filed on December 21, 2018.

[*Signature page follows*]

Dated: January 4, 2019
      Wilmington, Delaware

    LAW OFFICE OF SUSAN E. KAUFMAN, LLC

    */s/ Susan E. Kaufman*
    Susan E. Kaufman, (DSB# 3381)
    919 North Market Street, Suite 460
    Wilmington, DE 19801
    Telephone: (302) 472-7420
    Fax: (302) 792-7420
    Email: skaufman@skaufmanlaw.com

    - and -

    KELLEY DRYE & WARREN LLP
    Robert L. LeHane, Esq.
    Scott L. Fleischer, Esq.
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897

    *Counsel for Brookfield Properties Retail Group,*
    *Hines Real Estate Investment Trust, Inc.,*
    *Philips International Holding Corp., and*
    *SITE Centers Corp.*