## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DAVID'S BRIDAL, INC., *et al.*,[1] | Case No. 18-12635 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: Docket Nos. 248 & 279** |

### NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,
### (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATE

**PLEASE TAKE NOTICE THAT:**

1.   **Confirmation of the Plan**.   On January 4, 2019, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving Debtors' (A) Disclosure Statement (B) Solicitation of Votes and Voting Procedures and (C) Form of Ballots, and (II) Confirming Joint Prepackaged Chapter 11 Plan of Reorganization of David's Bridal, Inc. and Its Affiliated Debtors* [D.I. 279] (the "**Confirmation Order**"), which, among other things, confirmed the *Proposed Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code,* [D.I. 12] as amended by [D.I. 248] containing technical modifications (collectively, as confirmed, the "**Plan**").[2]   Copies of the Confirmation Order and the Plan may be obtained free of charge at http://www.donlinrecano.com/davidsbridal.

2.   **Effective Date**.   The Effective Date of the Plan occurred as of **January 18, 2019**.   Each of the conditions precedent to the Effective Date has been satisfied or waived in accordance with the terms of the Plan.

3.   **Bar Date for Professional Fee Claims**.   In accordance with Article II, Section 2.2 of the Plan, all final applications for Professional Fee Claims for services rendered in connection with the Chapter 11 Cases prior to and including the Effective Date shall be filed with the Court and served on the Reorganized Debtors, the U.S. Trustee, counsel for the Supporting Term Lenders, counsel for the Crossover Holder, counsel for the Supporting Noteholders, and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order, or other order of the Court **no later than March 4, 2019**, the date that is forty-five (45) days after the Effective Date.   Any Holder of a Professional Fee Claim that does not file and serve such application by such date shall be forever barred from asserting such Professional Fee Claim against the Debtors, the Reorganized Debtors, or their respective properties, and such Professional Fee Claim shall be deemed discharged as of the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  David's Bridal, Inc. (4563); DB Investors, Inc. (8503); DB Holdco, Inc. (4567); and DB Midco, Inc. (3096).   The location of the Debtors' corporate headquarters is 1001 Washington Street, Conshohocken, Pennsylvania 19428.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Confirmation Order.

Effective Date.  Objections to any final applications for Professional Fee Claims must be filed and served on the Reorganized Debtors, counsel for the Supporting Term Lenders, counsel for the Crossover Holder, counsel for the Supporting Noteholders, and the requesting party **no later than twenty-one (21) calendar days after the filing of such final fee application with respect to such Professional Fee Claim**.

4.    **Binding Effect**.  Effective as of the Effective Date, except as expressly provided in the Plan or the Confirmation Order, the Plan (including the Plan Documents and the exhibits thereto) and the Confirmation Order are binding on: (i) the Debtors; (ii) the Reorganized Debtors; (iii) all parties in interest, Holders of Claims against and Equity Interests in the Debtors, whether or not such Claims or Equity Interests are Impaired under the Plan and whether or not, if Impaired, such Holders of Claims or Equity Interests accepted the Plan; (iv) each person acquiring property under the Plan; (v) each counterparty to an Executory Contract or Unexpired Lease of any of the Debtors; (vi) any Person or Entity making an appearance in the Chapter 11 Cases or any other Person in the Chapter 11 Cases; and (vii) the successors and assigns of all of the above-listed entities.

5.    **Further Notice**.  Any party who wishes to receive notice of pleadings filed in the Chapter 11 Cases following the occurrence of the Effective Date must request such notice under Bankruptcy Rule 2002.  Unless service is required by the Bankruptcy Rules or the Local Rules, parties who previously requested notice pursuant to Bankruptcy Rule 2002 will not continue to receive notice unless a renewed request for notice under Bankruptcy Rule 2002 is made.

Dated: January 18, 2019
      Wilmington, Delaware

*/s/ Jaime Luton Chapman*

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| Robert S. Brady (No. 2847) | M. Natasha Labovitz (admitted *pro hac vice*) |
| Edmon L. Morton (No. 3856) | Nick S. Kaluk, III (admitted *pro hac vice*) |
| Jaime Luton Chapman (No. 4936) | Daniel E. Stroik (admitted *pro hac vice*) |
| Tara C. Pakrouh (No. 6192) | 919 Third Avenue |
| Rodney Square | New York, New York 10022 |
| 1000 North King Street | Tel:   (212) 909-6000 |
| Wilmington, Delaware 19801 | Fax:   (212) 909-6836 |
| Tel:   (302) 571-6600 | Email: nlabovitz@debevoise.com |
| Fax:   (302) 571-1253 |       nskaluk@debevoise.com |
| Email: rbrady@ycst.com |       destroik@debevoise.com |
|       emorton@ycst.com | |
|       jchapman@ycst.com | -and- |
|       tpakrouh@ycst.com | **DEBEVOISE & PLIMPTON LLP** |
| | Craig A. Bruens (admitted *pro hac vice*) |
| | 801 Pennsylvania Avenue N.W. |
| | Washington, D.C. 20004 |
| | Tel:   (202) 383-8000 |
| | Fax:   (202) 383-8118 |
| | Email: cabruens@debevoise.com |
| Counsel for the Debtors | |

01:24007312.1